UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. C-13-4086 |
| | ) | |
| v. | ) | |
| | ) | |
| SAFEWAY INC., | ) | |
| | ) | |
| Defendant. | ) | |

CONSENT DECREE

## TABLE OF CONTENTS

I.        JURISDICTION, VENUE, AND NOTICE.............................................................2

II.       APPLICABILITY .............................................................................................2

III.      OBJECTIVES .....................................................................................................3

IV.       DEFINITIONS.....................................................................................................3

V.        CIVIL PENALTIES.............................................................................................6

VI.       COMPLIANCE REQUIREMENTS.....................................................................6

          A.        Refrigerant Compliance Management System ...........................................6

          B.        Corporate-Wide Leak Rate Reduction........................................................7

          C.        Emissions Reductions at Highest-Emission Stores....................................8

VII.      PARTICIPATION IN RECOGNITION PROGRAMS..........................................10

VIII.     REPORTING REQUIREMENTS .........................................................................10

IX.       STIPULATED PENALTIES.................................................................................12

X.        FORCE MAJEURE ..............................................................................................14

XI.       DISPUTE RESOLUTION ....................................................................................16

XII.      INFORMATION COLLECTION AND RETENTION ........................................18

XIII.     EFFECT OF SETTLEMENT/RESERVATION OF RIGHTS.............................19

XIV.      COSTS .................................................................................................................20

XV.       NOTICES .............................................................................................................21

XVI.      EFFECTIVE DATE .............................................................................................22

XVII.     RETENTION OF JURISDICTION ......................................................................22

XVIII.    MODIFICATION .................................................................................................22

XIX.      TERMINATION...................................................................................................22

XX.       PUBLIC PARTICIPATION .................................................................................23

XXI.        SIGNATORIES/SERVICE.................................................................23

XXII.       INTEGRATION ........................................................................24

XXIII.      FINAL JUDGMENT ...................................................................24

XXIV.       APPENDICES ...........................................................................24

WHEREAS, Plaintiff, the United States of America, on behalf of the United States Environmental Protection Agency ("EPA"), has filed a Complaint in this action concurrently with this Consent Decree alleging that Defendant Safeway Inc. ("Safeway") violated Section 608 of the Clean Air Act ("CAA" or the "Act"), 42 U.S.C. § 7671g, and the commercial refrigerant repair and recordkeeping regulations at 40 C.F.R. Part 82, Subpart F, §§ 82.150-82.169 (Recycling and Emissions Reduction);

WHEREAS, the Complaint alleges that Safeway has failed to comply with the leak repair and/or recordkeeping requirements of 40 C.F.R. Part 82, Subpart F, at some or all of the grocery stores identified in Appendix A to this Consent Decree;

WHEREAS, on November 1, 2007, EPA issued an information request to Safeway pursuant to Section 114 of the Act, 42 U.S.C. § 7414, regarding the repair of leaks from commercial refrigeration appliances normally containing more than 50 pounds of refrigerant that includes a class I or class II ozone-depleting substance, and EPA subsequently narrowed such request to cover 46 stores in California, Nevada, and Hawaii;

WHEREAS, on April 21, 2008, and July 1, 2010, Safeway submitted its responses to EPA's information request, including approximately 10,000 pages of equipment records;

WHEREAS, the allegations in the Complaint are based on EPA's analysis of the information contained in Safeway's responses to EPA's information request;

WHEREAS, Safeway's Corporate-Wide Average Leak Rate for the calendar year 2012 was 25 percent;

WHEREAS, Safeway disputes the allegations in the Complaint and does not admit any liability to the United States arising out of the transactions or occurrences alleged in the Complaint;

WHEREAS, the Parties recognize, and the Court by entering this Consent Decree finds, that this Consent Decree has been negotiated by the Parties in good faith and will avoid litigation between the Parties and that this Consent Decree is fair, reasonable, and in the public interest;

NOW, THEREFORE, before the taking of any testimony, without the adjudication of or admission of any issue of fact or law except as provided in Section I, and with the consent of the

Parties, IT IS HEREBY ADJUDGED, ORDERED, AND DECREED as follows:

### I. JURISDICTION, VENUE, AND NOTICE

1. This Court has jurisdiction over the subject matter of this action and over the Parties pursuant to Section 113(b) of the Act, 42 U.S.C. § 7413(b), and 28 U.S.C. §§ 1331, 1345, and 1355. Venue lies in this district pursuant to Section 113(b) of the Act, 42 U.S.C. § 7413(b), and 28 U.S.C. §§ 1391(b) and 1395(a), because some of the alleged violations in the Complaint occurred in, and Safeway's principal place of business is located in, this judicial district. For purposes of this Decree, or any action to enforce this Decree, Safeway consents to the Court's jurisdiction over this Decree and any such action and over Safeway and consents to venue in this district.

2. The United States has given notice of the commencement of this action to the applicable air pollution control agencies as required by Section 113(b) of the Act, 42 U.S.C. § 7413(b).

### II. APPLICABILITY

3. The obligations of this Consent Decree apply to and are binding upon the United States, and upon Safeway and any successors, assigns, or other entities or persons otherwise bound by law.

4. Safeway shall provide a copy of this Consent Decree to all officers, employees, and agents whose duties might reasonably include compliance with any provision of this Decree.

5. At least 30 days prior to any transfer of ownership or operation of a retail division that includes one or more Stores covered by this Consent Decree, Safeway shall provide a copy of this Consent Decree to the proposed transferee. At least 15 days prior to the transfer, Safeway shall provide written notice of the prospective transfer to the United States in accordance with Section XV of this Decree (Notices), and shall submit to the United States a plan to ensure that (a) the Refrigerant Compliance Management System, or another refrigerant compliance management system approved by EPA, continues to be implemented at all stores in such retail division; and (b) the terms of Paragraph 16 of this Decree (Emissions Reductions at Highest-Emission Stores) are implemented notwithstanding the transfer, provided that, in place of

2

Consent Decree

Highest-Emission Stores that are transferred, Safeway may achieve reductions required under Paragraph 16(b) from Stores that are not transferred.  Any attempt to transfer ownership or operation of a retail division without complying with this Paragraph constitutes a violation of this Decree.

6.     In any action to enforce this Consent Decree, Safeway shall not raise as a defense the failure by any of its officers, directors, employees, agents, or contractors to take any actions necessary to comply with the provisions of this Consent Decree.

## III.  OBJECTIVES

7.     The objectives of this Consent Decree are: (a) to further the goals of Subchapter VI of the Act, 42 U.S.C. §§ 7671-7671q, and EPA's commercial refrigerant repair and recordkeeping regulations at 40 C.F.R. Part 82, Subpart F, and (b) to resolve the civil claims of the United States as provided in Section XIII (Effect of Settlement/Reservation of Rights).

## IV.  DEFINITIONS

8.     Terms used in this Consent Decree that are defined in the Act or in regulations promulgated pursuant to the Act shall have the meanings assigned to them in the Act or such regulations as of the date of lodging of this Decree, unless otherwise provided in this Decree. Whenever the terms set forth below are used in this Consent Decree, the following definitions shall apply:

a.     "Appliance" shall have the definition provided in 40 C.F.R. § 82.152;

b.     "Complaint" shall mean the complaint filed by the United States in this action;

c.     "Consent Decree" or "Decree" shall mean this Decree and all appendices attached hereto (listed in Section XXIV);

d.     "Corporate-Wide Average Leak Rate" for a given calendar year shall mean the total number of pounds of Refrigerant added to all Covered Appliances at all Stores during the period of Safeway's ownership or operation in such calendar year divided by the total Full Charge of all Covered Appliances at all Stores during such calendar year.  For purposes of this subparagraph, the "total number of pounds of Refrigerant added to all Covered Appliances"

1   shall not include (i) the initial charge of Refrigerant added to any new Covered Appliance; (ii)

2   where Refrigerant has been recovered from an existing Covered Appliance in compliance with

3   40 C.F.R. § 82.156, the amount of any Refrigerant used to recharge such Covered Appliance, up

4   to the amount of Refrigerant recovered; or (iii) the amount of any Refrigerant added to a Covered

5   Appliance to replace Refrigerant released as the result of an event that is determined by EPA or

6   the Court to constitute a force majeure event under Section X of this Consent Decree (Force

7   Majeure).  For purposes of this subparagraph, the "total Full Charge of all Covered Appliances"

8   shall include the Full Charge of any appliance that was at one time a Covered Appliance and

9   that, after the Effective Date of the Consent Decree, has been retrofitted to use, or replaced by an

10   appliance that uses, refrigerant that does not consist in part or whole of a class I or class II ozone-

11   depleting substance, or that has been retired.

12          e.      "Covered Appliance" shall mean a commercial refrigeration Appliance

13   with a Full Charge of more than 50 pounds of Refrigerant;

14          f.       "Day" shall mean a calendar day.  In computing any period of time under

15   this Consent Decree, where the last day would fall on a Saturday, Sunday, or federal holiday, the

16   period shall run until the close of business of the next business day;

17          g.      "Effective Date" shall have the definition provided in Section XVI;

18          h.      "EPA" shall mean the United States Environmental Protection Agency

19   and any successor departments or agencies of the United States;

20          i.       "Full Charge" shall have the definition provided in 40 C.F.R. § 82.152;

21          j.       "Highest-Emission Stores," for a given calendar year, shall mean those

22   Stores with Storewide Average Leak Rates in the 90th percentile or above out of all Stores for

23   such calendar year.  To determine which Stores are Highest-Emission Stores, Safeway shall

24   (i) prepare a list of all Stores for that calendar year; (ii) calculate the Storewide Average Leak

25   Rate for each Store; (iii) rank each Store by Storewide Average Leak Rate, from highest to

26   lowest; and (iv) identify those Stores with Storewide Average Leak Rates in the 90th percentile

27   or above;

28          k.      "Paragraph" shall mean a portion of this Decree identified by an Arabic

1   numeral or an upper or lower case letter;

2         l.    "Parties" shall mean the United States and Safeway;

3         m.    "Refrigerant" shall have the definition provided in 40 C.F.R. § 82.152;

4         n.    "Refrigerant Compliance Management System" shall mean the system

5   described in a Refrigerant Compliance Plan (attached as Appendix B to this Consent Decree)

6   prepared by Safeway and approved by EPA that is directed at assuring compliance with 40

7   C.F.R. Part 82, Subpart F, at the Stores, and any subsequent amendments or changes to such

8   system made in accordance with Paragraph 13 of this Consent Decree;

9         o.    "Safeway" shall mean Defendant Safeway Inc.;

10        p.    "Section" shall mean a portion of this Decree identified by a Roman

11  numeral;

12        q.    "Store" shall mean any grocery store owned or operated by Safeway in the

13  United States as of the date in question that contains one or more Covered Appliances, but shall

14  not include any grocery store in Safeway's Dominick's Division;

15        r.    "Storewide Average Leak Rate" for a given Store and calendar year shall

16  mean the total number of pounds of Refrigerant added to all Covered Appliances at such Store

17  during the period of Safeway's ownership or operation in such calendar year divided by the total

18  Full Charge of all Covered Appliances at such Store during such calendar year.  For purposes of

19  this subparagraph, the "total number of pounds of Refrigerant added to all Covered Appliances"

20  shall not include (i) the initial charge of Refrigerant added to any new Covered Appliance;

21  (ii) where Refrigerant has been recovered from an existing Covered Appliance in compliance

22  with 40 C.F.R. § 82.156, the amount of any Refrigerant used to recharge such Covered

23  Appliance, up to the amount of Refrigerant recovered; or (iii) the amount of any Refrigerant

24  added to a Covered Appliance to replace Refrigerant released as the result of an event that is

25  determined by EPA or the Court to constitute a force majeure event under Section X of this

26  Consent Decree (Force Majeure).  For purposes of this subparagraph, the "total Full Charge of

27  all Covered Appliances" shall include the Full Charge of any appliance that was at one time a

28  Covered Appliance and that, after the Effective Date of the Consent Decree, has been retrofitted

to use, or replaced by an appliance that uses, refrigerant that does not consist in part or whole of a class I or class II ozone-depleting substance, or that has been retired; and

    s.  "United States" shall mean the United States of America, acting on behalf of EPA.

V. <u>CIVIL PENALTIES</u>

   9.  Within 30 days after the Effective Date of this Consent Decree, Safeway shall pay the sum of $600,000 as civil penalties.

   10.  Safeway shall pay the civil penalties due by FedWire Electronic Funds Transfer ("EFT") to the U.S. Department of Justice in accordance with written instructions to be provided to Safeway after the Effective Date by the Financial Litigation Unit of the U.S. Attorney's Office for the Northern District of California.  At the time of payment, Safeway shall send a copy of the EFT authorization form and the EFT transaction record, together with a transmittal letter, which shall state that the payment is for the civil penalties owed pursuant to the Consent Decree in <u>United States v. Safeway Inc.</u>, and shall reference the civil action number and DOJ case number 90-5-2-1-09644, to the United States in accordance with Section XV of this Decree (Notices); by email to acctsreceivable.CINWD@epa.gov; and by mail to:

> EPA Cincinnati Finance Office
> 26 Martin Luther King Drive
> Cincinnati, OH 45268

   11.  Safeway shall not deduct any penalties paid under this Consent Decree pursuant to this Section or Section IX (Stipulated Penalties) in calculating its federal income tax.

VI. <u>COMPLIANCE REQUIREMENTS</u>

A.  <u>Refrigerant Compliance Management System</u>

   12.  Starting no later than 30 days after the Effective Date, Safeway shall implement the Refrigerant Compliance Management System at all Stores owned or operated by Safeway.

   13.  Prior to implementing any amendments or changes to its Refrigerant Compliance Management System, Safeway shall submit a revised Refrigerant Compliance Plan to EPA along with a letter identifying the amendments or changes.  Safeway shall implement its amended or changed Refrigerant Compliance Management System unless and until EPA notifies Safeway in

writing that it disapproves such amendments or changes and provides written comments.  Within 30 days of receiving EPA's written notification, Safeway shall either (i) revise the Refrigerant Compliance Plan consistent with EPA's written comments and submit the revised Refrigerant Compliance Plan to EPA, or (ii) invoke Dispute Resolution under Section XI of this Consent Decree.

B.   Corporate-Wide Leak Rate Reduction

14.   Safeway shall achieve a Corporate-Wide Average Leak Rate that is at or below 18 percent for the calendar year 2015.

15.   If Safeway fails to achieve a Corporate-Wide Average Leak Rate that is at or below 18 percent for the calendar year 2015 in accordance with Paragraph 14, Safeway shall take the following measures:

a.   Safeway shall pay stipulated penalties pursuant to Section IX of this Consent Decree.

b.   By March 1, 2016, Safeway shall submit to EPA a proposed Corrective Action Plan for approval pursuant to this Consent Decree.  The proposed Corrective Action Plan shall include a description of all actions taken or to be taken to ensure that Safeway achieves a Corporate-Wide Average Leak Rate that is at or below 18 percent for the calendar year 2016, and, with respect to actions not already completed, the schedule for their implementation.

c.   EPA shall, in writing, either approve the proposed Corrective Action Plan or disapprove it and provide written comments.  Within 30 days of receiving EPA's written comments, Safeway shall either (i) revise the Corrective Action Plan consistent with EPA's written comments and submit the revised Corrective Action Plan to EPA for final approval, or (ii) invoke Dispute Resolution under Section XI of this Consent Decree.  To the extent the proposed Corrective Action Plan requires action prior to receipt of EPA's approval or disapproval, Safeway shall implement the proposed Corrective Action Plan in accordance with the schedule set forth therein until EPA approves a Corrective Action Plan or a Corrective Action Plan is completed pursuant to Dispute Resolution.

d.   Upon receipt of EPA's final approval of the Corrective Action Plan, or

1  upon completion of the Corrective Action Plan pursuant to Dispute Resolution, Safeway shall

2  implement the Corrective Action Plan in accordance with the schedule set forth therein.

3         e.     Safeway shall achieve a Corporate-Wide Average Leak Rate that is at or

4  below 18 percent for the calendar year 2016.

5         f.     If Safeway fails to achieve a Corporate-Wide Average Leak Rate that is at

6  or below 18 percent for the calendar year 2016, Safeway shall continue to take the measures set

7  forth in Paragraph 15 each subsequent year until it achieves a Corporate-Wide Average Leak

8  Rate that is at or below 18 percent for a calendar year.

9  C.    <u>Emissions Reductions at Highest-Emission Stores</u>

10      16.    In calendar years 2013, 2014, and 2015, Safeway shall take the following steps to

11  achieve a reduction in the aggregate Refrigerant use at its Highest-Emission Stores:

12         a.     Within 60 days after the Effective Date of the Consent Decree, and no

13  later than March 1 of each year after the year of the Effective Date, Safeway shall (i) identify its

14  Highest-Emission Stores for the prior calendar year (the "baseline year"), and (ii) calculate the

15  total number of pounds of Refrigerant added during the baseline year to all Covered Appliances

16  at such Highest-Emission Stores.

17         b.     During the calendar year after the baseline year (the "target year"),

18  Safeway shall achieve a reduction of at least 10 percent in the total number of pounds of

19  Refrigerant added to all Covered Appliances at the baseline year's Highest-Emission Stores.

20         c.     In calculating the total number of pounds of Refrigerant added during the

21  baseline year and the target year, Safeway shall not include (i) the initial charge of Refrigerant

22  added to any new Covered Appliance; (ii) where Refrigerant has been recovered from an existing

23  Covered Appliance in compliance with 40 C.F.R. § 82.156, the amount of any Refrigerant used

24  to recharge such Covered Appliance, up to the amount of Refrigerant recovered; or (iii) the

25  amount of any Refrigerant added to a Covered Appliance to replace Refrigerant released as the

26  result of an event that is determined by EPA or the Court to constitute a force majeure event

27  under Section X of this Consent Decree (Force Majeure).

28      17.    If, during any target year, Safeway fails to comply with Paragraph 16(b), Safeway

shall take the following measures:

a.     Safeway shall pay stipulated penalties pursuant to Section IX of this Consent Decree.

b.     By March 1 of the year after the target year, Safeway shall submit to EPA a proposed Corrective Action Plan for approval pursuant to this Consent Decree.  The proposed Corrective Action Plan shall include a description of all actions taken or to be taken to ensure that Safeway, during the calendar year after the target year, achieves a reduction of at least 10 percent in the total number of pounds of Refrigerant added to all Covered Appliances at the baseline year's Highest-Emission Stores, and, with respect to actions not already completed, the schedule for their implementation.

c.     EPA shall, in writing, either approve the proposed Corrective Action Plan or disapprove it and provide written comments.  Within 30 days of receiving EPA's written comments, Safeway shall either (i) revise the Corrective Action Plan consistent with EPA's written comments and submit the revised Corrective Action Plan to EPA for final approval, or (ii) invoke Dispute Resolution under Section XI of this Consent Decree.  To the extent the proposed Corrective Action Plan requires action prior to receipt of EPA's approval or disapproval, Safeway shall implement the proposed Corrective Action Plan in accordance with the schedule set forth therein until EPA approves a Corrective Action Plan or a Corrective Action Plan is completed pursuant to Dispute Resolution.

d.     Upon receipt of EPA's final approval of the Corrective Action Plan, or upon completion of the Corrective Action Plan pursuant to Dispute Resolution, Safeway shall implement the Corrective Action Plan in accordance with the schedule set forth therein.

e.     Safeway shall, during the calendar year after the target year, achieve a reduction of at least 10 percent in the total number of pounds of Refrigerant added to all Covered Appliances at the baseline year's Highest-Emission Stores.

18.     Safeway shall continue to take the measures set forth in Paragraph 17 each subsequent year until, during a calendar year, it achieves a reduction of at least 10 percent in the total number of pounds of Refrigerant added to all Covered Appliances at the baseline year's

Highest-Emission Stores.

VII.  <u>PARTICIPATION IN RECOGNITION PROGRAMS</u>

19.    Safeway shall not seek partnership in any federal or state recognition program relating to ozone-depleting substances, including EPA's GreenChill Advanced Refrigeration Partnership, until termination of this Consent Decree.  This Paragraph shall not be construed to prohibit Safeway from: (i) exchanging data or information with or through any such recognition program; and/or (ii) seeking certification for newly constructed or significantly remodeled stores.

20.    Safeway shall not at any time use or rely on measures taken in order to comply with the obligations of Section VI of this Consent Decree, or on any reduction in its Corporate-Wide Average Leak Rate or any Storewide Average Leak Rate achieved pursuant to this Consent Decree, as the basis for participation in any federal or state recognition program.

VIII.  <u>REPORTING REQUIREMENTS</u>

21.    Within 60 days after the Effective Date of the Consent Decree, and no later than March 1 of each year after the year of the Effective Date, continuing until the Parties have submitted for the Court's approval a joint stipulation terminating the Consent Decree pursuant to Paragraph 73, Safeway shall submit to the United States a Compliance Report that includes the following information for the prior calendar year:

    a.    a list of all Stores, specially noting all openings and closings;

    b.    the Full Charge, in pounds, of each Covered Appliance at each Store;

    c.    the number of pounds of Refrigerant added to each Covered Appliance at each Store;

    d.    the Storewide Average Leak Rate for each Store;

    e.    the Corporate-Wide Average Leak Rate;

    f.    identification of the Highest-Emission Stores and their Storewide Average Leak Rates;

    g.    the total number of pounds of Refrigerant added to all Covered Appliances at the Highest-Emission Stores identified in such Compliance Report;

    h.    the total number of pounds of Refrigerant added to all Covered Appliances

at the Highest-Emission Stores identified in the Compliance Report covering the calendar year

preceding the prior calendar year (not required for Safeway's initial Compliance Report);

       i.    a statement identifying whether Safeway met the requirement for

emissions reductions at Highest-Emission Stores set forth in Paragraph 16 (not required for

Safeway's initial Compliance Report);

       j.    a statement identifying whether Safeway met the requirement for

emissions reductions at Highest-Emission Stores set forth in Paragraph 17(e) or 18, as applicable

(not required for Safeway's initial two Compliance Reports);

       k.    a certification that Safeway has complied with the Refrigerant Compliance

Plan during the prior calendar year, or a description of all incidences of noncompliance with the

Refrigerant Compliance Plan during the prior calendar year and a certification that Safeway has

otherwise complied with the Refrigerant Compliance Plan (not required for Safeway's initial

Compliance Report); and

       l.    an affirmative statement regarding Safeway's compliance or

noncompliance with 40 C.F.R. Part 82, Subpart F, at the Stores during the prior calendar year

(not required for Safeway's initial Compliance Report).

    22.    Data in each Compliance Report submitted by Safeway under this Section shall be

in Microsoft Excel or equivalent spreadsheet form.  Safeway shall submit each Compliance

Report to the United States in electronic form in accordance with the requirements of Section

XV of this Consent Decree.

    23.    Each Compliance Report submitted by Safeway under this Section shall be signed

by a Safeway official and shall include the following certification:

> I certify under penalty of law that this document and all attachments were
> prepared under my direction or supervision in accordance with a system designed
> to assure that qualified personnel properly gather and evaluate the information
> submitted.  Based on my inquiry of the person or persons who manage the system,
> or those persons directly responsible for gathering the information, the
> information submitted is, to the best of my knowledge and belief, true, accurate,
> and complete.  I am aware that there are significant penalties for submitting false
> information, including the possibility of fine and imprisonment for knowing
> violations.

24.     Whenever any violation of this Consent Decree or any other event affecting Safeway's performance under this Decree, or the performance of its Stores, may pose an immediate threat to the public health or welfare or the environment, Safeway shall notify EPA orally or by electronic or facsimile transmission as soon as possible, but no later than 24 hours after Safeway first knew of the violation or event.  Notification to an applicable national reporting hotline, such as the National Response Center, shall suffice to meet this requirement. This procedure is in addition to the requirements set forth in Paragraphs 21 through 23.

25.     The reporting requirements of this Consent Decree do not relieve Safeway of any reporting obligations required by the Clean Air Act or implementing regulations, or by any other federal, state, or local law, regulation, permit, or other requirement.

26.     Any information provided pursuant to this Consent Decree may be used by the United States in any proceeding to enforce the provisions of this Consent Decree and as otherwise permitted by law.

## IX.  STIPULATED PENALTIES

27.     Safeway shall be liable for stipulated penalties to the United States for violations of this Consent Decree as specified below, unless excused under Section X (Force Majeure).  A violation includes failing to perform any obligation required by the terms of this Decree, including any work plan or schedule approved under this Decree, according to all applicable requirements of this Decree and within the specified time schedules established by or approved under this Decree.

28.     Payment of Civil Penalties.  If Safeway fails to pay the civil penalties required to be paid under Section V of this Decree (Civil Penalties) when due, Safeway shall pay a stipulated penalty of $2,500 per day for each day that the payment is late.

29.     Refrigerant Compliance Management System.  For each failure to implement the Refrigerant Compliance Management System at a Store as required by Paragraph 12, Safeway shall pay a stipulated penalty of $500 per violation per Store per day.

30.     Corporate-Wide Average Leak Rate.  If Safeway fails to achieve a Corporate-Wide Average Leak Rate that is at or below 18 percent for the calendar year 2015 in accordance

with Paragraph 14, Safeway shall: (a) pay a stipulated penalty of $100,000, and (b) pay a stipulated penalty of $150,000 for each subsequent calendar year until Safeway achieves a Corporate-Wide Average Leak Rate that is at or below 18 percent.

31.     <u>Emissions Reductions at Highest-Emission Stores</u>.  If, during any target year, Safeway fails to achieve a reduction of at least 10 percent in the total number of pounds of Refrigerant added to all Covered Appliances at the baseline year's Highest-Emission Stores as required by Paragraph 16(b), Safeway shall:  (a) pay a stipulated penalty of $25,000 per year, and (b) pay a stipulated penalty of $40,000 for each calendar year after the target year in which Safeway fails to achieve a reduction of at least 10 percent in the total number of pounds of Refrigerant added to all Covered Appliances at the baseline year's Highest-Emission Stores.

32.     <u>Reporting Requirements</u>.  For each failure to comply with the requirements of Section VIII of this Consent Decree within the specified time schedules established by this Decree, Safeway shall pay a stipulated penalty of $1,000 per violation per day.

33.     Stipulated penalties under this Section shall begin to accrue on the day after performance is due or on the day a violation occurs, whichever is applicable, and shall continue to accrue until performance is satisfactorily completed or until the violation ceases.  Stipulated penalties shall accrue simultaneously for separate violations of this Consent Decree.

34.     Safeway shall pay any stipulated penalty within 30 days of receiving the United States' written demand.

35.     The United States may, in the unreviewable exercise of its discretion, reduce or waive stipulated penalties otherwise due it under this Consent Decree.

36.     Stipulated penalties shall continue to accrue as provided in Paragraph 33 during any Dispute Resolution, but need not be paid until the following:

a.      If the dispute is resolved by agreement or by a decision of EPA that is not appealed to the Court, Safeway shall pay accrued penalties determined to be owing, together with interest, to the United States within 30 days of the effective date of the agreement or the receipt of EPA's decision or order.

b.      If the dispute is appealed to the Court and the United States prevails in

1    whole or in part, Safeway shall pay all accrued penalties determined by the Court to be owing,

2    together with interest, within 60 days of receiving the Court's decision or order, except as

3    provided in subparagraph (c), below.

4           c.     If any Party appeals the District Court's decision, Safeway shall pay all

5    accrued penalties determined to be owing, together with interest, within 15 days of receiving the

6    final appellate court decision.

7           37.    Safeway shall pay stipulated penalties owing to the United States in the manner

8    set forth and with the confirmation notices required by Paragraph 10, except that the transmittal

9    letter shall state that the payment is for stipulated penalties and shall state for which violation(s)

10   the penalties are being paid.

11          38.    If Safeway fails to pay stipulated penalties according to the terms of this Consent

12   Decree, Safeway shall be liable for interest on such penalties, as provided for in 28 U.S.C.

13   § 1961, accruing as of the date payment became due.  Nothing in this Paragraph shall be

14   construed to limit the United States from seeking any remedy otherwise provided by law for

15   Safeway's failure to pay any stipulated penalties.

16          39.    Subject to the provisions of Section XIII of this Consent Decree (Effect of

17   Settlement/Reservation of Rights), the stipulated penalties provided for in this Decree shall be in

18   addition to any other rights, remedies, or sanctions available to the United States for Safeway's

19   violation of this Decree or applicable law.  Where a violation of this Consent Decree is also a

20   violation of Section 608 of the Act or 40 C.F.R. Part 82, Subpart F, Safeway shall be allowed a

21   credit, for any stipulated penalties paid, against any statutory penalties imposed for such

22   violation.

23                              X.  <u>FORCE MAJEURE</u>

24          40.    "Force majeure," for purposes of this Consent Decree, is defined as any event

25   arising from causes beyond the control of Safeway, of any entity controlled by Safeway, or of

26   Safeway's contractors, that impedes – i.e., delays or prevents – the performance of any

27   obligation under this Consent Decree despite Safeway's best efforts to fulfill the obligation.  The

28   requirement that Safeway exercise "best efforts to fulfill the obligation" includes using best

efforts to anticipate any potential force majeure event and best efforts to address the effects of any such event (a) as it is occurring and (b) after it has occurred to prevent or minimize any resulting impedance to the greatest extent possible.  "Force Majeure" does not include Safeway's financial inability to perform any obligation under this Consent Decree.

41.     If any event occurs or has occurred that may impede the performance of any obligation under this Consent Decree, whether or not caused by a force majeure event, Safeway shall provide notice orally or by electronic or facsimile transmission to EPA, within seven days of when Safeway first knew that the event might cause an impedance.  Within 30 days thereafter, Safeway shall provide in writing to EPA an explanation and description of the reasons for the impedance; the duration or anticipated duration of the impedance; all actions taken or to be taken to prevent or minimize the impedance; a schedule for implementation of any measures taken or to be taken to prevent or mitigate the impedance or the effect of the impedance; Safeway's rationale for attributing such impedance to a force majeure event if it intends to assert such a claim; and a statement as to whether, in the opinion of Safeway, such event may cause or contribute to an endangerment to public health, welfare or the environment.  Safeway shall include with any notice all available documentation supporting the claim that the impedance was attributable to a force majeure.  Failure to comply with the above requirements shall preclude Safeway from asserting any claim of force majeure for that event for the period of time of such failure to comply, and for any additional impedance caused by such failure.  Safeway shall be deemed to know of any circumstance of which Safeway, any entity controlled by Safeway, or Safeway's contractors knew or should have known.

42.     If EPA agrees that the impedance or anticipated impedance is attributable to a force majeure event, EPA will extend the time for performance of the obligations under this Consent Decree that are affected by the force majeure event for such time as is necessary to complete those obligations and/or reduce or waive stipulated penalties otherwise due under this Decree as a result of Safeway's failure to perform such obligations.  An extension of the time for performance of the obligations affected by the force majeure event shall not, of itself, extend the time for performance of any other obligation.  EPA will notify Safeway in writing of its decision,

1  including the length of any extension for performance of the obligations affected by the force

2  majeure event.

3      43.    If EPA does not agree that the impedance or anticipated impedance has been or

4  will be caused by a force majeure event, EPA will notify Safeway in writing of its decision.

5      44.    If Safeway elects to invoke the dispute resolution procedures set forth in Section

6  XI (Dispute Resolution), it shall do so no later than 30 days after receipt of EPA's notice.  In any

7  such proceeding, Safeway shall have the burden of demonstrating by a preponderance of the

8  evidence that the impedance or anticipated impedance has been or will be caused by a force

9  majeure event, that the duration of the impedance or the relief sought was or will be warranted

10  under the circumstances, that best efforts were exercised to avoid and mitigate the effects of the

11  impedance, and that Safeway complied with the requirements of Paragraphs 40 and 41, above.  If

12  Safeway carries this burden, the impedance at issue shall be deemed not to be a violation by

13  Safeway of the affected obligation of this Consent Decree identified to EPA and the Court.

14                      XI.  DISPUTE RESOLUTION

15      45.    Unless otherwise expressly provided for in this Consent Decree, the dispute

16  resolution procedures of this Section shall be the exclusive mechanism to resolve disputes arising

17  under or with respect to this Consent Decree. Safeway's failure to seek resolution of a dispute

18  under this Section shall preclude Safeway from raising any such issue as a defense to an action

19  by the United States to enforce any obligation of Safeway arising under this Decree.

20      46.    Informal Dispute Resolution.  Any dispute subject to Dispute Resolution under

21  this Consent Decree shall first be the subject of informal negotiations.  The dispute shall be

22  considered to have arisen when Safeway sends the United States a written Notice of Dispute.

23  Such Notice of Dispute shall state clearly the matter in dispute.  The period of informal

24  negotiations shall not exceed 20 days from the date the dispute arises, unless that period is

25  modified by written agreement.  If the Parties cannot resolve a dispute by informal negotiations,

26  then the position advanced by the United States shall be considered binding unless, within 30

27  days after the conclusion of the informal negotiation period, Safeway invokes formal dispute

28  resolution procedures as set forth below.

47.   <u>Formal Dispute Resolution</u>.   Safeway shall invoke formal dispute resolution procedures, within the time period provided in the preceding Paragraph, by serving on the United States a written Statement of Position regarding the matter in dispute.  The Statement of Position shall include, but need not be limited to, any factual data, analysis, or opinion supporting Safeway's position and any supporting documentation relied upon by Safeway.

48.   The United States shall serve its Statement of Position within 30 days of receipt of Safeway's Statement of Position.  The United States' Statement of Position shall include, but need not be limited to, any factual data, analysis, or opinion supporting that position and any supporting documentation relied upon by the United States.  The United States' Statement of Position shall be binding on Safeway, unless Safeway files a motion for judicial review of the dispute in accordance with the following Paragraph.

49.   Safeway may seek judicial review of the dispute by filing with the Court and serving on the United States, in accordance with Section XV of this Consent Decree (Notices), a motion requesting judicial resolution of the dispute.  The motion must be filed within 30 days of receipt of the United States' Statement of Position pursuant to the preceding Paragraph.  The motion shall contain a written statement of Safeway's position on the matter in dispute, including any supporting factual data, analysis, opinion, or documentation, and shall set forth the relief requested and any schedule within which the dispute must be resolved for orderly implementation of the Consent Decree.

50.   The United States shall respond to Safeway's motion within the time period allowed by the Local Rules of this Court.  Safeway may file a reply memorandum, to the extent permitted by the Local Rules.

51.   <u>Standard of Review</u>.  Except as otherwise provided in this Consent Decree, in any dispute brought under Paragraph 47, Safeway shall bear the burden of demonstrating that its position complies with this Consent Decree and that it is entitled to relief under applicable principles of law.  In their initial filings with the Court under Paragraphs 49 and 50, the Parties shall state their respective positions as to the applicable standard of law for resolving the dispute.

52.   The invocation of dispute resolution procedures under this Section shall not, by

itself, extend, postpone, or affect in any way any obligation of Safeway under this Consent Decree, unless and until final resolution of the dispute so provides.  Stipulated penalties with respect to the disputed matter shall continue to accrue from the first day of noncompliance, but payment shall be stayed pending resolution of the dispute as provided in Paragraph 36.  If Safeway does not prevail on the disputed issue, stipulated penalties shall be assessed and paid as provided in Section IX (Stipulated Penalties).

## XII.  INFORMATION COLLECTION AND RETENTION

53.    The United States and its representatives, including attorneys, contractors, and consultants, shall have the right of entry into any Store covered by this Consent Decree, at all reasonable times, upon presentation of credentials, to:

    a.    monitor the progress of activities required under this Consent Decree;

    b.    verify any data or information submitted to the United States in accordance with the terms of this Consent Decree;

    c.    obtain documentary evidence, including photographs and similar data; and

    d.    assess Safeway's compliance with this Consent Decree.

54.    Until five years after the termination of this Consent Decree, Safeway shall retain, and shall instruct its contractors and agents to preserve, all documents, records, or other information (including documents, records, or other information in electronic form) necessary to demonstrate Safeway's performance of its obligations under this Consent Decree.  This information-retention requirement shall apply regardless of any contrary corporate or institutional policies or procedures.  At any time during this information-retention period, upon request by the United States, Safeway shall provide copies of any documents, records, or other information required to be maintained under this Paragraph.

55.    At the conclusion of the information-retention period provided in the preceding Paragraph, Safeway shall notify the United States at least 90 days prior to the destruction of any documents, records, or other information subject to the requirements of the preceding Paragraph and, upon request by the United States, Safeway shall deliver any such documents, records, or other information to EPA.  Safeway may assert that certain documents, records, or other

information is privileged under the attorney-client privilege or any other privilege recognized by federal law.  If Safeway asserts such a privilege, it shall provide the following:  (1) the title of the document, record, or information; (2) the date of the document, record, or information; (3) the name and title of each author of the document, record, or information; (4) the name and title of each addressee and recipient; (5) a description of the subject of the document, record, or information; and (6) the privilege asserted by Safeway.  However, no documents, records, or other information required to be created or generated under this Consent Decree shall be withheld on grounds of privilege.

56.     Safeway may also assert that information required to be provided under this Section is protected as Confidential Business Information ("CBI") under 40 C.F.R. Part 2.  As to any information that Safeway seeks to protect as CBI, Safeway shall follow the procedures set forth in 40 C.F.R. Part 2.

57.     This Consent Decree in no way limits or affects any right of entry and inspection, or any right to obtain information, held by the United States pursuant to applicable federal laws, regulations, or permits, nor does it limit or affect any duty or obligation of Safeway to maintain documents, records, or other information imposed by applicable federal or state laws, regulations, or permits.

## XIII.  EFFECT OF SETTLEMENT/RESERVATION OF RIGHTS

58.     This Consent Decree resolves the civil claims of the United States against Safeway for any violations of 40 C.F.R. §§ 82.156(i), 82.166(k), or 82.166(m) at the Stores arising out of facts and events that occurred prior to the date of lodging, including the civil claims of the United States for the violations alleged in the Complaint through the date of lodging.

59.     The United States reserves all legal and equitable remedies available to enforce the provisions of this Consent Decree, except as expressly stated in Paragraph 58.  This Consent Decree shall not be construed to limit the rights of the United States to obtain penalties or injunctive relief under the Act or implementing regulations, or under other federal laws, regulations, or permit conditions, except as expressly specified in Paragraph 58.

60.     In any subsequent administrative or judicial proceeding initiated by the United States for injunctive relief, civil penalties, or other appropriate relief relating to the Stores, Safeway shall not assert, and may not maintain, any defense or claim based upon the principles of waiver, res judicata, collateral estoppel, issue preclusion, claim preclusion, claim-splitting, or other defenses based upon any contention that the claims raised by the United States in the subsequent proceeding were or should have been brought in the instant case, except with respect to claims that have been specifically resolved pursuant to Paragraph 58.

61.     This Consent Decree is not a permit, or a modification of any permit, under any federal, state, or local laws or regulations.  Safeway is responsible for achieving and maintaining complete compliance with all applicable federal, state, and local laws, regulations, and permits; and Safeway's compliance with this Consent Decree shall be no defense to any action commenced pursuant to any such laws, regulations, or permits, except as set forth herein.  The United States does not, by its consent to the entry of this Consent Decree, warrant or aver in any manner that Safeway's compliance with any aspect of this Consent Decree will result in compliance with provisions of the Act, 42 U.S.C. § 7401 et seq., or with any other provisions of federal, state, or local laws, regulations, or permits.

62.     This Consent Decree does not limit or affect the rights of Safeway or of the United States against any third parties, not party to this Consent Decree, nor does it limit the rights of third parties, not party to this Consent Decree, against Safeway, except as otherwise provided by law.

63.     This Consent Decree shall not be construed to create rights in, or grant any cause of action to, any third party not party to this Consent Decree.

## XIV.  COSTS

64.     The Parties shall bear their own costs of this action, including attorney's fees, except that the United States shall be entitled to collect the costs (including attorney's fees) incurred in any judicial enforcement action necessary to collect any portion of the civil penalties or any stipulated penalties due but not paid by Safeway.

XV.  NOTICES

65.     Unless otherwise specified herein, whenever notifications, submissions, or communications are required by this Consent Decree, they shall be made in writing and addressed as follows:

For notifications, submissions, or communications to the United States:

Chief, Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611 Ben Franklin Station
Washington, DC 20044-7611
eescasemanagement.enrd@usdoj.gov
Re: DOJ No. 90-5-2-1-09644

and

Brian Riedel (riedel.brian@epa.gov)
Joel Jones (jones.joel@epa.gov)
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street
San Francisco, CA 94105

For notifications, submissions, or communications to EPA:

Brian Riedel (riedel.brian@epa.gov)
Joel Jones (jones.joel@epa.gov)
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street
San Francisco, CA 94105

For notifications, submissions, or communications to Safeway:

Valerie D. Lewis
Senior Corporate Counsel
Safeway Inc.
5918 Stoneridge Mall Road
Pleasanton, CA 94588
valerie.lewis@safeway.com

66.     Any Party may, by written notice to the other Parties, change its designated notice recipient or notice address provided in Paragraph 22 or 65 of this Consent Decree.

67.     Notices submitted pursuant to this Section shall be deemed submitted upon mailing or electronic mailing, as applicable, unless otherwise provided in this Consent Decree or by mutual agreement of the Parties in writing.

XVI.  EFFECTIVE DATE

68.     The Effective Date of this Consent Decree shall be the date upon which this Decree is entered by the Court or a motion to enter the Decree is granted, whichever occurs first, as recorded on the Court's docket.

XVII.  RETENTION OF JURISDICTION

69.     The Court shall retain jurisdiction over this case until termination of this Consent Decree, for the purpose of resolving disputes arising under this Decree or entering orders modifying this Decree, pursuant to Sections XI and XVIII, or effectuating or enforcing compliance with the terms of this Decree.

XVIII.  MODIFICATION

70.     The terms of this Consent Decree, including any attached appendices, may be modified only by a subsequent written agreement signed by the Parties.  Where the modification constitutes a material change to this Decree, it shall be effective only upon approval by the Court.

71.     Any disputes concerning modification of this Decree shall be resolved pursuant to Section XI of this Decree (Dispute Resolution), provided, however, that, instead of the burden of proof provided by Paragraph 51, the Party seeking the modification bears the burden of demonstrating that it is entitled to the requested modification in accordance with Federal Rule of Civil Procedure 60(b).

XIX.  TERMINATION

72.     After Safeway has completed the requirements of Section VI (Compliance Requirements) of this Consent Decree, has complied with all other requirements of this Decree, and has paid the civil penalties and any accrued stipulated penalties as required by this Decree, Safeway may serve upon the United States a Request for Termination, stating that Safeway has satisfied those requirements, together with all necessary supporting documentation.

73.     Following receipt by the United States of Safeway's Request for Termination, the Parties shall confer informally concerning the Request and any disagreement that the Parties may have as to whether Safeway has satisfactorily complied with the requirements for termination of this Consent Decree.  If the United States agrees that the Consent Decree may be terminated, the Parties shall submit, for the Court's approval, a joint stipulation terminating the Decree.

74.     If the United States does not agree that the Consent Decree may be terminated, Safeway may invoke Dispute Resolution under Section XI of this Decree.  However, Safeway shall not seek Dispute Resolution of any dispute regarding termination, under Paragraph 47 of Section XI, until 60 days after service of its Request for Termination.

## XX.  PUBLIC PARTICIPATION

75.     This Consent Decree shall be lodged with the Court for a period of not less than 30 days for public notice and comment in accordance with 28 C.F.R. § 50.7.  The United States reserves the right to withdraw or withhold its consent if the comments regarding the Consent Decree disclose facts or considerations indicating that the Consent Decree is inappropriate, improper, or inadequate.  Safeway consents to entry of this Consent Decree without further notice and agrees not to withdraw from or oppose entry of this Consent Decree by the Court or to challenge any provision of the Decree, unless the United States has notified Safeway in writing that it no longer supports entry of the Decree.

## XXI.  SIGNATORIES/SERVICE

76.     Each undersigned representative of Safeway and the Assistant Attorney General for the Environment and Natural Resources Division of the Department of Justice certifies that he or she is fully authorized to enter into the terms and conditions of this Consent Decree and to execute and legally bind the Party he or she represents to this document.

77.     This Consent Decree may be signed in counterparts, and its validity shall not be challenged on that basis.  Safeway agrees to accept service of process by mail with respect to all matters arising under or relating to this Consent Decree and to waive the formal service requirements set forth in Rules 4 and 5 of the Federal Rules of Civil Procedure and any applicable Local Rules of this Court including, but not limited to, service of a summons.

XXII.  <u>INTEGRATION</u>

78.    This Consent Decree constitutes the final, complete, and exclusive agreement and understanding among the Parties with respect to the settlement embodied in the Decree and supersedes all prior agreements and understandings, whether oral or written, concerning the settlement embodied herein.  Other than deliverables that are subsequently submitted and approved pursuant to this Consent Decree, no other document, nor any representation, inducement, agreement, understanding, or promise, constitutes any part of this Decree or the settlement it represents, nor shall it be used in construing the terms of this Decree.

XXIII.  <u>FINAL JUDGMENT</u>

79.    Upon approval and entry of this Consent Decree by the Court, this Consent Decree shall constitute a final judgment of the Court as to the United States and Safeway.

XXIV.  <u>APPENDICES</u>

80.    The following appendices are attached to and part of this Consent Decree:

"Appendix A" is the list of Stores as of the date of lodging of the Consent Decree.

"Appendix B" is the Refrigerant Compliance Plan.


Dated and entered this __7__ day of ____November____, 20_13_.



_____
Hon. Jon S. Tigar
United States District Judge
Northern District of California

1   THE UNDERSIGNED PARTIES enter into this Consent Decree in the matter of <u>United States v.</u>
2   <u>Safeway Inc.</u> (N.D. Cal.):

3   FOR PLAINTIFF UNITED STATES OF AMERICA:

4

5

6   ROBERT G. DREHER
    Acting Assistant Attorney General
7   Environment and Natural Resources Division

8

9

10

11  MARK SABATH
    Trial Attorney
12  Environmental Enforcement Section
    Environment and Natural Resources Division
13  U.S. Department of Justice
    P.O. Box 7611
14  Washington, DC  20044-7611
    (202) 514-1196
15

16

17

18

19

20

21

22

23

24

25

26

27

28

25                                        Consent Decree

1   THE UNDERSIGNED PARTIES enter into this Consent Decree in the matter of <u>United States v.</u>
    <u>Safeway Inc.</u> (N.D. Cal.):

2

3   FOR PLAINTIFF UNITED STATES OF AMERICA:

4

5

6                                                SUSAN SHINKMAN, Director

7                                                Office of Civil Enforcement
                                                 Office of Enforcement and Compliance Assurance

8                                                U.S. Environmental Protection Agency
                                                 1200 Pennsylvania Ave., N.W.

9                                                Washington, D.C. 20460

10

11

12                                               PHILLIP BROOKS

13                                               Director, Air Enforcement Division
                                                 Office of Civil Enforcement

14                                               Office of Enforcement and Compliance Assurance
                                                 U.S. Environmental Protection Agency

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE UNDERSIGNED PARTIES enter into this Consent Decree in the matter of <u>United States v. Safeway Inc.</u> (N.D. Cal.):

FOR PLAINTIFF UNITED STATES OF AMERICA:


JARED BLUMENFELD
Regional Administrator
U.S. Environmental Protection Agency, Region IX
75 Hawthorne Street
San Francisco, CA 94105


BRIAN P. RIEDEL
Assistant Regional Counsel
U.S. Environmental Protection Agency, Region IX

Consent Decree

THE UNDERSIGNED PARTIES enter into this Consent Decree in the matter of <u>United States v. Safeway Inc.</u> (N.D. Cal.):

FOR DEFENDANT SAFEWAY INC.:

_____

[NAME]   Valerie D. Lewis
[Title]  Assistant Vice President
         & Assistant Secretary

Agent authorized to accept service on behalf of above-signed party:

Corporation Service Company
_____
[NAME]
[Address]  2730 Gateway Oaks Dr., #100
           Sacramento, CA  95833

Consent Decree

# APPENDIX A

## Appendix A:  List of Stores

| Store | Street | City | State | ZIP |
|---|---|---|---|---|
| 27 | 5025 South Kipling St. | Littleton | CO | 80127 |
| 41 | 13111 West Alameda Pkwy. | Lakewood | CO | 80228 |
| 91 | 1227 15th Ave. | Longview | WA | 98632 |
| 111 | 105 Neal St. | Grass Valley | CA | 95945 |
| 190 | 424 Howe Ave. | Sacramento | CA | 95825 |
| 204 | 2855 E Manoa Rd. | Honolulu | HI | 96822 |
| 211 | 848 Ala Lilikoi St. | Honolulu | HI | 96818 |
| 215 | 377 Keahole St. | Honolulu | HI | 96825 |
| 219 | 3900 South Othello St. | Seattle | WA | 98118 |
| 220 | 170 E Kamehameha Ave. | Kahului Maui | HI | 96732 |
| 236 | 10926 West Bell Rd. | Sun City | AZ | 85373 |
| 239 | 1601 North Park Dr. | Winslow | AZ | 86047 |
| 242 | 3904 East 120th Ave. | Thornton | CO | 80233 |
| 245 | 1044 Willow Creek Rd. | Prescott | AZ | 86301 |
| 247 | 1225 West Guadalupe Rd. | Mesa | AZ | 85202 |
| 249 | 650 Elm St. | Page | AZ | 86040 |
| 250 | 4752 East Sunrise Dr. | Tucson | AZ | 85718 |
| 251 | 1208 Morgan St. | Davenport | WA | 99122 |
| 253 | 3185 West Apache Trail | Apache Junction | AZ | 85120 |
| 261 | 101 Naco Hwy. | Bisbee | AZ | 85603 |
| 262 | 20 E Main St. | Quincy | CA | 95971 |
| 272 | 650 North Bisbee Ave. | Willcox | AZ | 85643 |
| 284 | 1499 Hwy. 101 | Reedsport | OR | 97467 |
| 290 | 115 SE Seventh St. | Grants Pass | OR | 97526 |
| 300 | 253 Mt. Herman Rd. | Scotts Valley | CA | 95066 |
| 305 | 1071 El Camino | Redwood City | CA | 94063 |
| 307 | 215 East Rose St. | Walla Walla | WA | 99362 |
| 313 | 1601 Hollenbeck Ave. | Sunnyvale | CA | 94087 |
| 330 | 9517 Ralston Rd. | Arvada | CO | 80002 |
| 333 | 1803 George Washington Way | Richland | WA | 99354 |
| 344 | 9160 West Colfax Ave. | Lakewood | CO | 80215 |
| 350 | 702 North 5th Ave. | Sandpoint | ID | 83864 |
| 363 | 700 Hwy. 101 | Florence | OR | 97439 |
| 368 | 2100 Queen Anne Ave. N | Seattle | WA | 98109 |
| 371 | 601 West North St. | Enterprise | OR | 97828 |
| 378 | 2220 North Coast Hwy. | Newport | OR | 97365 |
| 379 | 1640 Williams Hwy. | Grants Pass | OR | 97527 |
| 386 | 1755 Ivy St. | Junction City | OR | 97448 |
| 390 | 2425 Miner St. | Idaho Springs | CO | 80452 |
| 400 | 3707 North Main St. | Vancouver | WA | 98663 |
| 406 | 2836 Pacific Ave. | Forest Grove | OR | 97116 |
| 412 | 1455 Edgewater St. NW | Salem | OR | 97304 |
| 424 | 795 Columbia River Hwy. | St. Helens | OR | 97051 |

Consent Decree

## Appendix A:  List of Stores

| | | | | |
|---|---|---|---|---|
| 429 | 3380 Lancaster Dr. NE | Salem | OR | 97305 |
| 430 | 1455 NE Division St. | Gresham | OR | 97030 |
| 444 | 990 Hwy. 395 South | Hermiston | OR | 97838 |
| 459 | 20830 108th Ave. SE | Kent | WA | 98031 |
| 461 | 709 North Federal Blvd. | Riverton | WY | 82501 |
| 462 | 205 North 5th Ave. | Yakima | WA | 98902 |
| 477 | 28810 Military Rd. S | Federal Way | WA | 98003 |
| 486 | 3842 Bridgeport Way | Tacoma | WA | 98466 |
| 488 | 3020 Northeast 45th St. | Seattle | WA | 98105 |
| 494 | 152 Roosevelt Ave. E | Enumclaw | WA | 98022 |
| 496 | 15000 N E 24th | Redmond | WA | 98052 |
| 497 | 17202 15th Ave. NE | Shoreline | WA | 98155 |
| 502 | 5702 Summitview Ave. | Yakima | WA | 98908 |
| 503 | 11031 19th Ave. SE | Everett | WA | 98208 |
| 508 | 401 A Ave. | Lake Oswego | OR | 97034 |
| 514 | 642 NE Third St. | Bend | OR | 97701 |
| 531 | 101 Auburn Way S | Auburn | WA | 98002 |
| 533 | 19150 NE Woodinville Duvall Rd. | Woodinville | WA | 98077 |
| 534 | 3532 172nd St. | Arlington | WA | 98223 |
| 535 | 20711 Bothell Hwy. | Bothell | WA | 98012 |
| 537 | 19651 Hwy. 2 | Monroe | WA | 98272 |
| 543 | 4700 Yelm Rd. SE | Lacey | WA | 98503 |
| 544 | 21301 Hwy. 410 | Bonney Lake | WA | 98391 |
| 549 | 500 East Third St. | Alliance | NE | 69301 |
| 555 | 630 228th Ave. NE | Sammamish | WA | 98074 |
| 563 | 613 S. Sixth St. | Sunnyside | WA | 98944 |
| 584 | 711 West First Ave. | Toppenish | WA | 98948 |
| 633 | 710 Rte. 73 South | Marlton | NJ | 08053 |
| 635 | 1295 Victory Way | Craig | CO | 81625 |
| 638 | 4100 Redwood Rd. | Oakland | CA | 94619 |
| 640 | 16 Rancho Del Mar | Aptos | CA | 95003 |
| 654 | 2096 Mountain Blvd. | Oakland | CA | 94611 |
| 668 | 2100 Ralston Ave. | Belmont | CA | 94002 |
| 669 | 5130 Broadway | Oakland | CA | 94611 |
| 683 | 730 West Main St. | Farmington | NM | 87401 |
| 687 | 6310 College Ave. | Oakland | CA | 94618 |
| 691 | 1444 Shattuck Pl. | Berkeley | CA | 94709 |
| 706 | 104 Midvalley | Carmel | CA | 93923 |
| 722 | 457 West Main St. | Trinidad | CO | 81082 |
| 737 | 160 First St. | Los Altos | CA | 94022 |
| 739 | 3350 Mission St. | San Francisco | CA | 94110 |
| 759 | 625 Monterey Blvd. | San Francisco | CA | 94127 |
| 761 | 1212 Forest Ave. | Pacific Grove | CA | 93950 |
| 763 | 2605 The Alameda Ave. | Santa Clara | CA | 95050 |

## Appendix A:  List of Stores

| | | | | |
|---|---|---|---|---|
| 767 | 6132 Bollinger Rd. | San Jose | CA | 95129 |
| 777 | 30 Chestnut Ave. | S San Francisco | CA | 94080 |
| 782 | 37601 Hwy. 26 | Sandy | OR | 97055 |
| 783 | 3540 Mt. Diablo Blvd. | Lafayette | CA | 94549 |
| 785 | 850 La Playa St. | San Francisco | CA | 94121 |
| 786 | 6255 Graham Hill Rd. | Felton | CA | 95018 |
| 790 | 555 Bancroft Ave. | San Leandro | CA | 94577 |
| 792 | 17023 SE 272nd St. | Kent | WA | 98042 |
| 793 | 600 F St. | Arcata | CA | 95521 |
| 797 | 231 W Jackson St. | Hayward | CA | 94544 |
| 799 | 117 Morrissey Blvd. | Santa Cruz | CA | 95062 |
| 835 | 5060 North Academy Blvd. | Colorado Springs | CO | 80918 |
| 836 | 1008 N. Summit Blvd. | Frisco | CO | 80443 |
| 853 | 7625 Old Georgetown Rd. | Bethesda | MD | 20814 |
| 908 | 3550 Fruitvale Ave. | Oakland | CA | 94602 |
| 910 | 1554 First St. | Livermore | CA | 94550 |
| 913 | 1620 Clay St. | Napa | CA | 94559 |
| 917 | 600 S Broadway | Walnut Creek | CA | 94596 |
| 918 | 6340 Commerce Blvd. | Rohnert Park | CA | 94928 |
| 919 | 12876 Saratoga Sunnyvale Rd. | Saratoga | CA | 95070 |
| 928 | 600 Patterson Blvd. | Pleasant Hill | CA | 94523 |
| 929 | 2558 Berryessa Rd. | San Jose | CA | 95132 |
| 932 | 950 Las Gallinas Ave. | San Rafael | CA | 94903 |
| 933 | 406 N Main St. | Sebastopol | CA | 95472 |
| 936 | 710 Bancroft Rd. | Walnut Creek | CA | 94598 |
| 939 | 3334 Alhambra Ave. | Martinez | CA | 94553 |
| 951 | 867 Island Dr. | Alameda | CA | 94502 |
| 952 | 139 N Washington St. | Easton | MD | 21601 |
| 956 | 1799 Marlow Rd. | Santa Rosa | CA | 95401 |
| 964 | 4950 Mission St. | San Francisco | CA | 94112 |
| 967 | 2 Camino Sobrante | Orinda | CA | 94563 |
| 968 | 709 Lincoln Rd. W | Vallejo | CA | 94590 |
| 969 | 1355 Moraga Way | Moraga | CA | 94556 |
| 970 | 1655 El Camino Real | San Mateo | CA | 94402 |
| 975 | 701 S Fortuna Blvd. | Fortuna | CA | 95521 |
| 976 | 605 Parker Bldg. A | Rodeo | CA | 94572 |
| 978 | 660 S Main St. | Ft Bragg | CA | 95437 |
| 983 | 1071 11th St. | Lakeport | CA | 95453 |
| 984 | 14922 Olympic Dr. | Clearlake | CA | 95422 |
| 988 | 3002 Story Rd. | San Jose | CA | 95127 |
| 993 | 3902 Washington Blvd. | Fremont | CA | 94538 |
| 994 | 1499 Washington Ave. | San Leandro | CA | 94577 |
| 999 | 921 E Hillsdale Blvd. | Foster City | CA | 94404 |
| 1004 | 2850 Audubon Village Dr. | Audubon | PA | 19403 |

Consent Decree

## Appendix A:  List of Stores

| | | | | |
|---|---|---|---|---|
| 1011 | 14610 Memorial Dr. | Houston | TX | 77079 |
| 1012 | 5219 Fm 1960 West | Houston | TX | 77069 |
| 1013 | 1407 South Voss Rd. | Houston | TX | 77057 |
| 1022 | 11711 West Bellfort St. | Stafford | TX | 77477 |
| 1031 | 2931 Central City Blvd. | Galveston | TX | 77551 |
| 1041 | 4800 West Bellfort St. | Houston | TX | 77035 |
| 1055 | 7720 East Hwy. 69 | Prescott Valley | AZ | 86314 |
| 1057 | 4540 Kingwood Dr. | Kingwood | TX | 77345 |
| 1066 | 12850 Memorial Dr. | Houston | TX | 77024 |
| 1073 | 6194 SW Murray Blvd. | Beaverton | OR | 97008 |
| 1078 | 2930 Ocean Beach Hwy. | Longview | WA | 98632 |
| 1082 | 3355 Bethel Rd. SE | Port Orchard | WA | 98366 |
| 1089 | 12251 Darnestown Rd. | Gaithersburg | MD | 20878 |
| 1090 | 2685 Mill Bay Rd. | Kodiak | AK | 99615 |
| 1094 | 1891 Pioneer Pkwy. | Springfield | OR | 97477 |
| 1103 | 6701 East Mill Plain Blvd. | Vancouver | WA | 98661 |
| 1107 | 12680 West 64th Ave. | Arvada | CO | 80004 |
| 1108 | 1750 Miramonte Ave. | Mountan View | CA | 94040 |
| 1109 | 2090 Harbison Dr. | Vacaville | CA | 95687 |
| 1110 | 1546 North Main St. | Salinas | CA | 93906 |
| 1115 | 7150 Leetsdale Dr. | Denver | CO | 80224 |
| 1116 | 1050 Ken Pratt Blvd. | Longmont | CO | 80501 |
| 1119 | 3747 Grand Ave. | Oakland | CA | 94610 |
| 1123 | 2249 Cascade Ave. | Hood River | OR | 97031 |
| 1125 | 1366 East Ave. | Chico | CA | 95973 |
| 1126 | 11275 East Via Linda | Scottsdale | AZ | 85259 |
| 1127 | 2401 Waterman Dr. | Fairfield | CA | 94534 |
| 1135 | 804 West First St. | Cle Elum | WA | 98922 |
| 1142 | 12519 NE 85th St. | Kirkland | WA | 98033 |
| 1143 | 8340 15th Ave. NW | Seattle | WA | 98117 |
| 1145 | 1955 South Sheridan Blvd. | Denver | CO | 80227 |
| 1146 | 6775 West 120th Ave. | Broomfield | CO | 80020 |
| 1159 | 121 W. Walnut St. | Newport | WA | 99156 |
| 1160 | 1600 Plaza Way | Walla Walla | WA | 99362 |
| 1186 | 27035 Pacific Hwy. S | Des Moines | WA | 98198 |
| 1194 | 607 Omache Dr. | Omak | WA | 98841 |
| 1195 | 5431 Clayton Rd. | Clayton | CA | 94517 |
| 1196 | 639 S. Bernardo Ave. | Sunnyvale | CA | 94087 |
| 1197 | 1790 Decoto Rd. | Union City | CA | 94587 |
| 1201 | 4005 East Chandler Blvd. | Phoenix | AZ | 85048 |
| 1203 | 2525 SE Tualatin Valley Hwy. | Hillsboro | OR | 97123 |
| 1207 | 2300 West Hwy. 89A | Sedona | AZ | 86336 |
| 1210 | 5150 Mae Anne Ave. | Reno | NV | 89523 |
| 1211 | 3496 Camino Tassajara | Danville | CA | 94506 |

Consent Decree

## Appendix A:  List of Stores

| 1213 | 1902 Viers Mill Rd. | Rockville | MD | 20851 |
|---|---|---|---|---|
| 1218 | 2970 Main St. | Susanville | CA | 96130 |
| 1223 | 11919 North Jantzen Ave. | Portland | OR | 97217 |
| 1224 | 5877 Jarvis Ave. | Newark | CA | 94560 |
| 1225 | 1500 East Cedar Ave. | Flagstaff | AZ | 86004 |
| 1229 | 465 West Mariposa Rd. | Nogales | AZ | 85621 |
| 1230 | 2177 N.W. 185th Ave. | Hillsboro | OR | 97124 |
| 1232 | 530 Canal St. | King City | CA | 93930 |
| 1234 | 1125 Second St. | Brentwood | CA | 94513 |
| 1242 | E 2509 29th Ave. | Spokane | WA | 99223 |
| 1245 | 15549 Union Ave. | Los Gatos | CA | 95032 |
| 1246 | 6201 6th Ave. | Tacoma | WA | 98406 |
| 1247 | 11041 Westheimer Rd. | Houston | TX | 77042 |
| 1248 | 2660 North Federal Blvd. | Denver | CO | 80211 |
| 1249 | 7500 South Pierce Way | Littleton | CO | 80128 |
| 1252 | 253 High School Rd. NE | Bainbridge Island | WA | 98110 |
| 1253 | 23565 North Scottsdale Rd. | Scottsdale | AZ | 85255 |
| 1255 | 7110 North Oracle Rd. | Tucson | AZ | 85704 |
| 1257 | 4495 First St. | Livermore | CA | 94551 |
| 1258 | 1235 Stratford Ave. | Dixon | CA | 95620 |
| 1259 | 3365 Deer Valley Rd. | Antioch | CA | 94531 |
| 1260 | 401 South Roosevelt Dr. | Seaside | OR | 97138 |
| 1263 | 590 Farrington Hwy. #400 | Kapolei | HI | 96707 |
| 1265 | 2785 Yulupa Ave. | Santa Rosa | CA | 95405 |
| 1266 | 11290 Donner Pass Rd. | Truckee | CA | 96161 |
| 1267 | 6460 East Yale Ave. | Denver | CO | 80222 |
| 1269 | 1541 N.E. 181st Ave. | Gresham | OR | 97230 |
| 1270 | 2042 Daniel Stewart Sq. | Woodbridge | VA | 22191 |
| 1273 | N 1441 Argonne Rd. | Spokane | WA | 99212 |
| 1274 | 4567 E. U.S. Hwy. 60 | Miami | AZ | 85539 |
| 1275 | 599 West 4th St. | Benson | AZ | 85602 |
| 1276 | 6500 Piney Branch Rd., NW | Washington | DC | 20012 |
| 1283 | 8646 Richmond Hwy. | Alexandria | VA | 22309 |
| 1285 | 6130 Rose Hill Dr. | Alexandria | VA | 22310 |
| 1286 | 3275 West Colorado Ave. | Colorado Springs | CO | 80904 |
| 1287 | 800 N.E. Third Ave. | Camas | WA | 98607 |
| 1291 | 13733 Fountain Hills Blvd. | Fountain Hills | AZ | 85268 |
| 1293 | 2341 So Winchester Blvd. | Campbell | CA | 95008 |
| 1294 | 210 Washington Ave. S | Kent | WA | 98032 |
| 1297 | 23632 Hwy. 99 | Edmonds | WA | 98026 |
| 1299 | 10100 N. Newport Hwy. | Spokane | WA | 99218 |
| 1300 | 1330 Chain Bridge Rd. | McLean | VA | 22101 |
| 1304 | 7397 Lee Hwy. | Falls Church | VA | 22042 |
| 1344 | 3129 Marshall Hall Rd. | Bryans Rd. | MD | 20616 |

## Appendix A:  List of Stores

| | | | | |
|---|---|---|---|---|
| 1358 | 5101 Wilson Blvd. | Arlington | VA | 22205 |
| 1395 | 4203 Davenport St. NW | Washington | DC | 20016 |
| 1415 | 7605 Crain Hwy. | Upper Marlboro | MD | 20772 |
| 1428 | 299 S Van Dorn St. | Alexandria | VA | 22304 |
| 1431 | 12200 West Ox Rd. | Fairfax | VA | 22033 |
| 1434 | 9080 Brooks Rd. | Windsor | CA | 95492 |
| 1436 | 1624 72nd St. E | Tacoma | WA | 98404 |
| 1437 | 1302 S. 38th | Tacoma | WA | 98418 |
| 1438 | 415 North Main St. | Aztec | NM | 87410 |
| 1439 | 785 El Camino Real | Sunnyvale | CA | 94087 |
| 1440 | 624 Hwy. 105 | Monument | CO | 80132 |
| 1443 | 8785 Branch Ave. | Clinton | MD | 20735 |
| 1445 | 2845 Alabama Ave. SE | Washington | DC | 20020 |
| 1446 | 11051 South Parker Rd. | Parker | CO | 80134 |
| 1447 | 6901 N.E. Sandy Blvd. | Portland | OR | 97213 |
| 1448 | 680F West Washington St. | Sequim | WA | 98382 |
| 1449 | 501 N Miller St. | Wenatchee | WA | 98801 |
| 1451 | 221 NE 122nd Ave. | Portland | OR | 97230 |
| 1455 | 840 E Dunne Ave. | Morgan Hill | CA | 95037 |
| 1458 | 1500 East Main St. | Cottage Grove | OR | 97424 |
| 1460 | 1781 Forest Dr. | Annapolis | MD | 21401 |
| 1462 | 5821 Crossroads Ctr. | Falls Church | VA | 22041 |
| 1463 | 2150 South Downing St. | Denver | CO | 80210 |
| 1465 | 5146 Stevens Cr. | San Jose | CA | 95129 |
| 1468 | 4300 NE 4th St. | Renton | WA | 98059 |
| 1472 | 315 East College Way | Mt Vernon | WA | 98273 |
| 1473 | 14020 E. Sprague Ave. | Spokane | WA | 99216 |
| 1486 | 611 North Montana St. | Helena | MT | 59601 |
| 1492 | 110 East 3rd St. | Port Angeles | WA | 98362 |
| 1495 | 1129 Harrison Ave. | Centralia | WA | 98531 |
| 1496 | 1405 East Main Ave. | Puyallup | WA | 98372 |
| 1506 | 19715 Hwy. 99 | Lynnwood | WA | 98036 |
| 1508 | 3820 Rainier Ave. S | Seattle | WA | 98118 |
| 1519 | 13719 Se Mill Plain Blvd. | Vancouver | WA | 98684 |
| 1526 | 3071 Stevens Creek | Santa Clara | CA | 95050 |
| 1540 | 3757 Forest Ln. | Dallas | TX | 75244 |
| 1541 | 1978 Contra Costa Blvd. | Pleasant Hill | CA | 94523 |
| 1554 | 730 Mountain View Rd. | Rapid City | SD | 57702 |
| 1556 | 230 East Johnson Ave. | Coos Bay | OR | 97420 |
| 1574 | 4950 Almaden Expy., Ste. 30 | San Jose | CA | 95118 |
| 1580 | 301 Westfield St. | Silverton | OR | 97381 |
| 1623 | 4001 Inglewood Ave. | Redondo Beach | CA | 90278 |
| 1631 | 122 Robles Dr. | Vallejo | CA | 94591 |
| 1640 | 1503 City Center Rd. | McKinleyville | CA | 95536 |

Consent Decree

## Appendix A: List of Stores

| 1648 | 2449 West Kettleman Ln. | Lodi | CA | 95242 |
|------|------|------|------|------|
| 1661 | 2001 McHenry Ave., Suite C | Modesto | CA | 95350 |
| 1669 | 26518 Bouquet Canyon Rd. | Saugus | CA | 91350 |
| 1670 | 28751 Los Alisos Blvd. | Mission Viejo | CA | 92692 |
| 1671 | 20440 Devonshire St. | Chatsworth | CA | 91311 |
| 1672 | 820 Arneill Rd. | Camarillo | CA | 93010 |
| 1673 | 8201 Topanga Canyon Blvd. | Canoga Park | CA | 91304 |
| 1674 | 4033 Laurel Canyon Blvd. | Studio City | CA | 91604 |
| 1676 | 30252 Crown Valley Pkwy. | Laguna Niguel | CA | 92677 |
| 1682 | 2811 Middlefield Rd. | Palo Alto | CA | 94306 |
| 1701 | 2941 Ygnacio Valley Rd. | Walnut Creek | CA | 94598 |
| 1711 | 15 Marina Blvd. | San Francisco | CA | 94123 |
| 1721 | 906 E. Olive St. | Lamar | CO | 81052 |
| 1734 | 522 N. Orange St. | Redlands | CA | 92374 |
| 1735 | 4241 Tierra Rejada Rd. | Moorpark | CA | 93021 |
| 1736 | 2701 B. Harbor Blvd. | Costa Mesa | CA | 92626 |
| 1743 | 980 N. U.S. Hwy. 491 | Gallup | NM | 87301 |
| 1757 | 591 Tres Pinos Rd. | Hollister | CA | 95023 |
| 1769 | 2808 Country Club Blvd. | Stockton | CA | 95204 |
| 1772 | 3050 N. Fry Rd. | Katy | TX | 77449 |
| 1773 | 2225 Louisiana St. | Houston | TX | 77002 |
| 1774 | 5264 W. 34th St. | Houston | TX | 77092 |
| 1776 | 600 Kingwood Dr. | Kingwood | TX | 77339 |
| 1779 | 2301 Ranch Rd. 620 South | Lakeway | TX | 78734 |
| 1780 | 1000 Keller Pkwy. | Keller | TX | 76248 |
| 1781 | 106 N. Denton-Tap Rd. | Coppell | TX | 75019 |
| 1783 | 2645 Arapaho Rd. | Garland | TX | 75044 |
| 1784 | 1501 Pioneer Rd. | Mesquite | TX | 75149 |
| 1785 | 1075 W Fm 3040 | Lewisville | TX | 75067 |
| 1786 | 4215 S. Carrier Pkwy. | Grand Prairie | TX | 75052 |
| 1788 | 7801 Alma Dr. | Plano | TX | 75025 |
| 1789 | 101 Trophy Lake Dr. | Trophy Club | TX | 76262 |
| 1793 | 2100 Newbury Rd. | Newbury Park | CA | 91320 |
| 1802 | 1340 Gambell St. | Anchorage | AK | 99501 |
| 1805 | 1650 W. Northern Lights Blvd. | Anchorage | AK | 99517 |
| 1806 | 600 E. Northern Lights Blvd. | Anchorage | AK | 99503 |
| 1807 | 11409 Business Park Blvd. | Eagle River | AK | 99577 |
| 1808 | 10576 Kenai Spur Hwy. | Kenai | AK | 99611 |
| 1809 | 5600 Debarr Rd. | Anchorage | AK | 99504 |
| 1811 | 595 East Parks Hwy. | Wasilla | AK | 99654 |
| 1812 | 4000 West Dimond Blvd. | Anchorage | AK | 99502 |
| 1813 | 1501 Huffman Rd. | Anchorage | AK | 99515 |
| 1817 | 7731 East Northern Lights Blvd. | Anchorage | AK | 99504 |
| 1820 | 3033 Vintage Blvd. | Juneau | AK | 99801 |

Consent Decree

## Appendix A:  List of Stores

| 1832 | 90 Sterling Hwy. | Homer | AK | 99603 |
|------|------------------|-------|----|----|
| 1833 | 1313 Meals Ave. | Valdez | AK | 99686 |
| 1834 | 2029 Airport Beach Rd. | Unalaska | AK | 99692 |
| 1835 | 4th & Bering St. | Nome | AK | 99762 |
| 1850 | 9911 Brodie Ln. | Austin | TX | 78748 |
| 1857 | 12312 Barker Cypress Rd. | Cypress | TX | 77429 |
| 1858 | 10228 W Broadway | Pearland | TX | 77584 |
| 1877 | 880 South Perry St. | Castle Rock | CO | 80104 |
| 1896 | 1400 Cypress Creek Rd. | Cedar Park | TX | 78613 |
| 1913 | 450 South Ventura Rd. | Oxnard | CA | 93030 |
| 1914 | 6351 Haven Ave. | Rancho Cucamonga | CA | 91737 |
| 1922 | 2709 E. Hwy. 101 | Port Angeles | WA | 98362 |
| 1925 | 8805 Lakeview Pkwy. | Rowlett | TX | 75089 |
| 1962 | 29530 Rancho California Rd. | Temecula | CA | 92591 |
| 1967 | 560 Castle Pines Pkwy. | Castle Rock | CO | 80104 |
| 1968 | 3051 Countryside Dr. | Turlock | CA | 95380 |
| 1969 | 5700 Stockdale Hwy. | Bakersfield | CA | 93309 |
| 1972 | 980 Hwy. North 287 | Mansfield | TX | 76063 |
| 1973 | 7000 Snider Plaza | University Park | TX | 75205 |
| 1977 | 6200 Pacific Ave. SE | Lacey | WA | 98503 |
| 1979 | 13440 North 7th St. | Phoenix | AZ | 85022 |
| 1985 | 9705 North Thornydale Rd. | Tucson | AZ | 85742 |
| 1986 | 9050 East Valencia Rd. | Tucson | AZ | 85747 |
| 1989 | 9460 East Golf Links Rd. | Tucson | AZ | 85730 |
| 2001 | 5671 Kanan Rd. | Agoura_Hills | CA | 91301 |
| 2002 | 1311 Wilshire Blvd. | Santa Monica | CA | 90403 |
| 2006 | 505 Telegraph Canyon Rd. | Chula Vista | CA | 91910 |
| 2007 | 431 E. Arrow Hwy. | Glendora | CA | 91740 |
| 2008 | 2616 E. Palmdale Blvd. | Palmdale | CA | 93550 |
| 2012 | 7788 Regents Rd. | San Diego | CA | 92122 |
| 2017 | 3125 Stockton Hill Rd. | Kingman | AZ | 86401 |
| 2027 | 15740 Laforge St. | Whittier | CA | 90603 |
| 2028 | 1201 South Plaza Way | Flagstaff | AZ | 86001 |
| 2029 | 4033 West Ave. L | Lancaster | CA | 93536 |
| 2030 | 25850 N. The Old Rd. | Valencia | CA | 91381 |
| 2032 | 10773 North Scottsdale Rd. | Scottsdale | AZ | 85254 |
| 2033 | 4500 Coffee Rd. | Bakersfield | CA | 93308 |
| 2034 | 13730 Foothill Blvd. | Sylmar | CA | 91342 |
| 2035 | 5360 Olive Dr. | Bakersfield | CA | 93308 |
| 2039 | 19333 Victory Blvd. | Reseda | CA | 91335 |
| 2044 | 260 West Continental Rd. | Green Valley | AZ | 85614 |
| 2046 | 3400 Stine Rd. | Bakersfield | CA | 93309 |
| 2047 | 5805 E. Los Angeles Ave. | Simi Valley | CA | 93063 |
| 2048 | 163 S. Turnpike Rd. | Goleta | CA | 93117 |

Consent Decree

## Appendix A:  List of Stores

| 2049 | 330 W. El Norte Pkwy. | Escondido | CA | 92026 |
|------|------------------------|-----------|-----|-------|
| 2051 | 2951 Marina Bay Dr. | League City | TX | 77573 |
| 2053 | 3645 Midway Dr. | San Diego | CA | 92110 |
| 2054 | 13503 Camino Del Sol | Sun City West | AZ | 85375 |
| 2056 | 932 E. Badillo St. | Covina | CA | 91724 |
| 2062 | 240 S. Diamond Bar Blvd. | Diamond Bar | CA | 91765 |
| 2064 | 2800 Fletcher Pkwy. | El Cajon | CA | 92020 |
| 2065 | 6951 El Camino Real | Carlsbad | CA | 92009 |
| 2066 | 18439 Ventura Blvd. | Tarzana | CA | 91356 |
| 2077 | 3118 S. Sepulveda Blvd. | Los Angeles | CA | 90034 |
| 2078 | 9119 Reseda Blvd. | Northridge | CA | 91324 |
| 2079 | 11986 Bernardo Plaza Dr. | San Diego | CA | 92128 |
| 2080 | 5548 East Grant Rd. | Tucson | AZ | 85712 |
| 2081 | 13255 Black Mountain Rd. | San Diego | CA | 92129 |
| 2083 | 2190 East Fry Blvd. | Sierra Vista | AZ | 85635 |
| 2088 | 4857 East Greenway Rd. | Phoenix | AZ | 85254 |
| 2089 | 600 N. Pacific Coast Hwy. | Laguna Beach | CA | 92651 |
| 2090 | 5922 Edinger Ave. | Huntington Beach | CA | 92649 |
| 2092 | 2048 Avenida De Los Arboles | Thousand Oaks | CA | 91362 |
| 2093 | 8011 University Ave. | La Mesa | CA | 91942 |
| 2094 | 5275 Mission Oak Blvd. | Camarillo | CA | 93012 |
| 2096 | 115 W. Main St. | Ventura | CA | 93001 |
| 2100 | 9860 National Blvd. | Cheviot Hills | CA | 90034 |
| 2101 | 1040 Coast Village Rd. | Montecito | CA | 93108 |
| 2105 | 4365 Glencoe Ave. | Marina Del Rey | CA | 90292 |
| 2107 | 10675 Scrpps Poway Pkwy. | San Diego | CA | 92131 |
| 2108 | 1212 Beryl St. | Redondo Beach | CA | 90277 |
| 2109 | 3855 State St. | Santa Barabra | CA | 93105 |
| 2110 | 715 Pier Ave. | Hermosa Beach | CA | 90254 |
| 2111 | 24160 Lyons Ave. | Newhall | CA | 91321 |
| 2116 | 1702 Garnet St. | San Diego | CA | 92109 |
| 2118 | 3550 Murphy Canyon Rd. | San Diego | CA | 92123 |
| 2119 | 3850 Valley Centre Dr. | San Diego | CA | 92130 |
| 2120 | 4725 Clairemont Dr. | San Diego | CA | 92117 |
| 2121 | 940 S. Santa Fe Ave. | Vista | CA | 92084 |
| 2123 | 777 Glendora Ave. | West Covina | CA | 91790 |
| 2124 | 7789 Foothill Blvd. | Tujunga | CA | 91042 |
| 2125 | 1160 Via Verde Ave. | San Dimas | CA | 91773 |
| 2130 | 4404 Bonita Rd. | Bonita | CA | 91902 |
| 2131 | 12199 Hesperia Rd. | Victorville | CA | 92395 |
| 2134 | 10460 Clairemont Mesa Blvd. | San Diego | CA | 92124 |
| 2136 | 8310 Mira Mesa Blvd. | San Diego | CA | 92126 |
| 2137 | 5630 Lake Murray Blvd. | La Mesa | CA | 91942 |
| 2138 | 1730 South Buckley Rd. | Aurora | CO | 80017 |

Consent Decree

## Appendix A:  List of Stores

| | | | | |
|---|---|---|---|---|
| 2139 | 1390 N. Allen Ave. | Pasadena | CA | 91104 |
| 2142 | 2560 El Camino Real | Carlsbad | CA | 92008 |
| 2143 | 635 W Foothill Blvd. | La Canada | CA | 91011 |
| 2152 | 155 California Blvd. | Pasadena | CA | 91105 |
| 2155 | 550 E. Baseline Rd. | Claremont | CA | 91711 |
| 2156 | 2345 E. Valley Pkwy. | Escondido | CA | 92027 |
| 2158 | 3840 La Sierra Ave. | Riverside | CA | 92505 |
| 2163 | 660 E. Los Angeles Ave. | Simi Valley | CA | 93065 |
| 2164 | 5688 Telephone Rd. | Ventura | CA | 93003 |
| 2167 | 350 North Lemon Ave. | Walnut | CA | 91789 |
| 2169 | 435 Foothill Blvd. | Glendora | CA | 91741 |
| 2174 | 671 S. Rancho Santa Fe Rd. | San Marcos | CA | 92078 |
| 2175 | 78-271 State Hwy. 111 | La Quinta | CA | 92253 |
| 2176 | 12961 W. Chapman Ave. | Garden Grove | CA | 92840 |
| 2177 | 14200 Palm Dr. | Desert Hot Springs | CA | 92240 |
| 2181 | 7733 North 1st St. | Fresno | CA | 93720 |
| 2188 | 8949 N. Cedar Ave. | Fresno | CA | 93720 |
| 2189 | 4343 N. Blackstone Ave. | Fresno | CA | 93726 |
| 2200 | 130 W. Foothill Blvd. | Monrovia | CA | 91016 |
| 2203 | 5949 E. Spring St. | Long Beach | CA | 90808 |
| 2206 | 16450 Beach Blvd. | Westminster | CA | 92683 |
| 2208 | 25 Kaneohe Bay Dr. | Kailua | HI | 96734 |
| 2209 | 5500 Woodruff Ave. | Lakewood | CA | 90713 |
| 2210 | 26022 Marguerite Pkwy. | Mission Viejo | CA | 92692 |
| 2212 | 11030 Jefferson Blvd. | Culver City | CA | 90230 |
| 2213 | 11750 Wilshire Blvd. | Los Angeles | CA | 90025 |
| 2214 | 1110 W. Alameda Ave. | Burbank | CA | 91506 |
| 2215 | 1135 Lindero Canyon Rd. | Thousand Oaks | CA | 91362 |
| 2216 | 8010 E. Santa Ana Canyon Rd. | Anaheim Hills | CA | 92808 |
| 2217 | 22451 Antonio Pkwy. | Rancho S. Margarita | CA | 92688 |
| 2224 | 845 E. California Blvd. | Pasadena | CA | 91106 |
| 2225 | 6534 Platt Ave. | West Hills | CA | 91307 |
| 2226 | 14845 Ventura Blvd. | Sherman Oaks | CA | 91403 |
| 2228 | 1213 Fair Oaks Ave. | South Pasadena | CA | 91030 |
| 2229 | 727 N. Vine St. | Los Angeles | CA | 90038 |
| 2235 | 1000 Bayside Dr. | Newport Beach | CA | 92660 |
| 2250 | 16830 San Fernando Mission Blvd. | Granada Hills | CA | 91344 |
| 2262 | 710 Broadway | Santa Monica | CA | 90401 |
| 2264 | 655 N. Fair Oaks Ave. | Pasadena | CA | 91103 |
| 2266 | 17380 Sunset Blvd. | Pacific Palisades | CA | 90272 |
| 2267 | 11674 Santa Monica Blvd. | Los Angeles | CA | 90025 |
| 2270 | 4030 Centinela Ave. | Culver City | CA | 90066 |
| 2272 | 123 Metropole Ave. | Catalina | CA | 90704 |
| 2273 | 245 Palos Verdes Blvd. | Redondo Beach | CA | 90277 |

Consent Decree

## Appendix A:  List of Stores

| | | | |
|---|---|---|---|
| 2275 | 410 Manhattan Beach Blvd. | Manhattan Beach | CA | 90266 |
| 2283 | 1221 Gaffey St. | San Pedro | CA | 90731 |
| 2285 | 11322 Los Alamitos Blvd. | Los Alamitos | CA | 90720 |
| 2286 | 4805 Granite Dr. | Rocklin | CA | 95677 |
| 2288 | 2039 Verdugo Blvd. | Montrose | CA | 91020 |
| 2295 | 600 Edith St. | Corning | CA | 96021 |
| 2300 | 1482 S. Broadway | Santa Maria | CA | 93454 |
| 2301 | 817 E. Main St. | Santa Maria | CA | 93454 |
| 2306 | 3900 Broad St. | San Luis Obisbo | CA | 93401 |
| 2312 | 1130 Los Osos Valley Rd. | Los Osos | CA | 93402 |
| 2317 | 1191 E. Creston Rd. | Paso Robles | CA | 93446 |
| 2323 | 7544 Girard Ave. | La Jolla | CA | 92037 |
| 2324 | 17662 17th St. | Tustin | CA | 92780 |
| 2326 | 780 N. Brea Blvd. | Brea | CA | 92821 |
| 2327 | 931 Lomas Santa Fe Dr. | Solana Beach | CA | 92075 |
| 2328 | 130 W. Lincoln Ave. | Anaheim | CA | 92805 |
| 2332 | 24270 El Toro Rd. | Laguna Hills | CA | 92637 |
| 2333 | 13439 Camino Canada | El Cajon | CA | 92021 |
| 2335 | 2684 N. Tustin St. | Orange | CA | 92865 |
| 2336 | 360 East H St. | Chula Vista | CA | 91910 |
| 2338 | 665 Saturn Blvd. | San Diego | CA | 92154 |
| 2341 | 620 West Platte Ave. | Fort Morgan | CO | 80701 |
| 2343 | 985 Tamarack Ave. | Carlsbad | CA | 92008 |
| 2345 | 1000 W. El Norte Pkwy. | Escondido | CA | 92026 |
| 2348 | 2606 Del Mar Heights Rd. | San Diego | CA | 92014 |
| 2349 | 13438 Poway Rd. | Poway | CA | 92064 |
| 2352 | 6155 El Cajon Blvd. | San Diego | CA | 92115 |
| 2353 | 933 Sweetwater Rd. | Spring Valley | CA | 91977 |
| 2355 | 4145 30th St. | San Diego | CA | 92104 |
| 2358 | 3610 Adams Ave. | San Diego | CA | 92116 |
| 2359 | 6555 Mission Gorge Rd. | San Diego | CA | 92120 |
| 2364 | 868 Orange St. | Coronado | CA | 92118 |
| 2365 | 3681 Avocado Ave. | La Mesa | CA | 91941 |
| 2366 | 12419 Woodside Ave. | Lakeside | CA | 92040 |
| 2367 | 950 N. Second St. | El Cajon | CA | 92021 |
| 2370 | 3993 Governor Dr. | San Diego | CA | 92122 |
| 2373 | 31564 Grape St. | Lake Elsinore | CA | 92532 |
| 2376 | 1270 E. Main St. | Barstow | CA | 92311 |
| 2381 | 535 N. McKinley St. | Corona | CA | 92879 |
| 2383 | 72675 Hwy. 111 | Palm Desert | CA | 92260 |
| 2384 | 4733 E. Palm Canyon Dr. | Palm Springs | CA | 92264 |
| 2386 | 27220 Sun City Blvd. | Sun City | CA | 92586 |
| 2389 | 3125 W. Florida St. | Hemet | CA | 92545 |
| 2390 | 475 E. Windmill Ln. | Las Vegas | NV | 89123 |

Consent Decree

## Appendix A:  List of Stores

| | | | |
|---|---|---|---|
| 2391 | 1031 Nevada Hwy. | Boulder City | NV | 89005 |
| 2392 | 7530 W. Lake Mead Blvd. | Las Vegas | NV | 89128 |
| 2395 | 1940 Village Center Cir. | Las Vegas | NV | 89134 |
| 2396 | 1131 E. Tropicana Ave. | Las Vegas | NV | 89119 |
| 2400 | 481 Old Mammoth Rd. | Mammoth Lakes | CA | 93546 |
| 2406 | 750 N. Imperial Ave. | El Centro | CA | 92243 |
| 2409 | 40044 Hwy. 49 | Oakhurst | CA | 93644 |
| 2413 | 5610 Lake Isabella Blvd. | Lake Isabella | CA | 93240 |
| 2415 | 2401 N. Chester Ave. | Oildale | CA | 93308 |
| 2420 | 9000 Ming Ave. | Bakersfield | CA | 93311 |
| 2425 | 850 Linden Ave. | Carpinteria | CA | 93013 |
| 2430 | 1125 Maricopa Hwy. | Ojai | CA | 93023 |
| 2434 | 576 W. Main St. | Santa Paula | CA | 93060 |
| 2436 | 2101 N. Rose Ave. | Oxnard | CA | 93036 |
| 2442 | 636 Ventura St. | Fillmore | CA | 93015 |
| 2471 | 2727 Exposition Blvd. | Austin | TX | 78703 |
| 2475 | 5311 Balcones Dr. | Austin | TX | 78731 |
| 2477 | 3300 Bee Caves Rd., Suite 500 | Austin | TX | 78746 |
| 2480 | 6600 Mopac Expy. South | Austin | TX | 78749 |
| 2481 | 1500 W. 35th St. | Austin | TX | 78703 |
| 2482 | 8040 Mesa Dr. | Austin | TX | 78731 |
| 2483 | 715 S. Exposition Blvd. | Austin | TX | 78703 |
| 2485 | 2025 W. Ben White Blvd. | Austin | TX | 78704 |
| 2490 | 10900-D Research Blvd. | Austin | TX | 78759 |
| 2501 | 1855 E. Cochran St. | Simi Valley | CA | 93065 |
| 2502 | 500 E. Manchester Blvd. | Inglewood | CA | 90301 |
| 2503 | 4001 Villanova Dr. | Dallas | TX | 75225 |
| 2508 | 27320 Alicia Pkwy. | Laguna Niguel | CA | 92656 |
| 2511 | 2667 E. Windmill Pkwy. | Henderson | NV | 89074 |
| 2520 | 111 18th St. | Burlington | CO | 80807 |
| 2524 | 2101 W. Imperial Hwy. | La Habra | CA | 90631 |
| 2526 | 819 W. Arapaho Rd, Suite 39 | Richardson | TX | 75080 |
| 2534 | 6333 East Mockingbird Ln. | Dallas | TX | 75214 |
| 2544 | 10455 North Central Expy. | Dallas | TX | 75231 |
| 2554 | 3100 Independence Pkwy. | Plano | TX | 75075 |
| 2557 | 206 North Grand Ave. | Gainesville | TX | 76240 |
| 2559 | 3535 Beltline Rd. | Irving | TX | 75062 |
| 2560 | 1758 Grand Ave. | Grover Beach | CA | 93433 |
| 2561 | 925 Northwest Hwy. | Garland | TX | 75041 |
| 2566 | 6770 Abrams Rd. | Dallas | TX | 75231 |
| 2568 | 4836 West Park Blvd. | Plano | TX | 75093 |
| 2570 | 5968 West Parker Rd. | Plano | TX | 75093 |
| 2574 | 3100 S. Hulen St. | Fort Worth | TX | 76109 |
| 2578 | 2535 Firewheel Pkwy. | Garland | TX | 75040 |

Consent Decree

## Appendix A:  List of Stores

| | | | |
|---|---|---|---|
| 2580 | 100 W. Southlake Blvd. Suite 2 | Southlake | TX | 76092 |
| 2581 | 4848 Preston Rd. | Frisco | TX | 75035 |
| 2587 | 5425 S. Cooper St. | Arlington | TX | 76017 |
| 2588 | 820 South Macarthur Blvd. | Coppell | TX | 75019 |
| 2590 | 4112 North Josey Ln. | Carrollton | TX | 75007 |
| 2595 | 3945 Legacy Dr. | Plano | TX | 75023 |
| 2597 | 4200 Chino Hills Pkwy Ste. 400 | Chino Hills | CA | 91709 |
| 2609 | 612 Grapevine Hwy. | Hurst | TX | 76054 |
| 2617 | 9420 College Park Dr. #100 | The Woodlands | TX | 77384 |
| 2642 | 5809 East Lovers Ln. | Dallas | TX | 75206 |
| 2643 | 14280 Marsh Ln. | Addison | TX | 75001 |
| 2659 | 3520 Riverside Plaza | Riverside | CA | 92506 |
| 2665 | 4520 Sunset Blvd. | Los Angeles | CA | 90028 |
| 2670 | 1890 Fm 359 | Richmond | TX | 77469 |
| 2671 | 525 South Fry Rd. | Katy | TX | 77450 |
| 2672 | 18322 Clay Rd. | Houston | TX | 77084 |
| 2673 | 2250 Buckthorne Pl. | Spring | TX | 77380 |
| 2674 | 604 Hwy. 332 | Lake Jackson | TX | 77566 |
| 2686 | 1701 Randol Mill Rd. | Arlington | TX | 76012 |
| 2696 | 14840 SE Webster Rd. | Milwaukie | OR | 97267 |
| 2722 | 8355 N Rampart Range Rd. | Littleton | CO | 80125 |
| 2810 | 1200 Second Ave. | MonteVista | CO | 81144 |
| 2817 | 232 G St. | Salida | CO | 81201 |
| 2824 | 1900 Hwy. 24 | Leadville | CO | 80461 |
| 2839 | 840 Village Center Dr. | Colorado Springs | CO | 80919 |
| 2840 | 2010 Freedom Blvd. | Watsonville | CA | 95019 |
| 2841 | 815 Canyon Del Rey Blvd. | Del Rey Oaks | CA | 93940 |
| 2842 | 867 Sutton Way | Grass Valley | CA | 95945 |
| 2911 | 2798 Arapahoe Ave. | Boulder | CO | 80302 |
| 2917 | 1605 Bridge St. | Brighton | CO | 80601 |
| 2918 | 3526 West Tenth St. | Greeley | CO | 80634 |
| 2954 | 6519 Main St. | Bonners Ferry | ID | 83805 |
| 3010 | 4015 E. Castro Valley Blvd. | Castro Valley | CA | 94552 |
| 3017 | 3027 Rancho Vista Blvd. | Palmdale | CA | 93551 |
| 3027 | 170 El Camino Real | S San Francisco | CA | 94080 |
| 3031 | 85 Westlake Mall | Daly City | CA | 94015 |
| 3040 | 2522 Foulk Rd. | Wilmington | DE | 19810 |
| 3044 | 1201 Avacado Blvd. | El Cajon | CA | 92020 |
| 3048 | 2075 Westheimer Rd. | Houston | TX | 77098 |
| 3054 | 4775 W. Panther Creek | The Woodlands | TX | 77381 |
| 3058 | 57590 29 Palms Hwy. | Yucca Valley | CA | 92284 |
| 3063 | 870 Third Ave. | Chula Vista | CA | 91911 |
| 3064 | 5130 Bellaire Blvd. | Bellaire | TX | 77401 |
| 3067 | 5161 San Felipe St. | Houston | TX | 77056 |

Consent Decree

## Appendix A:  List of Stores

| | | | |
|---|---|---|---|
| 3068 | 5800 New Territory Blvd. | Sugar Land | TX | 77479 |
| 3069 | 20445 Yorba Linda Blvd. | Yorba Linda | CA | 92886 |
| 3070 | 1525 South Mason Rd. | Katy | TX | 77450 |
| 3075 | 1129 Fair Oaks Ave. | South Pasadena | CA | 91030 |
| 3083 | 301 N. Pass Ave. | Burbank | CA | 91505 |
| 3086 | 2122 S. Hacienda Blvd. | Hacienda Heights | CA | 91745 |
| 3091 | 4732 Brooklyn Ave.N.E. | Seattle | WA | 98105 |
| 3111 | 555 Floresta Blvd. | San Leandro | CA | 94578 |
| 3121 | 2237 West Cleveland Ave. | Madera | CA | 93637 |
| 3122 | 2550 Bell Rd. | Auburn | CA | 95603 |
| 3124 | 1187 South Main St. | Manteca | CA | 95337 |
| 3125 | 3889 San Pablo Ave. | Emeryville | CA | 94608 |
| 3126 | 610 Hegenberger Rd. | Oakland | CA | 94621 |
| 3127 | 1291 Sanguinetti Rd. | Sonora | CA | 95370 |
| 3135 | 2725 Agoura Rd. | Thousand Oaks | CA | 91361 |
| 3138 | 16550 W. Soledad Canyon Rd. | Santa Clarita | CA | 91351 |
| 3154 | 6817 West Peoria Ave. | Peoria | AZ | 85345 |
| 3160 | 8891 Atlanta Ave. | Huntington Beach | CA | 92646 |
| 3161 | 10321 Sepulveda Blvd. | Mission Hills | CA | 91345 |
| 3208 | 745 E. Naomi Ave. | Arcadia | CA | 91007 |
| 3218 | 36-101 Bob Hope Dr. | Rancho Mirage | CA | 92270 |
| 3247 | 101 Grand Coulee Hwy. | Grand Coulee | WA | 99133 |
| 3248 | West 902 Francis Ave. | Spokane | WA | 99208 |
| 3252 | 601 South Pioneer Way Suite-A | Moses Lake | WA | 98837 |
| 3255 | East 933 Mission Ave. | Spokane | WA | 99202 |
| 3256 | 1525 West Park Ave. | Anaconda | MT | 59711 |
| 3258 | 804 Beverly Blvd. | Montebello | CA | 90640 |
| 3263 | 1342 N. Alvarado St. | Los Angeles | CA | 90026 |
| 3269 | 101 East Main St. | Hamilton | MT | 59840 |
| 3279 | 2500 Massachusetts Ave. | Butte | MT | 59701 |
| 3295 | 1001 North 4th St. | Coeur D'alene | ID | 83814 |
| 3472 | 3903 Factoria Square Mall SE | Bellevue | WA | 98006 |
| 3500 | 6850 NE Bothell Way | Kenmore | WA | 98028 |
| 3502 | 9 Highland Park Village | Dallas | TX | 75205 |
| 3517 | 24325 Crenshaw Blvd. | Torrance | CA | 90503 |
| 3519 | 4550 Atlantic Ave. | Long Beach | CA | 90807 |
| 3522 | 522 Preston Royal Ctr. | Dallas | TX | 75230 |
| 3545 | 900 E Meridian Ave. Suite 12 | Milton | WA | 98354 |
| 3555 | 3300 Harwood Rd. | Bedford | TX | 76021 |
| 3560 | 8698 Skillman St. | Dallas | TX | 75243 |
| 3563 | 633 West Wheatland Rd. | Duncanville | TX | 75116 |
| 3572 | 2600 Flower Mound Rd. | Flower Mound | TX | 75028 |
| 3573 | 3001 Hardin Blvd. | McKinney | TX | 75070 |
| 3575 | 2301 Justin Rd. | Flower Mound | TX | 75028 |

Consent Decree

## Appendix A:  List of Stores

| 3576 | 4000 William D. Tate Ave. | Grapevine | TX | 76051 |
|------|---------------------------|-----------|----|-------|
| 3579 | 900 W. McDermott Dr. | Allen | TX | 75013 |
| 3582 | 18212 Preston Rd. | Dallas | TX | 75252 |
| 3597 | 11920 Preston Rd. | Dallas | TX | 75230 |
| 3608 | 7700 Northwest Hwy. | Dallas | TX | 75225 |
| 3614 | 315 South Hampton Rd. | Dallas | TX | 75208 |
| 3617 | 2611 West Park Row Dr. | Arlington | TX | 76013 |
| 3621 | 4010 North Macarthur Blvd. | Irving | TX | 75038 |
| 3622 | 6377 Camp Bowie Blvd. | Fort Worth | TX | 76116 |
| 3623 | 210 East Pleasant Run Rd. | Desoto | TX | 75115 |
| 3625 | 302 South Park Blvd. | Grapevine | TX | 76051 |
| 3637 | 1380 W. Campbell Rd. | Dallas | TX | 75080 |
| 3641 | 3411 Custer Pkwy. | Richardson | TX | 75080 |
| 3645 | 2200 East 14th St. | Plano | TX | 75074 |
| 3650 | 14999 Preston Rd. | Dallas | TX | 75254 |
| 3652 | 745 Cross Timbers Rd. | Flower Mound | TX | 75028 |
| 3658 | 2755 N. Collins St. | Arlington | TX | 76006 |
| 3714 | 617 West 29th St. | Pueblo | CO | 81008 |
| 3715 | 1322 East 8th St. | Pueblo | CO | 81001 |
| 3723 | 315 West 2nd St. | Lajunta | CO | 81050 |
| 3727 | 222 West Seventh St. | Walsenburg | CO | 81089 |
| 3729 | 1231 South Prairie Ave. | Pueblo | CO | 81005 |
| 4018 | 10016 Scripps Ranch Blvd. | San Diego | CA | 92131 |
| 4021 | 6571 West 80th St. | Los Angeles | CA | 90045 |
| 4030 | 2400 Peoples Plaza | Newark | DE | 19702 |
| 4033 | 5586 Weslayan St. | Houston | TX | 77005 |
| 4062 | 2323 Clear Lake City Blvd. | Houston | TX | 77062 |
| 4160 | 400 Dartmouth Ave. | Lovelock | NV | 89419 |
| 4205 | 415 14th St. SE | Washington | DC | 20003 |
| 4262 | 155 East First St. | Coquille | OR | 97423 |
| 4292 | 585 Siskiyou Blvd. | Ashland | OR | 97520 |
| 4313 | 904 West Main St. | Battle Ground | WA | 98604 |
| 4316 | 244 North F St. | Lakeview | OR | 97630 |
| 4318 | Columbia River Hwy. | Clatskanie | OR | 97016 |
| 4333 | 450 S.W.Third Ave. | Corvallis | OR | 97333 |
| 4342 | 101 S.E. 82nd Ave. | Portland | OR | 97215 |
| 4381 | 1205 Campbell St. | Baker City | OR | 97814 |
| 4387 | 95 82nd Dr. | Gladstone | OR | 97027 |
| 4395 | 211 North Eighth St. | Klamath Falls | OR | 97601 |
| 4405 | 408 N.E. 81st St. | Hazel Dell | WA | 98665 |
| 4469 | 246 West Monroe St. | Burns | OR | 97720 |
| 4510 | 6745 S.W. Hillsdale Hwy. | Portland | OR | 97225 |
| 4513 | 350 East 40th Ave. | Eugene | OR | 97405 |
| 4520 | 11696 N.E. 76th St. | Vancouver | WA | 98662 |

Consent Decree

# APPENDIX B

# REFRIGERANT COMPLIANCE PLAN

(RCP)

Safeway Inc.
July 18, 2013

Refrigerant Compliance Plan                                          Safeway Inc.

Table of Contents

Foreword                    Refrigerant Mission Statement................................ A-10-1


Compliance Management       Responsibilities ....................................................... A-10-1
                            Maintenance Department Annual Refrigerant
                            Compliance Inspection ........................................... A-20-1
                            Technician Requirements ........................................ A-30-1
                            Refrigerant Recovery Equipment Requirements ... A-40-1
                            Record-keeping Requirements ............................... A-50-1
                            Disposal of Refrigerant, Lubricants and Equipment A-60-1
                            Leaking Systems Requirements ............................ A-70-1
                            Leak Testing Requirements .................................... A-80-1
                            Refrigerant Inventory Process ............................... A-90-1
                            Contractor Requirements...................................... A-100-1


Operating Procedures       Refrigerant Recovery Procedure ........................... B-10-1
                           Refrigerant Cylinder Identification.......................... B-20-1
                           Contamination Avoidance ...................................... B-30-1
                           Used Refrigerant Handling..................................... B-40-1
                           Blend Refrigerants ................................................. B-50-1
                           Lubricants ............................................................. B-60-1
                           General Processes ................................................ B-70-1
                           Accidental Refrigerant Release ............................ B-80-1
                           Refrigerant Cylinder Safety................................... B-90-1


Appendix                   Refrigerant Overview ............................................ C-10-1
                           CFCs and Ozone Depletion ................................... C-20-1
                           Environmental Concerns........................................ C-30-1
                           U.S. Federal Rules and Regulations...................... D-10-1
                           Enforcement Authority .......................................... D-20-1
                           Significant New Alternatives Program.................... D-30-1
                           Glossary................................................................ E-10-1
                           References............................................................. E-20-1


                           EPA Final Rule Summary
                           Refrigerant Leak Repair Flow Chart

For Questions on this RCP please contact either Wade Krieger, Manager Refrigeration and
HVAC at 623-869-4027 or Rob Uhl Engineering Manager at 925-226-5720.

# Refrigerant Mission Statement

A-10.1 Objective

To detail how Safeway Inc. complies with Sections 608 and 609 of the Clean Air Act Amendments as codified in 40 CFR Part 82 rules and regulations.

A-10.2 Mission Statement

Safeway Inc. management is committed to providing a safe, healthful, and environmentally sound workplace for its tenants, employees, and contractors while complying with all environmental regulatory requirements.

We will emphasize:

☑ Providing a business environment, which fosters professionalism, team effort and personal responsibility for service quality.

☑ Providing environmentally responsible solutions.

☑ Minimizing Safeway's "risk" exposure through proactive management policies and action programs designed to meet and/or exceed federal, state, and local requirements.

☑ Insuring all responsible employees and contractors are aware of and will comply with all applicable environmental regulations.

☑ Replacement or retrofit of Ozone Depleting Substance (ODS) equipment, such as CFC equipment, at the end of its service life or when economically feasible.

The Safeway Refrigerant Compliance Plan encompasses a strategic approach and general guidance for managing building air conditioning and refrigeration equipment and refrigerant service tools.  In brief, the program is to properly recover/recycle refrigerants, repair leaks, document all activities and to safely handle, store and dispose of refrigerants.

# Responsibilities

A-10.1      Objective

To describe the responsibilities of Safeway's personnel who are responsible for refrigerant compliance management.

A-10.2 Background

Safeway Inc. has acknowledged the federal and local regulations for refrigerants. Safeway has provided guidelines, requirements, best practices, and training on specific processes to manage refrigerants. Safeway has established a chain of command for refrigerant compliance

### A-10.3          Division Construction Director

The Division Construction Director has responsibility for overall operations and has the budget and authority to implement the Refrigerant Compliance Plan.  The responsibility for refrigerant compliance is delegated to the Division Maintenance Manager with support from the Division  Safety/Environmental Affairs Manager.

### A-10.4          Division Safety/Environmental Affairs Manager

The Division Safety/Environmental Affairs Manager serves as a resource to provide assistance in meeting Safeway's obligations for refrigerant compliance management.

*Responsibilities*

☑ Supports the Division Maintenance Manager in implementing the Refrigerant Compliance Plan

☑ Works with the Division Refrigerant Supervisor to identify approved Waste Disposal contractors for each division and assist with arrangements for removal of waste materials, including used refrigeration oil,  when needed

☑ Check status quarterly of any outstanding Action Plans with Division Construction Director.  [Action Plans are written by Corporate Maintenance & Utilities, who will provide a list monthly to the Safety/Environmental Affairs Managers.]  Escalate any concerns regarding lagging Action Plans with Corporate Environmental Affairs Director and Corporate Maintenance & Utilities Group Director.

☑ Check that MAINTENANCE DEPARTMENT ANNUAL REFRIGERANT COMPLIANCE INSPECTION forms are current (annual) with Division Maintenance Manager.  Report delinquent forms to Division Maintenance Manager and Division Construction Director.

### A-10.5          Division Maintenance Manager

The Division Maintenance Manager will fill the role of Division Refrigerant Supervisor unless the Division has an in-house refrigeration department and the responsibility can be assigned to the Service Department supervisor.

*Responsibilities*

☑ Supports the Division Refrigerant Supervisor in implementing the Refrigerant Compliance Plan.

☑ Mitigates risks associated with refrigerant issues when identified.

☑ Procure equipment and services required to comply with regulations and the Refrigerant Compliance Plan.

## A-10.5.1    Division Maintenance Representatives

The Division Maintenance Rep will conduct field inspections for compliance verification as well as work with the Maintenance Manager on implementation of the Refrigerant Compliance Plan.

## A-10.6    Division Refrigerant Supervisor (Typically The Division Maintenance Manager)

The Division Refrigerant Supervisor has the primary responsibility for implementation of this plan and shall communicate the refrigerant compliance issues to all affected Safeway employees, technicians and contractors.

*Responsibilities*

☑ Implements the Refrigerant Compliance Plan.

☑ Insures that MAINTENANCE DEPARTMENT ANNUAL REFRIGERANT COMPLIANCE INSPECTIONS are conducted and properly recorded for each location.

☑ Facilitates training on using the Refrigerant Compliance Plan for service technicians for both in-house and third party service providers.

☑ Maintains contact with refrigerant suppliers and service contractors to insure the Refrigerant Compliance Plan is being followed including but not limited to periodic verification of technician certification, field inspections of contractors equipment, inspection of contractors refrigerant tracking paperwork, and questioning service technician on their knowledge of EPA rules and guidelines.

☑ Insures that each service provider submits the Contractor's Compliance Certification annually.

☑ Insures that the transportation and disposal of used refrigerant, used oil and parts is done according to the specifications of the Refrigerant Compliance Plan.

☑ Provides input to budget planning process for refrigerant compliance.

☑ Identifies risks associated with refrigerant issues and communicates to management.

☑ Provide suggested revisions or updates for improving the refrigerant compliance plan to the Corporate Director of Maintenance & Utilities for consideration.

☑ Determine applicable state and local requirements and verify compliance with those requirements.

☑ Works with refrigeration service contractors to assure compliance with using the Refrigerant Management System (RMS).

## A-10.7    RFSC (Safeway's Retail Facility Service Center) Refrigerant Manager

**Phone Number** (623) 869-3110 **Email** rfsc.refcompliance@safeway.com

☑ Maintain required documentation regarding the management and handling of refrigerants (i.e., training record, maintenance records, refrigerant use, etc.).

☑ Insures that the transportation and disposal of used refrigerant, used oil and parts is done according to the specifications of the Refrigerant Compliance Plan.

☑ Document, track and file what locations have had a MAINTENANCE DEPARTMENT ANNUAL REFRIGERANT COMPLIANCE INSPECTION

☑ Review the MAINTENANCE DEPARTMENT ANNUAL REFRIGERANT COMPLIANCE INSPECTIONS to make sure that all spaces marked NO have a complete and satisfactory explanation.

☑ Review all invoices with refrigerant usage (leaks) prior to invoice processing

☑ Confirm refrigerant leak documents include Refrigerant Management Software (RMS) event #s

☑ Facilitate RCP training for in-house and third party service providers

☑ Maintains contact with refrigerant suppliers and service contractors to insure the RCP is being followed.

☑ Insure that each service provider submits the Contractors Compliance Certificate annually.

☑ File and document Equipment Disposal Records as provided by contractors and Division Project Managers.

☑ Edit and maintain RMS

☑ Setup and train new contractors in RMS

☑ Order service refrigerant as needed

## A-10.8        Contractor

☑ Maintaining correct level of certifications for working on our stores.

☑ Maintain, leak test, and document recovery unit maintenance per manufacturer's recommendations.

☑ Work with the Refrigerant Supervisor to facilitate any needed repairs or replacements.

☑ Enter required information into Safeway's Refrigerant Management System (RMS) within 10 days of leak event.

## A-10.9        Refrigerant Technician

Each technician is responsible for becoming informed on and complying with the federal and local requirements and the Safeway Refrigerant Compliance Plan requirements.
*Responsibilities*

☑ Complete the Safeway Refrigerant Tracking Form 2 each time they do service.

☑ Maintaining correct level of certifications for working on our stores.

## A-10.10    Corporate Director of Environmental Affairs

The Director of Environmental Affairs has the responsibility to make sure the company is compliant in all matters pertaining to the environment. Specifically the Director will provide clarification and interpretation on the different requirements of the Clean Air Act. The Director of Environmental Affairs office must first approve any changes of substance to the Refrigerant Compliance Plan.

## A-10.11    Corporate Director of Maintenance and Energy Utilization

The Director of Maintenance and Energy Utilization has the responsibility to insure corporate directives related to store maintenance are followed and executed properly. Specifically the Director has been charged to implement and follow through on the Corporate Refrigerant Compliance Plan. All questions on how and when to follow the program must be cleared through the Directors office.

*Responsibilities*

☑ Supports the Division Maintenance Manager in implementing the Refrigerant Compliance Plan

☑ Periodically inspects the compliance with the Refrigerant Compliance Plan

## A-10.12    Division Construction Project Manager

The Division Construction Project Manager will work with the Division Refrigerant Supervisor to insure that the Refrigerant Compliance Plan is followed during construction and demolition phases of their projects.

*Responsibilities*

☑ Make sure that all contractors working with refrigerant containing equipment are knowledgeable of the Refrigerant Compliance Plan and are following the guidelines provided.

☑ Make sure all contractors working with refrigerant containing equipment have signed a Contractor's Compliance Certification and supplied the required supporting documentation prior to commencing work. The CCC is a permanent part of the project construction file.

☑ Make sure all used refrigerants, refrigerant oils, and abandoned refrigerant containing equipment are correctly labeled and disposed of according the terms in the Refrigerant Compliance Plan. Use the Equipment Disposal Record for each piece of abandoned equipment. The Equipment Disposal Record is a permanent part of the project file. Send a copy of this EDR to RFSC.

☑ Must notify the Division Refrigerant Supervisor of any accidental discharges of refrigerant gasses.

☑ Make sure that all refrigerant leaks are correctly repaired and recorded on the Safeway Refrigerant Tracking Form 2 and be sure to enter the information into the RMS within 10 days of leak event.

☑ The yellow copy of the Safeway Refrigerant Tracking Form 2 must be stored in a specified weatherproof container in the compressor room.

☑ Maintain an inventory of refrigerant gasses when stored on site.  Use one refrigerant Inventory form for each variety of refrigerants.

☑ For New Stores and Remodels ensure that the contractor submits Safeway's Form "Refrigeration / HVAC System Information Form".

☑ Ensures refrigerant cylinders get returned to the supplier by contacting RFSC (623) 869-3110 rfsc.refcompliance@Safeway.com, or disposable cylinders are disposed of properly.

# MAINTENANCE DEPARTMENT ANNUAL REFRIGERANT COMPLIANCE INSPECTIONS

A-20.1          Objective

To provide a tool for the Division Refrigerant Supervisor to verify continued compliance with federal regulations and the Refrigerant Compliance Plan requirements.  The form is designed to assess the effectiveness of a site's Refrigerant Compliance Plan.

# Technician Requirements

A-30.1          Objective
To define the requirements for persons who perform refrigerant services.

A-30.2 Who Must Be Certified
EPA approved certification testing is required for any person who may perform service, maintenance, repair or recovery work on a refrigerant containing circuit.  Safeway technicians and Contractor technicians shall service only equipment for which they are certified.

A-30.3 EPA Certification
The required type of certification testing depends on the type of refrigerant being used and the size of the system being serviced.  The four types of certification identified by the Clean Air Act Amendments Section 608, stationary equipment are presented in the following table:

| Type of equipment serviced | Level of required certification |
|---|---|
| Small appliances (<5lbs.) | Type I |
| High- and very-high-pressure equipment | Type II |



| Low pressure equipment All types | Type III Universal* |
|---|---|

*Type IV Universal does not include motor vehicles.*

It is recommended that the Division Refrigerant Supervisor provide an annual refresher training session for in-house technicians to obtain technician input on subjects, utilize manufacturer's training and at a minimum cover safety issues, alternative refrigerants, servicing procedures, federal, state and local regulations.

A-30.4 Service technicians must be prepared to do the following if an EPA inspector or the Division Refrigeration Supervisor is on site.

1. Present their certification cards.
2. Recite the required recovery vacuum levels for the refrigerants being used at the location where they are working.
3. Know the leak trigger rates for the four over 50 pound EPA equipment classifications.
4. Demonstrate the proper use of a recovery unit and validate that they perform leak tests on their recovery units, and can calibrate their gages.

A-30.5 Technician Certification Card Review

The service technician must have received refrigerant handling certification from an EPA approved program. If the technician's card was issued from a program that is no longer approved, that technician's card is not valid and must be re-certified. In a Safeway store that classification is generally a universal classification.

# Refrigerant Recovery Equipment Requirements

A-40.1        Objective

To define the requirements which users of recovery equipment used in a Safeway location will follow to ensure compliance with EPA regulations.

A-40.2 Recovery Unit Registration for Safeway owned equipment

For in-house refrigeration The Division Refrigerant Supervisor shall assure that an EPA Recovery Unit Acquisition Certification Form (OMB #2060-0256) has been submitted to the appropriate EPA region. The Division Refrigerant Supervisor is responsible for entering each piece of recovery equipment into the ACA Maintenance Manager software.

A-40.3 Service Contractor's Responsibility

Service contractors will certify that recovery equipment used by contractor's technicians has been properly documented, certified, labeled, and serviced according to EPA requirements by Signing the Contractor's Compliance Certification.

### A-40.4 Recovery Unit Labeling

EPA requires that manufacturers must obtain certification from an EPA approved testing agency, for each model of recovery/recycle equipment, sold after November 15, 1993. The manufacturer must properly label units. The approved agencies are the Air Conditioning and Refrigeration Institute (ARI) and Underwriters Laboratories (UL). The label should be similar to the following:

> "This equipment has been certified by ARI/UL to meet EPA's minimum requirements for recycling and/ or recovery equipment intended for use with [appropriate category of appliance--e.g., small appliances, HCFC appliances containing less than 200 pounds of refrigerant, all high-pressure appliances, etc.]."

Units manufactured before November 15, 1993 are considered grandfathered and may not have the ARI or UL label. Technicians need to know if they are using a grandfathered or ARI/UL certified unit to ensure proper recovery vacuum is achieved for the type of recovery unit they are using. See EPA Evacuation Chart D-40.7.

### A-40.5 Maintenance Responsibility

Each certified technician shall have access to recovery equipment. The care and maintenance of this equipment will be their responsibility. If that unit does not function properly, the service technician shall notify their supervisor and replace the non-functioning recovery unit with one that functions before proceeding with the service.

Technicians and contractors shall service and maintain recovery/recycling equipment per manufacturer's specifications. Annual leak testing of recovery units shall be performed and the results documented with the Division Refrigerant Supervisor. Periodic testing shall be reported to Safeway using the Contractor's Compliance Certification form.

### A-40.6 EPA Inspection Questions

Service technicians must be prepared to do the following if an EPA inspector or the Division Refrigeration Supervisor is on site.

1. Present a copy of your EPA Recovery Unit Acquisition Certification Form (OMB #2060-0256).
2. List of all your recovery units or be able to present them to record the nameplate data.
3. Demonstrate if your recovery units can achieve the required vacuum levels. Ensure technicians perform the leak tests, calibrate gages and can demonstrate the proper use of a recovery unit.

### A-40.7 EPA Evacuation Level Chart

| Type of Appliance | Recovery Units Manufactured Date | |
|---|---|---|
| | Before Nov. 15, 1993 Grandfathered Unit | After Nov. 15, 1993 ARI/UL Unit |
| R-22, R-402A/B, R-407A/B/C appliance, or isolated component of such appliance, normally containing less than 200 pounds of refrigerant. | 0 | 0* |
| R-22, R-402A/B, R-407A/B/C appliance, or isolated component of such appliance, normally containing 200 pounds or more of refrigerant. | 4 | 10 |
| Very High Pressure Appliance R-410A/B, R-13, R-23, R-503 | 0 | 0 |
| Other high-pressure appliance, or isolated component of such appliance, normally containing less than 200 pounds of refrigerant. R-12, R-114, R-134a, R-401A/B/C, R-500, R-502 | 4 | 10 |
| Other high-pressure appliance, or isolated component of such appliance, normally containing more than 200 pounds of refrigerant. R-12, R-114, R-134a, R-401A/B/C, R-500, R-502) | 4 | 15 |
| Low-Pressure Appliance R-11, R-113, R-123 | 25 | 25 mm Hg absolute |
| * Inches of Hg vacuum relative to standard atmospheric pressure of 29.9 inches of Hg, except where noted. | | |

For small appliances (less than 5 pounds), evacuation levels are as follows:

- ☑ for "grandfathered" recovery equipment, recover 80 percent.
- ☑ for new recovery equipment when the compressor is working, recover 90 percent.
- ☑ for new recovery equipment when the compressor is not working, recover 80 percent.
- ☑ for all appliances, evacuate to 4 inches of mercury vacuum.

# Record-keeping Requirements

A-50.1        Objective

To detail the records which shall be kept to ensure compliance with the U.S. EPA regulations.

A-50.2 Importance of Record-keeping

The U.S. EPA has established record-keeping requirements for owners and operators of air conditioning and refrigeration equipment containing CFC and HCFC refrigerants. The EPA can request detailed reports of refrigerant usage, service, maintenance and disposal for the past three years.  Failure to comply with these regulations can result in fines up to **$37,500 (or the current applicable fine)** per day per violation.

A-50.3 Record-keeping Method

Safeway requires that records be kept to comply with the laws, and to establish data for compiling accurate refrigerant asset management information. It is the responsibility of the Safeway technician or the maintenance contractor technician to fill out and route the appropriate information to both the Division Refrigerant Supervisor and RFSC Refrigerant Manager.

A-50.4 Required Plant/Site and Technician Records

Pursuant to Section 114(a) (1) of the Clean Air Act, 42 U.S.C. Section 7414(a) (1) and 40 CFR 82.166 (j) & (k), Safeway is required by the EPA to document the following information.  The Division Refrigerant Supervisor will maintain the following records for at least three (3) years.

1. STORE REFRIGERANT EQUIPMENT INVENTORY: The Division Refrigerant Supervisor is responsible to make sure this has been filled out with refrigerant containing equipment categorized as under 50 pounds or over 50 pounds, to include comfort cooling, commercial refrigeration, industrial process refrigeration or other refrigeration equipment. The STORE REFRIGERANT EQUIPMENT INVENTORY form is to be posted on the wall of each compressor room in close proximity to the refrigerant usage logbook.  If there are multiple compressor rooms, or the store has multiple distributed systems a copy of the SREI showing all equipment in the store needs to be located in each room or at each distributed system.  If 2 or more distributed systems are located near each other, one copy for the group will be sufficient.

   ▪ The SREI form must include refrigerant type and operating charge data.  If the operating charge is unknown (split system, not listed on nameplate, etc.) then it must be calculated.  Consult manufacturer data sheets, measure piping length, component capacity and detail calculations.  An alternate method is to establish a charge by total circuit or system tonnage times a value of 1.5 pounds per ton. Each system must have the refrigerant type and operation charge clearly displayed in the compressor room using the approved Refrigerant Equipment Inventory form.

2. REFRIGERANT GAS INVENTORY: A complete refrigerant GAS inventory for all cylinders and drums of refrigerant on site including on going purchases/replacement of refrigerant must kept on or near each system.  The REFRIGERANT GAS INVENTORY must be completed each time gas is added or removed from the location.  If the location uses more than one type of refrigerant gas there must be an

inventory sheet for each variety.  The REFRIGERANT GAS INVENTORY sheets are to be kept in a waterproof container in close proximity to the REFRIGERANT EQUIPMENT INVENTORY.

3. Safeway Refrigerant Tracking Form 2:  This Form is to be filled out each time refrigerant gas is added to store appliances or systems.  One Safeway Refrigerant Tracking Form 2 must be kept for each appliance or system that contains more than 50 lbs. of refrigerant gas. The Safeway Refrigerant Tracking Form 2 sheets are to be kept in a waterproof container in close proximity to the appliance or system identified on the form.  One copy to be left on site and the original must be submitted with the Invoice to RFSC Refrigerant Compliance department within 10 days of leak event.

   ▪ Leaks must be documented.  Report leaks that cannot be repaired to both the Division Refrigerant Supervisor and RFSC Refrigerant Manager.  In every case, Safeway has the responsibility to eliminate the leak.  If the leak exceeds the regulatory leak-rate limit, Safeway shall do one of the following:

      ▪ have the leak repairs completed within 30 calendar days of the original leak notification, or produce a written plan that details the equipment retrofit, or replacement within one year of the original leak notification.  See Leaking Systems Section D-70 for specific equipment types.

4. Equipment Disposal Records. When equipment is removed from service the refrigerant and oil must be removed.  Record the following information: date of recovery, technician name, equipment ID number, model number and serial number, refrigerant type and amount recovered, recovery unit used, vacuum level, record that oil was recovered, and disposal location (dumpster, scrap, etc.).

***Refrigerant in a system is Safeway 's property regardless of its origin.  Any refrigerant added which is not Safeway 's property must be documented.  No refrigerant may leave the Safeway site without first being approved by the Division Refrigerant Supervisor or RFSC Refrigerant Manager.***

5  Refrigeration/HVAC System Information Form. This form is used to provide information to setup Safeway's RMS program for new stores and remodels.  (equipment additions, modifications)  This form must be completed as accurately as possible and submitted to RFCS Refrigerant Compliance department.

6  Store Closing Form.  Form SC must be completed for all closing stores at the time of refrigeration shut down.  If gas is not recovered, enter NA in Gas Recovered column. Email or fax this completed form to Safeway RFSC.

A-50.5        Service technicians should be prepared to answer the following questions either from an EPA Inspector or the Refrigerant Supervisor they may request or ask:
1. A list of your technicians (with their certification information), contractors, new refrigerant vendors, recovered refrigerant reclaimer/disposer, recovery units and your over 50 pound equipment.
2. What type of over 50-pound equipment you have (comfort cooling, industrial process refrigeration, commercial or other refrigeration).

3. To see records of the amount of refrigerant you have purchased and added to the over 50 pound systems.  They may even want to take an inventory of your new and recovered refrigerants.
4. How you determine when you have a leaking system.
5. Leak repair records on your over 50 pound systems.
**6.** Records of initial and follow-up verification testing on equipment leak repairs.

# Disposal of Refrigerant, Lubricants and Equipment

A-60.1          Objective

To define the requirements and documentation for disposal and transfers of ownership of refrigerant used lubricants and refrigeration equipment from Safeway owned and operated facilities.

A-60.2          Refrigerant Ownership Transfer

When transferring refrigerant ownership to another company, document the transaction. Provide a service record of refrigerant recovered from equipment disposed of or from a contaminated system.

A-60.3          Used Lubricant Disposal

Refrigerant oil is considered a hazardous waste if it contains more than 4,000 parts per million (PPM) of dissolved refrigerant or 1 percent (10,000 PPM) of any F500 classified waste or acid contaminant *and* if it is not headed for reclamation.  Most refrigerant oil that has been exposed to a refrigeration system or a recovery process still contains greater than 5,000 PPM of dissolved refrigerant and acid gas.  Safeway will treat all refrigerant oils as if they were Hazardous waste.

The toxicity characteristic (TC) rule of 1990 subjected many more wastes to federal hazardous waste regulations.  The TC rule sets regulatory limits on lead, benzene, and other contaminants.  It is the contracted disposal service's responsibility to determine if used oil does or does not exceed the regulatory limits for TC constituents.  Used oil that fails the TC must be disposed according to hazardous waste regulations.

Used oil from refrigeration equipment may contain appreciable levels of contaminants. It is important to maintain records that document the source of the oil and its ultimate disposal.

*Caution:  Do not mix refrigerant lubricants with other types of wastes!*

The Division Refrigerant Supervisor must work with the Refrigeration Contractor or Refrigeration Equipment salvage contractor  to identify the appropriate method of disposing, recycling, or reclaiming used refrigeration lubricant.  If disposed as Hazardous Waste, the Refrigeration Contractor must notify the DRS and provide the appropriate paperwork for Hazardous Waste Disposal, such as a Hazardous Waste Manifest.  The DRS or his/her designate, will sign Hazardous Waste Manifests.  The DRS will send a copy of the Hazardous Waste Manifest to Corporate Environmental Affairs.  Hazardous Waste Manifests, countersigned by the Treatment, Storage, Disposal Facility (TSDF) will be matched to the Generator Copy by the DRS or if set up, by the Refrigeration Contractor., Used waste oils will be disposed of at the approved facilities only.

Contact Corporate Environmental Affairs or Division Safety & Environmental Affairs Manager for state-specific requirements.

A-60.4        Equipment Disposal Guidelines
The EPA has established refrigerant equipment (appliance) disposal requirements in 40 CFR, 82.156, to ensure refrigerant is removed from equipment prior to scraping, shredding or landfill burial.  Requirements exist for small appliances (< 5 pounds) and over 5-pound equipment.

Technicians and owners disposing of any refrigerant-containing equipment or small appliances must maintain records that show proper evacuation occurred. Use the EQUIPMENT DISPOSAL RECORD form.    For appliances with less than 5 pounds there are several options.  For large equipment with over 5 pounds, such as retail food refrigeration, cold storage warehouse refrigeration, rooftops, packaged units chillers, and industrial process refrigeration, the refrigerant shall be recovered in accordance with the EPA's evacuation requirements prior to dismantling or salvaging.

For small appliances a choice can be made to recover onsite or send the units to an EPA approved Scrap/recycling Company that has refrigerant removal capability.

When any refrigerant equipment is disposed, the refrigerant and oil must be removed from the equipment before its final disposal.

A-60.5        Equipment Disposal Record-keeping
The following information shall be documented for each on-site disposed of unit.

| | |
|---|---|
| ☑ Date of recovery. | ☑ Technician's name & shop address |
| ☑ Equipment ID # or serial number(s). | ☑ Vacuum level achieved |
| ☑ Refrigerant type and amount recovered. | ☑ Organization receiving equipment. |

No >5-pound equipment will be disposed of without removing the charge.   An Environmental Disposal Tag similar to the following shall be attached to equipment being disposed.   Without the tag, equipment may be refused at a landfill or scrap recycler.

| |
|---|
| **ENVIRONMENTAL DISPOSAL TAG** |
| ENVIRONMENTALLY HARMFUL REFRIGERANTS AND OIL HAVE BEEN REMOVED FROM THIS UNIT IN COMPLIANCE WITH SECTION 608 OF THE CLEAN AIR ACT |
| REMOVED BY: (PRINT)_____<br>COMPANY NAME: (PRINT)_____<br>ADDRESS: (PRINT)_____<br>_____<br>TELEPHONE:_____DATE:\_\_/\_\_/\_\_<br>SIGNATURE_____ |

A-60.6        Small Appliances Sent Off-site with Charge Intact to Salvage Company

Small appliances, < 5 pounds, may be sent to an EPA approved salvage company with all systems intact (even if refrigerant leaked out).

Prior to sending any small appliances to salvage, you must determine in advance and receive a signed statement that the salvage yard has certified to the EPA that they recover the refrigerant before final disposal.  Handle units with care to ensure none of the unit's systems or circuits is damaged during loading/off loading and in transit.  Keep the signed statement from the Salvager on file.

Prepare a letter with the following information for appliances sent with the charge intact and provide a copy to the final disposer.

- ☑ Your company name, address, contact name

- ☑ Salvager's name and contact.

- ☑ Date of transaction.

- ☑ Unit model and serial numbers of all units sent.

- ☑ Refrigerant type.

- ☑ Include the following statement on the letter: "This equipment or appliance containing refrigerant is subject to the "safe disposal requirements" of the Clean Air Act of 1990 as implemented by 40 CFR Part 82, Subpart F, 82.150-166, requiring that refrigerants be removed from equipment and appliances prior to final disposal."

# Leaking Systems Requirements

A-70.1        Objective

To define a leaking system and describe the procedures which will be followed by technicians servicing such systems (40 CFR Part 82.156, Final Rule Summary and Refrigerant Leak Repair Flow Chart).

A-70.2 Statement of Intent

Safeway employees or contractors shall not charge refrigerant into a known leaking system without following the procedures in this section.

A-70.3 Definition of a Leaking System

A system is defined as a "known" leaking system when one of the following conditions occurs:

☑ A review of readily available documentation determines that the system has a leak.
☑ Safeway or contractor technician has added refrigerant to the same system during a recent service visit except when gas is added due to a change in ambient conditions caused by a change in season and followed by the subsequent removal of refrigerant in the corresponding change in season, where both the addition and removal of refrigerant occurs within one consecutive 12-month period.
☑ The service technician can readily determine upon arrival for servicing the equipment that the system has a refrigerant leak.

Any system that is found to have a substantial leak must be repaired within thirty days. If a substantial leak is discovered and cannot be repaired within thirty days, a retrofit or retirement plan must be developed for the system.  Notify both the Division Refrigerant Supervisor and RFSC Refrigerant Manager immediately on systems that cannot be repaired within the thirty-day limit.

It is against the law to knowingly vent or release refrigerants or non-exempt substitutes to the atmosphere while maintaining, servicing, repairing, or disposing of air conditioning or refrigeration equipment.

A-70.4 Substantial Leak Limits for Equipment Over 50 lb.

A substantial leak is currently defined as a leak rate corresponding to 15% for comfort cooling and other refrigeration systems or 35% for industrial process and commercial refrigeration of the total system charge in a one (1) year period.  Safeway's Refrigerant Management software automatically calculates equipment leak rates of all equipment. To manually determine if a system is above the federal regulatory level rate use the following formula:

Annual Leak Rate:

(LB's of refrigerant added over the past 365 days ((or since leaks were last repaired, if that period is less then one year)) / LB's of refrigerant in full charge) X 100%

### A-70.5 Leak Repairs

If a substantial leak is identified by the service technician, it should be repaired immediately or as soon as possible.  A leak is repaired when the leak rate is demonstrated to be reduced below the applicable 35%/15% substantial leak threshold; however, Safeway's goal is to reduce all leaks to zero where practicable.

Leak repairs must follow all proper EPA-approved procedures, including refrigerant evacuation and recovery/recycling, verification, and record keeping.  It is Safeway's goal to perform leak repairs in a way that minimizes the additional venting of refrigerants. For example, where a leak cannot be repaired during the initial service call and requires additional refrigerant before repairs can be completed, the technician should consult with Safeway personnel to determine whether the system can be shut down pending repairs.  Any time refrigerant must be added to a leaking system before repairs are completed, the technician should first obtain authorization from their supervisor, the Division Refrigerant Supervisor or the RFSC Refrigerant Manager.  The authorization, along with the contributing factors delaying the repair of the leak, the reason why the system could not be shut down, and when and how the permanent repairs will be completed, shall be documented by contacting Safeway's RFSC Refrigerant Compliance department; the approval shall be noted in the repair record notes field for the open call.

NOTE: All follow-up repairs MUST be completed within 30 days.

### A-70.6 Leaks That Cannot Be Repaired in 30 Days

If good-faith repair attempts do not succeed in repairing a substantial leak within 30 days, a written retrofit/replacement plan <u>must</u> be developed within this initial 30-day period (<u>that is,</u> the date the unit first exceeded its trigger rate).  The retrofit/replacement plan must address the entire system and must use a refrigerant with a lower or equivalent ozone-depleting potential.  This plan should be entered in the Safeway Refrigerant Tracking Form 2 "Comments" box with the date and details of the reasons why the leak cannot be repaired.  The plan must also include the plan of action for the retrofit or replacement and must be completed in one year from the plan date.  The action plan must be submitted to both the Division Refrigerant Supervisor and RFSC Refrigerant Manager.

# Leak Testing Requirements

### A-80.1        Objective

To describe when leak testing is to be conducted, documented and the approved methods.

### A-80.2        Leak Testing

When leak testing new installations or systems after repair, the technician shall use approved testing methods.  Use the Refrigerant Tracking Form 2 to document all leak tests.

☑ Include leak testing during scheduled preventative maintenance inspections. Annually leak test each system with greater than 50 lbs. of refrigerant as a best practice. (Mandatory in SCAQMD –Los Angeles)

☑ Initial Leak Verification Test: Leak test all equipment on the conclusion of major repairs and prior to recharging the unit with refrigerant.

☑ Document the results of the initial verification leak tests on Safeway  Refrigerant Tracking Form 2.

☑ Follow-up Leak Verification Test:  Schedule, conduct and document follow-up verification leak tests for all systems with over 50 lbs. of refrigerant.  This test must be completed within 30 days after the initial leak verification test was completed and with the unit operating at its normal load.  This test may take place at the time service is conducted, but must be two separate test methods.

☑ Leak test all new contractor installed equipment prior to acceptance.

### A-80.3        Acceptable Leak Testing Methods

The following are acceptable leak testing methods.
- ❑ Electronic Leak detector
- ❑ Ultrasonic Leak detector
- ❑ Pressurizing system to 10 PSIG with HCFC-22 then increasing pressure to safe level with dry nitrogen.
- ❑ Soap bubbles
- ❑ Halide torch detector
- ❑ Deep Vacuum - Low-pressure chiller (pull to 1mm hg. Ok if rise is < 2.5 mm hg in 12 hours)
- ❑ Hydrostatic Tube test kit - Low pressure chiller water tubes

Safety notice: Never use oxygen, high-pressure air or a flammable gas for leak checking.  Oxygen and oil form an extremely explosive mixture.

# Refrigerant Inventory Process

### A-90.1        Objective

To define the processes on how refrigerant assets shall be managed and accounted.

A-90.2        EPA Purchase Records

The EPA requires that owner/operators track purchases of refrigerants used in units with over 50 pounds charge and maintain purchase records for three years.  See Record keeping Requirements.


A-90.4        Storage of partially filled refrigerant tanks and cylinders

Refrigerant cylinders and tanks that are not full must have a Cylinder Usage tag similar to the one in section E-20.6 attached to the tank.  It is the technician's responsibility to make sure the partially filled tank is weighed and the remaining refrigerant gas is correctly inventoried.

D-90.5        Storage of Refrigerants

The National Fire Protection Association (NFPA) codes and standards and local codes and standards along with ASHRAE Standard 15 – 1994 provide standards for storing refrigerants.

- ☑ Do not store over 330 pounds of refrigerant in mechanical equipment rooms (motors > 50 horsepower).

- ☑ Refrigerant stored in any room shall be secured to limit access to certified technicians only.

- ☑ For storage in non-mechanical rooms ensure adequate ventilation.   If poor ventilation is a concern change storage location or have a registered mechanical engineer review and perform ASHRAE Standard 15 calculations to determine if refrigerant sensors and alarms are necessary in storage rooms.

- ☑ Preferred storage is in a large volume ground level warehouse type location within a securely fenced, locked area.

# Contractor Requirements

A-100.1        Objective

To define requirements for managing refrigerant service contractors and contractors installing new equipment. The Division Refrigerant Supervisor, engineering and purchasing departments and RFSC shall work as a team to modify construction/renovation contracts and service contracts to meet the requirements of this chapter.

A-100.2        Contract Amendments

All Contractors must sign a copy to the Safeway Standard Service Provider Terms and Conditions.  RFSC is responsible to keep a signed copy of the Contractor's Safeway Standard Service Provider Terms and Conditions.

Contractor shall provide only proper level EPA certified technicians using EPA certified and registered recovery/recycle units to perform work on Safeway refrigerant containing equipment.

Contractor shall submit the following information prior to starting any work and no less than annually thereafter.

Contractor will submit a signed copy of the Contractor's Compliance Certification no less frequently that one time a year.  The Contractor's Compliance Certification will include

☑ A list of all service technicians' names and EPA certification numbers and level of certification (copies of EPA Certification Cards are acceptable).

☑ A list of all recovery/recycling units to be used and a signed statement that an EPA Recovery Unit Acquisition Certification form has been sent to the EPA (a copy of the form is acceptable).

☑ A signed letter/memo addressed to contractor's employees that requires contractor's technicians to provide the specified refrigerant related information written on the Safeway Refrigeration Information Work sheet.

A-100.3        Documentation and Record-Keeping

Contractor shall provide service records with all required information to the RFSC Refrigerant Compliance department using the Refrigerant Tracking Form 2.  The information requested includes:

☑ Equipment ID tag number
☑ Location of equipment
☑ Refrigerant type and Unit Charge
☑ Date of service
☑ Service, repair or disposal description
☑ Quantity of refrigerant added
☑ Quantity of refrigerant removed, recovered, recycled, reclaimed or disposed of
☑ Quantity of lubricant disposed of, and method of disposal
☑ Detailed information on any leaks discovered and repaired
☑ Name(s) of EPA certified service technicians who performed work

A-100.4        Consequences for Non-Compliance

Safeway shall have the right to stop work under any contract at any time if the work fails to meet the EPA regulations.

Safeway shall have the right to withhold payment for services if the proper documentation of refrigerant work or related work is not completed.

A-100.5        Demolition Procedure for Equipment Removed by Contractors
Contract language for any refrigerant handling work by contractors shall include at a minimum.

A requirement for contractor to provide names of EPA certified technicians with their certification number and certification level who will be performing the refrigerant equipment demolition and refrigerant recovery.

> Note: *If a properly certified contractor technician removes the refrigerant, and the unit is tagged as such then a non-certified person may perform the actual demolition.*

> In all cases the contractor technician shall tag the unit that the refrigerant was removed and complete the EQUIPMENT DISPOSAL RECORD.  A sticker similar to the one below shall be permanently attached to properly evacuated equipment that is no longer in use.

---

**ENVIRONMENTAL SAFETY NOTICE**

ENVIRONMENTALLY HARMFUL REFRIGERANTS AND OIL
HAVE BEEN REMOVED FROM THIS UNIT IN
COMPLIANCE WITH SECTION 608 OF THE CLEAN AIR ACT

REMOVED BY: (PRINT)_____

COMPANY NAME: (PRINT)_____

ADDRESS: (PRINT)_____

_____

TELEPHONE:_____DATE:__/__/__

SIGNATURE_____

---

The contractor using contractor provided refrigerant recovery cylinders shall transport or dispose of  the recovered refrigerant. The quantity removed from each unit and from the site shall be documented on the EQUIPMENT DISPOSAL RECORD

# Refrigerant Recovery Procedure

B-10.1        Objective
To define the procedures for recovering refrigerant; guidelines for proper filling of recovery cylinders and drums; recommended safety precautions; and an applicable evacuation levels chart.

B-10.2        Refrigerant Recovery Procedure
Follow the instructions for the specific recovery unit you are using and follow the general guidelines below where applicable.

*Before Beginning Recovery:*

1.  Label all recovery cylinders with a refrigerant ID label for the type of refrigerant that it contains or will contain. Color-code all recovery cylinders as required:  yellow top, gray body.  Do not accept any exchange or new cylinders that are not color-coded or have an expired re-test date.

2.  Maintain recovery equipment in proper working order.  Change filter/dryers:  a) after 200 lbs. of recovered refrigerant, b) when changing to a different refrigerant type, c) after refrigerant is recovered from a compressor burn-out, d) according to manufacturer's recommendations.

3.  Leak-test each piece of recovery equipment every six months or per local regulations to ensure all units meet the EPA mandated evacuation levels. Note: Certified technicians can be asked during an EPA inspection to demonstrate proper operating procedures of a recovery unit.

4.  Follow the manufacturer's operating procedures for the equipment being used. Make sure that copies of the operating and maintenance procedures are attached to the equipment.  Original operating instructions should be maintained in a file.

5.  Install filters, if necessary.

6.  Pull a five-to-ten minute vacuum on the system using a micron gauge to ensure refrigerant parity and to evacuate non-condensables.

7.  Check safeties.

8.  Evaluate if the unit or interconnection hoses trap any refrigerant that might mix and contaminate refrigerant.

9.  Using quick connect fittings on the refrigerant hoses, connect the recovery equipment and cylinder to the equipment being serviced.  Evacuate refrigerant hoses.


*Start the Recovery Procedure:*

1.  Begin to withdraw liquid or vapor or both.  Not all mechanical equipment is designed for access to the liquid refrigerant.  It is the responsibility of the technician to determine this and make the proper decision.

Note: The ability to withdraw liquid is preferable for these reasons:

- ☑ Liquid withdrawal removes many contaminants in suspension.

- ☑ Water-charged heat exchangers will not freeze as readily.

- ☑ Withdrawal may be quicker, though processing may not be.

- ☑ Liquid withdrawal will pull all system contaminants into the recovery unit, while vapor recovery leaves them in the serviced system if the machine recovers by pulling refrigerant through its internal circuitry.

1.  If able to recover in the liquid mode, monitor the recovery process until all liquid is recovered, then change to vapor-recovery mode.  At all times monitor the weight of refrigerant in the recovery cylinder.

2.  Ensure that the EPA mandated vacuum levels are reached and record levels achieved.

3.  Use a digital scale to record the amounts of refrigerant recovered.  When recovering large amounts of refrigerant, use a drum or hanging scale.

4.  Drain the oil separator to ensure no contamination of the refrigerant occurs.

5.  After reaching the required vacuum level, isolate the equipment, turn off the recovery unit, and watch the gauges.  An increase in pressure may indicate additional refrigerant in the equipment system requiring additional recovery.

6.  When recovery is complete, secure all equipment and proceed with the repair.

If using:                                    Then:

| If using: | Then: |
|---|---|
| An empty recovery cylinder | Evacuate to ensure no contamination occurs. |
| An unknown/unlabeled recovery cylinder that already contains refrigerant | Determine or test refrigerant quality and type. |
| A recovery unit equipped with an automatic low pressure shutoff | Wait and watch for at least five minutes after the unit shuts off when system goes into vacuum to determine whether all liquid and residual vapors have been withdrawn.  A rise in pressure from a vacuum indicates more refrigerant to recover. |
| A recovery unit which automatically restarts on system pressure rise | Let it cycle until all possible refrigerant has been recovered.  This type of unit must not be operated unattended. |
| A refrigeration unit with a suspected air-side or water-side leak | Recover only to atmospheric temperature to prevent air from entering the system and document this action. |

When possible the refrigerant gas may be recovered into a different part of the refrigeration system provided there is no leakage into the section being repaired. The process must be documented on the Refrigerant Tracking Form 2 and entered in system.

B-10.3       Applicable Evacuation Levels

When servicing or disposing of equipment certified technicians must evacuate the refrigerant with an approved recovery unit or isolate the refrigerant gas into a separate part of the refrigeration system.   Applicable evacuation levels specified in the chart below must be met.

| Type of Appliance | Recovery Units Manufactured Date | |
|---|---|---|
| | Before Nov. 15, 1993 Grandfathered Unit | After Nov. 15, 1993 ARI/UL Unit |
| R-22, R-402A/B, R-407A/B/C appliance, or isolated component of | 0 | 0* |

Refrigerant Compliance Plan                                              Safeway Inc.

| | | |
|---|---|---|
| such appliance, normally containing less than 200 pounds of refrigerant. | | |
| R-22, R-402A/B, R-407A/B/C appliance, or isolated component of such appliance, normally containing 200 pounds or more of refrigerant. | 4 | 10 |
| Very High Pressure Appliance R-410A/B, R-13, R-23, R-503 | 0 | 0 |
| Other high-pressure appliance, or isolated component of such appliance, normally containing less than 200 pounds of refrigerant. R-12, R-114, R-134a, R-401A/B/C, R-500, R-502 | 4 | 10 |
| Other high-pressure appliance, or isolated component of such appliance, normally containing more than 200 pounds of refrigerant. R-12, R-114, R-134a, R-401A/B/C, R-500, R-502) | 4 | 15 |
| Low-Pressure Appliance R-11, R-113, R-123 | 25 | 25 mm Hg absolute |
| * Inches of Hg vacuum relative to standard atmospheric pressure of 29.9 inches of Hg, except where noted. | | |

For small appliances (less than 5 pounds), evacuation levels are as follows:

- ☑ for "grandfathered" recovery equipment, recover 80 percent.

- ☑ for new recovery equipment when the compressor is working, recover 90 percent.

- ☑ for new recovery equipment when the compressor is not working, recover 80 percent.

- ☑ for all appliances, evacuate to 4 inches of mercury vacuum.

### B-10.4        Refrigerant Recovery Procedure Process Diagram



## Refrigerant Cylinder Identification

B-20.1        Objective

To describe the color and labeling procedure for refrigerant cylinders.

B-20.2        Refrigerant Container Color

Containers for <u>recovered</u> refrigerant should be colored according to ARI Guideline K-1997, Containers for Recovered Fluorocarbon Refrigerants.  This guideline requires a color scheme of gray with a yellow cap.  Since it applies for <u>all</u> recovered refrigerants, it is imperative that recovered refrigerant containers be marked or tagged to avoid recovering different refrigerants into the same cylinder.

- ☑ Cylinders with non-removable collars: the body shall be gray, the collar shall be yellow.
- ☑ Cylinders with removable caps: they body shall be gray, the shoulder and cap shall be yellow.
- ☑ Drums: the drum shall be gray, the top head shall be yellow.
- ☑ Tons: the body shall be gray, the ends and chimes shall be yellow.

E-20.3        Virgin Refrigerant Container Color and Class Matrix

| Refrigerant | Color | PMS # | Class |
|---|---|---|---|
| 11 | Orange | 021 | I |
| 12 | White | None | II |
| 13 | Light Blue (Sky) | 2975 | III |
| 13B1 | Pinkish-Red (Coral) | 177 | III |
| 14 | Yellow-Brown (Mustard) | 124 | III |
| 22 | Light Green | 352 | II |
| 23 | Light Blue-Grey | 428 | III |
| 113 | Dark Purple (Violet) | 266 | I |
| 114 | Dark Blue (Navy) | 302 | II |
| 116 | Dark Grey (Battleship) | 424 | III |
| 123 | Light Blue-Grey | 428 | I |
| 124 | Deep Green (DOT Green) | 335 | I |
| 125 | Medium Brown (Tan) | 465 | I |
| 134a | Light Blue (Sky) | 2975 | II |
| 401A | Pinkish-Red (Coral) | 177 | II |
| 401B | Yellow-Brown (Mustard) | 124 | II |
| 401C | Blue-Green (Aqua) | 3268 | II |
| 402A | Light Brown (Sand) | 461 | III |
| 402B | Green-Brown (Olive) | 385 | III |
| 404A | Orange | 021 | III |
| 407A | Lime Green | 368 | III |
| 407B | Cream | 156 | III |
| 407C | Medium Brown (Brown) | 471 | III |
| 408A | Medium Purple (Purple) | 248 | III |
| 409A | Medium Brown (Tan) | 465 | II |
| Refrigerant | Color | PMS # | Class |
| 410A | Rose | 507 | III |

Source:
ARI Guidelines N-1995,
ARI Guidelines K-1997

PMS =
Pantone® Matching System, an international printing, publishing and packaging color language.

| 410B | Maroon | 194 | III |
|---|---|---|---|
| 500 | Yellow | 109 | II |
| 502 | Light Purple (Lavender) | 251 | II |
| 503 | Blue-Green (Aqua) | 3268 | III |
| 507 | Blue-Green (Teal) | 326 | III |
| 717, NH$_3$ | Silver | | |
| Any Recovered | Yellow/Gray | | |

## B-20.4      Refrigerant ID Labels and Usage Tags

It is essential to know what refrigerant is in a given cylinder.  Therefore, recommended guidelines have been established for labeling refrigerant cylinders.  ARI Guideline N-1995, Assignment of Refrigerant Container Colors, sets color standards for existing, new and reclaimed refrigerants.  Purchase and place an appropriate color coded refrigerant ID labels for each refrigerant recovery cylinder, tank or drum (available from most local distributors). For each recovered refrigerant type, mark the cylinder with refrigerant condition (good, unknown, contaminated).  If you have mixed refrigerants mark it as mixed and do not use.

## B-20.5      Sample Refrigerant Identification Labels

Each container shall be marked will a DOT proper shipping name and an appropriate UN identification number.  Refer to Refrigerant Transporting/Shipping section for more information.



Refrigerant Compliance Plan                                             Safeway Inc.

B-20.6        Sample Cylinder Usage Tag

Utilize a refrigerant usage tag when multiple users/shifts utilize a refrigerant cylinder, tank or drum.  The following is a sample.

| | Date | Technician | Start Weight | End Weight | Net Weight | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total Used | |

Date of Issue: _____  Cylinder ID Number: _____  Refrigerant Management Program  (Detach this stub upon issue)

Weight Out: _____  Cylinder ID Number: _____  Weight In: _____  Refrigerant Management Program  (Detach this stub upon issue)

# Contamination Avoidance

**B-30.1        Objective**

To define the practices which shall be followed to avoid contaminating a recovery container.

**B-30.2        Statement of Intent**

*Refrigerant shall not be mixed.*  Refrigerant that is contaminated can cause future service problems.  Every effort to avoid contamination shall be made.  Reclamation centers will not accept mixed refrigerants.  Safeway  can be charged for disposal of the mixed gases.

**B-30.3        Standard Procedures**

Remove and dispose of recovery/recycling filters when changing refrigerants.  Filters include Cartridge Filter cartridges, Inline filters (both suction and liquid), and Bullet filters.

Properly label refrigerant cylinders in accordance with ARI Guidelines K.  Refer to the Refrigerant Cylinder Identification for specifics.

Recover residual refrigerant from the service gauge set and hoses after each service procedure *or* have a gauge set for each type of refrigerant.

Properly prepare the recovery/recycling machine to receive each refrigerant per manufacturer's specifications.   This includes completely removing the residual refrigerant left in the machine.  Before changing refrigerant types, draw a vacuum to assure that all contaminates in the equipment have been removed.

Properly prepare the recovery cylinder to receive each refrigerant per manufacturer's specifications. This includes completely removing the residual refrigerant left in the cylinder.  Before changing refrigerant types, draw a vacuum to assure all possibility of contaminants in the refrigerant has been removed.

# Used Refrigerant Handling

### B-40.1       Objective

To define which of the following three options should be used when dealing with refrigerant that has been recovered from a system.

Option 1:      Put refrigerant back into the system without recycling it.

Option 2:      Recycle refrigerant and put it back into the system from which it was removed or return to inventory for use in Safeway's  owned equipment.

Option 3:      Send refrigerant to a certified reclaimer or vendor.

### B-40.2       Introduction

*If the refrigerant is put back into the system it was removed from, or saved for use in an other system, the recovered refrigerant contaminant levels shall not exceed the levels in the Maximum Contaminant Level Table.  If the contaminant levels are exceeded, the refrigerant should be recycled or reclaimed, or new refrigerant used.  Since it is not always practical or feasible to confirm that a recovered or recycled refrigerant meets these levels by test, these guidelines have been written to give the servicing personnel some criteria to help determine which of the three options covered in the "Objective" should be chosen.*

There are several factors that need to be considered when deciding what to do with recovered refrigerant.  These factors include:

1.  Reason system is being serviced,

2.  Condition of refrigerant and system,

3.  Equipment manufacturers' policies,

4.  Refrigerant cleaning capability of recycling equipment.

5.  Feasibility and Maintenance departments' preference.

After all of these factors have been evaluated, the service technician should be able to make a decision.

### General Comments

Regardless of whether recycled refrigerant or new/reclaimed refrigerant is put into a system, the system must be properly cleaned and evacuated prior to putting refrigerant back into the system.  Manufacturer's recommended service procedures should be followed to ensure that the system is free of contamination before any refrigerant is put into the system.  At a minimum, all driers in the system should be replaced and systems with compressor burnouts should have a suction line filter/drier added to assist in removing acids that will be in the oil that remains in the system.

If the refrigerant is removed from a system, recycled and returned to a system, there are several other things to keep in mind.  Recovery cylinders must be kept clean so that refrigerant that has been recycled does not become contaminated again when it enters the recovery cylinder.

Cleaning and maintaining recycling and recovery equipment regularly, especially after the equipment has been used on jobs with very contaminated refrigerants, is very important to ensure that the contamination from the previous job does not transfer to the next job.

## B-40.3        Recycled Refrigerants

Refrigerants that are recovered and recycled should not exceed the Maximum Contaminant Levels before reuse as shown in the following table:

| Maximum Contaminant Levels of Recycled Refrigerants in Same Owner's Equipment | | | |
|---|---|---|---|
| Contaminants | Low Pressure Systems | R-12 Systems | All Other Systems |
| Acid Content (by wt.) | 1.0 PPM | 1.0 PPM | 1.0 PPM |
| Moisture (by wt.) | 20 PPM | 10 PPM | 20 PPM |
| Non-Condensable Gas (by Vol.) | N/A | 2.0% | 2.0% |
| High Boiling Residues (by Vol.) | 1.0% | 0.02% | 0.02% |
| Chlorides by Silver Nitrate Test | No turbidity | no turbidity | no turbidity |
| Particulates | Visually clean | visually clean | visually clean |
| Other Refrigerants | 2.0% | 2.0% | 2.0% |
| Note:    To insure that the recycling equipment maintains its demonstrated capability to achieve the above levels, it must be operated and maintained per the equipment manufacturer's recommendations. | | | |

Laboratory testing is your only sure assurance that contaminant levels are not exceeded, but it may be accomplished if the recycle unit is capable of recycling refrigerants to the levels in the table.

## B-40.4        Mixed Refrigerants

*Mixed refrigerants* refer to the situation where refrigerants become unintentionally mixed as opposed to commercially available zeotropic or azeotropic blends.  Mixed refrigerants:

☑ Have adverse impact on operating systems performance and capacity.

☑ Affect lubrication, equipment life operating costs and warranty costs.

☑ Have a higher cost for disposal.

## *Determining the Presence of Mixed Refrigerants*

*Determine the presence of mixed refrigerants with a laboratory test; or check the saturation pressure and temperature of the refrigerant in the system and compare with the published values for this refrigerant in a pressure-temperature chart.*

# Blend Refrigerants

**B-50.1**                    **Blend Refrigerants/Retrofits**

Only use a retrofit refrigerant, which has been approved by the original air conditioning manufacturer and as approved by the EPA's "SNAP" list.

System modifications may include hoses, a high-pressure cutout device, seals, desiccant, lubricant, refrigerant control replacement, increased condenser capacity and other modifications as determined by the equipment manufacturer.  Not following the OEM recommendation may result in system damage, loss of performance and affect the warranty.

It should be noted that blend refrigerants may not be compatible with CFCs, HCFCs, or HFCs and may require separate service equipment.

There are two situations that a technician may encounter when working with blends:

### *Blend Fractionation*

Blend fractionation is when one or more refrigerants of the same blend leak at a faster rate than the other refrigerants in the same blend.  This different leakage rate is caused from the different partial pressures of each constituent in the near-azeotropic mixture. Fractionation also occurs because the blends are near-azeotropic mixtures and not pure compounds, or pure substances like CFC-12.  Fractionation was initially thought of as a serviceability barrier because the original refrigerant composition of the blend's constituent may change over time from leaks and recharges.

To avoid fractionation, charging of a refrigeration system incorporating a near-azeotropic blend should be done with **liquid** refrigerant whenever possible.  To ensure that the proper blend composition is charged in the system, it is important that only liquid be removed from the charging cylinder.  Cylinders containing near-azeotropic blends are equipped with dip tubes, allowing liquid to be removed from the cylinder in the upright position. When adding liquid refrigerant to an operating system, make sure liquid is <u>throttled</u>, thus vaporized, into the low side of the system to avoid compressor

damage. A throttling valve can be used to ensure that liquid is converted to vapor prior to entering the system.

*Blend Temperature Glide*

Near-azeotropic ternary blends have temperature glides (a range of condensing or evaporating temperatures for one pressure) when they evaporate and condense. A pure compound like CFC-12, boils and condenses at a constant temperature for a given pressure. Since the blends are near azeotropic, they will have some "temperature glide" or a range or temperatures in which they will boil and condense. The amount of glide will depend on system design and blend makeup. Temperature glide can range from 2 to 12 degrees Fahrenheit. Since the saturated liquid temperature and the saturated vapor temperature for a given pressure are not the same, the constituent in the blend with the highest vapor pressure (lowest boiling point) will reach 100 percent saturated vapor before the other constituents. Sensible heat will not be gained by this refrigerant while the other constituents in the blend are still evaporating. This same phenomenon happens during the condensing cycle.

Some systems will not be affected by this temperature glide because it is design dependent. System design conditions must be evaluated when retrofitting with a blend. Because of the high percentage of HCFC-22 in some blends, the compressor may see higher condensing saturation temperatures and pressures when in operation. Because HCFC-22 has a relatively higher heat of compression when compared to other refrigerants, a higher discharge temperature may be experienced.

## B-50.2      Refrigerant Blend Nomenclature

Refrigerant blends are designated by their refrigerant numbers and weight proportions. The refrigerants will be listed first in order of increasing boiling points, followed by their respective weight percentages.

*The blends also have refrigerant "R" numbers:*

The 400 series blends represent the near-azeotropic refrigerant blends.
The 500 series blends represent the azeotropic blends.

*For example:*

R-401 would indicate that the blend is a near-azeotrope, and the 1 would indicate that it is the first 400 series blend commercially produced.

R-502 would indicate that the blend is an azeotrope, and the 2 would indicate that it is the second 500 series blend commercially produced.

## B-50.3        SNAP Approved Refrigerant Replacement Blends

| Blend | Producer | Base | Lubricant | Application |
|---|---|---|---|---|
| R-401A 22/152a/124 (53/13/34% wt.) | Dupont MP39 | HCFC | Alkylbenzene | Medium Temperature R-12 |
| R-401B 22/152a/124 (61/11/28% wt.) | Dupont MP66 | HCFC | Alkylbenzene | Transportation Refrigeration and Low Temperature R-12 |
| R-402A 22/125/290 (38/60/2% wt.) | Dupont HP80 | HCFC | Alkylbenzene & some Ester | Low and Medium Temperature R-502 |
| R-402B 22/125/290 (60/38/2% wt.) | Dupont HP81 | HCFC | Alkylbenzene | Low and Medium Temperature R-502 |
| R-403B 22/218/290 (55/39/5% wt.) | Rhone Poulenc ISCEON69L | HCFC | Mineral Alkylbenzene Polyol Ester | Low Temperature R-13 & R-503 |
| R-404A 125/143a/134a (44/52/4% wt.) | Dupont HP62 ELF Atocem FX70 | HFC | Polyol Ester | Low and Medium Temperature RefrigerationR-502 |
| Blend | Producer | Base | Lubricant | Application |
| R-406A 22/142b/600a (55/41/4%) | GHG12 National Refrigerants | HCFC | Mineral Alkylbenzene | Stationary R12 Refrigeration. R-12 |
| R-407A 32/125/143a | ICI Americas KLEA 60 | HFC | Ester | Low and Medium Temperature R-502 |
| R-407C 32/125/134a (30/10/60% wt.) | Dupont Suva 9000 KLEA 66 | HFC | Polyol Ester | Air Conditioning R-22 |
| R-408A 22/125/143a (47/7/46% wt.) | FX10 ELF Atocem | HCFC | Mineral Alkylbenzene Polyol Ester | Low and Medium Temperature R-502 |
| R-409A 22/124/142b (60/25/15% wt.) | FX56 ELF Atocem | HCFC | Mineral Alkylbenzene Polyol Ester | Low and Medium Temperature R-12 |
| R-410A 32/125 (60/40% wt.) | Allied Signal AZ-20 | HFC | Ester | High & Medium Temp. Refrigeration., Air Conditioning (Azeotrope) R-22 |
| R-507 125/143a (45/55% wt.) | Allied Signal AZ-50 | HFC | Ester | Low and Medium Temperature (Azeotrope) R-502 |
| R-508a 23/116 (39/61% wt.) | National Refrigerants | HFC | Polyalpha Olefin Alkylbenzene Mineral | Very Low Temperature Refrigeration. R-503 |
| R-508b 23/116 (46/54% wt.) | Dupont Suva95 | HFC | Polyolester Manufacturer recommendation | Very Low Temperature Refrigeration. Cascade R-503, R-13 |
| Note:  Constituent percentages and lubricant applications may change or vary as research continues. | | | | |

# Lubricants

B-60.1          Objective

To provide general information on the use of lubricants in systems containing refrigerants and define the EPA maximum pressure for changing oil.

B-60.2          EPA Pressure Limit for Removing Refrigerant Oil

When changing oil, five (5) PSIG is the maximum EPA legal pressure a system may be subjected to [40 CFR Part 82 Subpart F §82.156 (a)(2) C].

B-60.3          Lubricants

CFC and HCFC systems have traditionally used mineral oil lubricants.  HFC-134a and the other alternative refrigerants use several types of synthetic lubricants.  (Polyalkylene Glycol, Polyol Ester, Alkylbenzene) The manufacturer's label should identify the correct type of lubricant required.   Mixing of synthetic lubricants may also cause system problems.  Use only the lubricant specified by the AC/R system manufacturer.

Refrigerant Compliance Plan                                    Safeway Inc.

# General Processes

**B-70.1        Objective**

The following general processes have been developed to provide guidance to the technician.   The actual process the technician uses will be dependent on their equipment and circumstances.   These diagrams are intended to provide general information only.

**B-70.2        Preparation of a New Recovery Unit**



B-70.3        General Procedure for Preparing a New Recovery Cylinder



**B-70.4          Sample Refrigerant Identification Labels**





B-70.5          General Procedure for Switching Refrigerants in a Recovery Cylinder/Tank



Note: It is recommended that a separate recovery cylinder/tank
for each refrigerant be used to minimize cross contamination

### B-70.6    General Procedure for Recovering Refrigerant from a Unit Prior to Servicing



B-70.7      General Procedure for Switching Refrigerants in a Recovery Unit



**B-70.8        Procedure for Disposal of Non Refillable Refrigerant Cylinders**



# Accidental Refrigerant Release

### B-80.1        Objective

To define the federal regulations 40 CFR Part 82 requirements on refrigerant venting and accidental refrigerant releases.

### B-80.2        Venting Prohibitions

It is against the law to knowingly vent refrigerants or non-exempt substitutes to the atmosphere while maintaining, servicing, repairing, or disposing of air conditioning or refrigeration equipment. Acceptable releases are:

- ☑ A "de minimus" quantity released in the course of making a good faith attempt to recapture, and recycle or safely dispose of refrigerant.  An example of a de minimus leak would be the quantity of refrigerant released while disconnecting a manifold gauge set.
- ☑ Refrigerants emitted during the normal course of operation of air conditioning and refrigeration equipment such as purge unit operation.

☑ Mixtures of nitrogen and trace quantities of R-22 that are used as a holding charge or as a leak test gas, because in these cases they are not used as refrigerant.

### B-80.3        Accidental Refrigerant Release Report

If an accidental refrigerant release occurs such as human caused accidental damage to a refrigerant line, service valve or cylinder the incident shall be documented on the Refrigerant Tracking Form 2  and entered into RMS System.

NOTE: Do not record mechanical failures of a unit as an accidental release because the quantity of refrigerants entered is not used in leak rate calculations.

### E-80.5        Accidental Refrigerant Release Flow Chart



Note: the key point to remember is to document refrigerant usage.

# Refrigerant Cylinder Safety

### B-90.1        Background

Safety shall be the first priority.  The following guidelines provide information on cylinder safety.

### B-90.2        Refrigerant Cylinder Safety

Never use a standard disposable 30 lb. cylinder (the type of container in which virgin refrigerant is sold) to recover refrigerant.  Use only DOT CFR Title 49 or UL-approved

storage containers for recovered refrigerant (containers marked DOT 4BW or DOT 4BA).

### B-90.3        Thermal Expansion

☑ Safety codes recommend that closed cylinders not be filled over 80% of the volume with liquid.  The remaining 20% is called head pressure room.

☑ Refrigerant expands when it gets warm.

☑ When refrigerant expands some of it boils, thus increasing the pressure.

☑ Remaining liquid expands rapidly and may fill the container 100% full with liquid.

☑ Pressure within the cylinder increases at a slower rate if there is room for the gases. The pressure increases to the liquid saturation.

☑ A cylinder filled with 80% liquid is relatively safe.  Do not fill cylinders over 80%.

| Cylinder Temp. | 60º F | 70º F | 100º F | 130º F | 150º F |
|---|---|---|---|---|---|
| | Space Occupied with Liquid | | | | |
| Starting with Cylinder 80% Full | 80% | 81% | 83% | 90% | 94% |
| Starting with Cylinder 90% Full | 91% | 92% | 96% | Cylinder is 100% full Liquid @113º Pressurizes Very Rapidly | Explosion |
| DO NOT OVERFILL REFRIGERANT CYLINDERS | | | | | |

### B-90.4        Guidelines for Proper Filling of Recovery Cylinders

*Cylinder integrity*

Prior to filling a cylinder, inspect for signs of damage such as dents or corrosion.  Do not fill a damaged or out of date cylinder.  Use only recovery cylinders identified for used refrigerant.  Do not use cylinders designed for virgin refrigerant.  Recovery cylinders should comply with Department of Transportation (DOT) specification 4BA300 and 4BW.

If a cylinder does not hold a vacuum, (29 in hg for 20 minutes) the cylinder should not be used.

*Cylinder test date*

A recovery cylinder should not be filled if today's date is more than five years after the date of manufacture or after the retest date stamped on the shoulder.  If the cylinder has been tested the test date will look similar to the following example:

B2

12                          93

22

The designation in the above example indicates the cylinder was re-tested in December 1993 by re-tester number B222.  Enter the date the cylinder is to be retested in the ACA Inventory Manager

*Legal fill*

Liquid used refrigerant will expand when exposed to high temperatures. Thermal expansion of the liquid in an overfilled cylinder could rupture it. When filling recovery cylinders, carefully monitor the gross weight to ensure this maximum is never exceeded.

Gross Legal Fill Weight (GLFW) for every cylinder, container, cylinder, or other vessel is always 80 percent of capacity. The responsibility rests with the technician to shut off the transfer machine at 80 percent cylinder fill for cylinders that don't do so automatically. By weight, the formula is as follows:

$$GLFW = (WC \times 0.8) + TW$$

*WC = Water Capacity: the weight of the fluid that would fill the cylinder 100 percent.*
*TW = Tare Weight: the weight of the empty cylinder.*

Both these weights plus the test date will be stamped on the collar or chine of the cylinder.

For HCFC-22 and/or refrigerants in cylinders, which will encounter large temperature fluctuations, the automotive sector's formula is recommended to allow more head/expansion space in the cylinder:

$$GLFW = (WC \times 0.6) + TW$$

Look at regularly, but do not trust exclusively, a percent-fill gauge or an automatic shut-off device.

*Vapor pressure*

When a compressor is used to recover used refrigerant vapors from a refrigeration unit, monitor cylinder pressure to avoid exceeding the relief valve set pressure (450 PSIG). To ensure optimum safety, a maximum cylinder pressure of 300 PSIG during the filling operation is recommended.

*Sealing*

After filling, verify that all cylinder valves are closed properly to prevent leaks during subsequent handling and shipping.  If necessary, leak test the valve with soapy water.

B-90.5       Guidelines for Filling of Recovery Drums

*Recovery drum*

The recovery drum must be a tight-head drum, 55-, 20-, or 10-gallon capacity, of 16-gauge steel made to DOT 17E specifications.  If a drum is reused, thoroughly inspect it for damage and identify it as a recovery drum by wrapping a strip of yellow tape around the upper one-third of the drum and re-labeling it.  Never store used refrigerant drums in open sunlight or in hot areas with poor ventilation.  Adequate ventilation is mandatory for technician safety.

*Liquid overfilling*

Liquid used refrigerant will expand when exposed to high temperatures.  Thermal expansion of the liquid in an overfilled drum could cause it to bulge or rupture.  To prevent this, fill drums of used refrigerant so that the liquid level is below the top of the drum.  The recommended distance between the liquid level and the top of the drum depends on the drum size, as indicated below:

| Drum size, gallons | Recommended distance, in. (cm) |
|---|---|
| 55 | 6 (15) |
| 20 | 3 (7.6) |
| 10 | 2 (5.0) |

*Filling temperature*

When hot used refrigerant is loaded into a drum and the drum is properly sealed, a vacuum will form above the liquid as it cools.  In extreme cases, the drum may collapse.  To avoid this, observe a maximum filling temperature of 13°C (55°F).

*Sealing*

After filling the drum, verify that the bung is properly installed and tightened to prevent leaks during subsequent shipping and handling.  Weigh filled recovery drums prior to shipping.

B-90.6       Precautions for Recovery Drums

Use personal protective equipment such as side shield glasses, gloves, safety shoes, and hardhat when filling and handling containers.

Be aware that inhalation of high concentrations of used refrigerant vapor or mist can be harmful and may cause heart irregularities, unconsciousness, or death.  Since vapor is heavier than air, avoid low areas without suitable ventilation or refrigerant-specific monitors.

# Refrigerant Overview

### C-10.1          Background

A refrigerant is a fluid (liquid or gas), that transfers heat away from one point to another. In a typical vapor compression system, the refrigerant changes phase.  That is, it changes from a liquid to a gas when it absorbs heat and changes back to a liquid when it gives up heat.  Most chemicals have the ability to change from a liquid to a gas, but only a few chemicals do so in a manner that makes them good refrigerants.

Most refrigerants used today for vapor compression air conditioning are called halocarbons.  A halocarbon is a hydrocarbon molecule containing one or more halogens.  The halogen elements most commonly used in refrigerants are chlorine (Cl) and fluorine (F).  Refrigerants used in centrifugal chillers are halocarbons based on methane and ethane molecules.

### C-10.2          Refrigerant Nomenclature

Most refrigerants in common use *are* single chemicals.

Single component refrigerants have an "R-" designation of two or three numbers, which reflect its chemical composition.

- The first digit (of a refrigerant with three numbers) is one unit lower than the number of carbon atoms in the molecule.  If the molecule contains only one carbon atom, the first digit is omitted.

- The second digit is one unit greater than the number of hydrogen atoms in the molecule.

- The third digit is equal to the number of fluorine atoms in the molecule.

For example: HFC-134a  -  1,1,1-tetrafluoroethane ($CH_2FCF_3$)

> One less than the number of carbon atoms
> (i.e., there are 1+1=2 carbon atoms)
>
> One more than the number of hydrogen atoms
> (i.e., there are 3-1=2 hydrogen atoms)
>
> Number of fluorine atoms
> (i.e., there are 4 fluorine atoms)
>
> The "a" indicates an isomer
> (i.e., a different arrangement of the same atoms) of HFC-134

### HFC-134a

Some refrigerants, however, are comprised of two or more chemicals.  R-500 and R-502 are two examples.  R-502 is composed of 48.8% (by weight) of HCFC-22 and 51.2% of CFC-115.  When formulated in those proportions these chemicals take on the characteristics of a single refrigerant.  Combinations of chemicals that act as a single

refrigerant are called azeotropes.  Azeotropes are designated by a three digit number beginning with the number "5", such as R-502.

Combinations of chemicals that maintain some of their original characteristics are called zeotropes.  For example, unlike single refrigerants and azeotropes, which boil at a single temperature, zeotropes boil over a range of temperatures determined by the boiling points of their individual components.  A zeotrope is also sometimes referred to as a blend.  Zeotropes are designated by a three digit number beginning with the number "4".  The designation ends with a letter to differentiate between compositions of the same chemicals such as in R-401A.

The below chart details the refrigerant, chemical name, CAS number and UN# wherever applicable:

| Refrigerant | Chemical Name | CAS number | UN # |
|---|---|---|---|
| 11 | trichlorofluoromethane ($CCl_3F$) | 75-69-4 | N/A |
| 12 | dichlorodifluoromethane ($CCl_2F_2$) | 75-71-8 | UN1028 |
| 13 | chlorotrifluoromethane ($CClF_3$) | 75-72-9 | UN1022 |
| 22 | chlorodifluoromethane ($CHClF_2$) | 75-45-6 | UN1018 |
| 23 | trifluoromethane ($CHF_3$) | 75-46-7 | UN1984 |
| 113 | 1,1,2-trichloro-1,2,2-trifluoroethane ($CCl_2FCClF_2$) | 76-13-1 | N/A |
| 114 | 1,2-dichloro-1,1,2,2-tetrafluoroethane ($CClF_2CClF_2$) | 76-14-2 | UN1958 |
| 123 | 2,2-dichloro-1,1,1-trifluoroethane ($CHCl_2CF_3$) | 306-83-2 | N/A |
| 134a | 1,1,1,2-tetrafluoroethane ($CH_2FCF_3$) | 811-97-2 | UN1956 |
| 401A | (53/13/34) chlrodifluoromethane/1,1-difluoroethane/2-chloro-1,1,1,2-tetrafluoroethane | N/A | UN1956 |
| 401B | (61/11/28) chlorodifluoromethane/1,1-difluoroethane/2-chloro-1,1,1,2-tetrafluoroethane | N/A | UN1956 |
| 402A | (60/2/38) pentafluoroethane/propane/chlorodifluoromethane | N/A | UN1956 |
| 402B | (38/2/60) pentafluoroethane/propane/chlorodifluoromethane | N/A | UN1956 |
| 404A | (44/52/4) pentafluoroethane/1,1,1-trifluoroethane/1,1,1,2-tetrafluoroethane | N/A | UN1956 |
| 406A | (55/4/41) chlorodifluoromethane/2-methyl propane (isobutene)/1-chloro-1,1-difluoroethane | N/A | UN1956 |
| 407C | (23/25/52) difluoromethane (methlyene fluoride)/pentafluoroethane/1,1,1,2-tetrafluoroethane | N/A | UN1956 |
| 408A | (7/46/47) pentafluoroethane/1,1,1-trifluoroethane/chlorodifluoromethane | N/A | UN1956 |
| 409A | (60/25/15) chlorodifluoromethane/2-chloro 1,1,1,2-tetrafluoroethane/1-chloro-1,1-difluoroethane | N/A | UN1956 |
| 410A | (50/50) difluoromethane (methylene fluoride)/pentafluoroethane | N/A | UN1956 |
| 500 | (73.8/26.2) dichlorodifluoromethane/1,1-difluoroethane | N/A | UN2602 |
| 502 | (48.8/51.2) chlorodifluoromethane/chloropentafluoroethane | N/A | UN1973 |
| 503 | (40.1/59.9) trifluoromethane/chlorotrifluoromethane | N/A | UN2599 |
| 507 | (50/50) pentafluoroethane/1,1,1-trifluoroethane | N/A | UN1956 |

## C-10.3      Physical and Environmental Properties of Refrigerants

Even small changes in the makeup of these refrigerants can make a large difference in their physical and environmental properties.   The following table shows some thermophysical and environmental properties of some common refrigerants.

| Refrigerant | Boiling Point (°F) | Specific Heat @ 86°F (Btu/lb. °F) | ODP | GWP | Atmospheric life (years) |
|---|---|---|---|---|---|
| R-11 | 74.7 | 0.21 | 1.000 | 4600 | 45 |
| R-12 | -21.6 | 0.24 | .82 | 10600 | 100 |
| R-22 | -41.4 | 0.31 | 0.034 | 1900 | 11.8 |
| R-123 | 82.0 | 0.21 | 0.012 | 120 | 1.4 |
| R-134a | -15.0 | 0.36 | 0 | 1600 | 13.6 |
| R-404A | -51.9 | 0.37 | 0 | 4540 | (13.6-53.5) |
| R-410A | -60.9 | 0.41 | 0 | 2340 | (5.6-32.6) |
| R-502 | -49.5 | 0.30 | 0.221 | 6200 | (11.8-1700) |
| R-507 | -52.8 | 0.35 | 0 | 4600 | (32.6-53.5) |

## C-10.4      Health and Safety Considerations

Many chemicals, including refrigerants, can be harmful if used improperly.   Three important categories of health and safety concerns are toxicity, flammability, and $O_2$ displacement (asphyxiation hazard).

An international group of refrigerant manufacturers, through the Program for Alternative Fluorocarbon Toxicity (PAFT) testing, have conducted extensive toxicology tests on some HCFC and HFC refrigerants.   With these results, manufacturers have recommended concentrations that humans can tolerate for a given time without harmful effects, called Allowable Exposure Limits (AELs).   These values are given in parts per million (PPM), indicating the maximum amount of refrigerant that can be safely tolerated.   Other toxicity indicators include Threshold Limit Values (TLVs) and Permissible Exposure Levels (PEL) values.   Refrigerant manufacturers indicate the AEL, TLV, and PEL of a refrigerant on the Materials Safety Data Sheet (MSDS). ASHRAE Standard 34, *Number Designation and Safety Classification of Refrigerants*, classifies toxicity into two groups:

Class A:     Refrigerants with low toxicity, with a weighted TLV over time higher than 400 PPM.   That is, only concentrations over 400 PPM, over sustained periods of time are of concern.

Class B:     Refrigerants with higher toxicity with a weighted TLV over time lower than 400 PPM.

Flammability, the ability of a chemical to support combustion, is also measured in a laboratory.   Refrigerants are generally classified as being non-flammable, of low flammability, or high flammability.

ASHRAE Standard 34 assigns each refrigerant into one of three flammability groups. There are various scientific definitions for these groups, but generally they can be categorized as:

Group 1:      No flammability
Group 2:      Low flammability
Group 3:      High flammability

By combining toxicity and flammability criteria, a matrix is obtained which classifies a refrigerant into class A1, A2, A3, B1, B2, or B3.

| | A | B |
|---|---|---|
| 3 | R-600a (isobutane) R-290 (propane) | R-1140 (vinyl chloride) |
| 2 | HFC-32 HFC-143a HFC-152a | R-717 (ammonia) |
| 1 | CFC-11 CFC-12 HCFC-22 HFC-125 HFC-134a | HCFC-123 |

*ASHRAE 34 Matrix with Some
Refrigerant Examples*

ASHRAE Standard 15, 1994, *Safety Code for Mechanical Refrigeration* treats the subject of how refrigerants that have been classified in ASHRAE Standard 34 may be used.  It points out the need for refrigerant vapor sensors and self-contained breathing apparatus in certain situations because all fluorocarbon refrigerants are heavier than air and can cause asphyxiation.

# CFCs and Ozone Depletion

The theory linking chlorofluorocarbons (CFCs) to stratospheric ozone depletion and environmental concerns was first proposed in the 1970s. Scientific studies provided an understanding of the chemical processes and physical mechanisms.  Mathematical models predicted the effects of ozone-depleting substances (ODS) released into the atmosphere and transported by air currents to the stratosphere.  The models predicted that continued use of these substances would lead to substantial ozone depletion in the next 50 to 100 years.

The stratospheric ozone layer protects the earth's surface from excessive quantities of harmful ultraviolet (UV-B) radiation.  After evaluating scientific evidence, an international consensus resolved that certain identified volatile man-made, chemical substances containing chlorine and bromine are causing the depletion of the thin, fragile ozone layer.  The conclusion was to reduce these releases and restrict their use.

ODS chemicals are widely used in many processes and products.  Previously, ODS were used as refrigerants in buildings, household appliances, and automobiles; as foam blowing agents for insulation; as degreasers for metals and as propellants in containers.  Currently, existing equipment, which utilizes CFCs, can continue to be used.  New refrigerant equipment, however, is designed to use CFC alternative refrigerants, which minimize or eliminate their ODP.

There are several exemptions to the continued use of CFCs.  The largest "essential use" exemption authorized under the Montreal Protocol includes medical devices such as metered-dose inhalers used in the treatment of asthma.  List of common substances regulated by the Montreal Protocol.

| Common Substances Covered by the Montreal Protocol and Amendments | |
|---|---|
| CLASS I  - CFCs | CLASS II  - HCFCs |
| CFC-11* | HCFC-22* |
| CFC-12* | HCFC-123* |
| CFC-13 | HCFC-124* |
| CFC-111 | HCFC-141 |
| CFC-112 | HCFC-142 |
| CFC-113 | |
| CFC-114 | |
| CFC-115* | Others |
| | Carbon Tetrachloride |
| Halons | Methyl Chloroform |
| Halon-1211 | Methyl Bromide |
| Halon-1301 | |
| Halon-1202 | |
| *NOTE:    These chemicals are used extensively, either alone or in a blend, for air-conditioning and refrigeration applications. | |

# Environmental Concerns

The environmental concerns associated with refrigerants fall into two categories: stratospheric ozone depletion and global warming or climate change.  CFC and HCFC refrigerants contain chlorine which, when released into the stratosphere – an upper layer of the atmosphere, depletes the ozone layer.

As stratospheric ozone depletion occurs, the quantity of UV-B radiation reaching the earth's surface increases.  The ozone levels in the stratosphere also vary naturally due

to climate, latitude, and airborne particles but ozone depleting chemical emissions would reduce the mean levels.

This radiation increase results in potential health and environmental risks including increased incidents of certain skin cancers and eye cataracts, suppression of the body's immune system, damage to plants and food crops, and reduced aquatic life growth. Radiation also causes an increased weathering of man-made plastic and rubber products.

Scientific research on ozone depletion is advanced enough that Congress and EPA have required Safeway to take action.  EPA has concluded that the emission of certain man-made "greenhouse" gases (many refrigerants are greenhouse gases) contributes to global warming by collecting and holding in the earth's heat that would normally radiate out into space, causing the temperature in the atmosphere to rise and other effects on climate.  Climate change could cause a number of effects including damage to crops, or even the melting of polar ice caps. Scientists agree that we must consider not only the refrigerants' direct impact on global warming, but also the indirect impacts, such as the impacts of using a refrigerant that results in a chiller that is less energy efficient.  Such an occurrence causes higher emissions of carbon dioxide, which is also a greenhouse gas and in this way also affects global warming.

# U.S. Federal Rules and Regulations

### D-10.1        Objective
To detail the U.S. Federal regulatory requirements which affect Safeway's operations in the performance of service work, maintenance, repair, or disposal of air-conditioning or refrigeration equipment.  It is the responsibility of each site to obtain and comply with state and local regulations.

### D-10.2        Summary of 40 CFR Part 82 Requirements
☑ Requires service practices that maximize recycling of ozone-depleting compounds (both chlorofluorocarbons [CFCs] and hydrochlorofluorocarbons [HCFCs] and their alternatives) during the servicing and disposal of air-conditioning and refrigeration equipment.

☑ Prohibits the knowing release of refrigerants or non-exempt substitutes during maintenance, service, repair, or disposal of appliances.

☑ Sets certification requirements for recovery and recycling equipment.

☑ Restricts the sale of refrigerant so that it is only sold to certified technicians and appliance manufacturers.

☑ Requires persons servicing or disposing of air-conditioning and refrigeration equipment to certify to the EPA on OMB Form #2060-0256 that they have acquired recycling or recovery equipment and are complying with the requirements of the rule.

☑ Requires the repair of substantial leaks in air-conditioning and refrigeration equipment with a charge of greater than 50 pounds.

☑ Establishes safe disposal requirements to ensure removal of refrigerants from goods that may enter the waste stream with the charge intact (e.g., motor vehicle air conditioners, home refrigerators, and room air conditioners).

☑ Sets certification for technicians and reclaimers.

# Enforcement Authority

D-20.1        External Enforcement of Violations

Any violation of the Clean Air Act may result in civil or criminal action against the individual and the company.  Any conviction or penalties assessed for a violation of any state or local provision will be the responsibility of the named individual and his or her site.

Federal environmental laws provide various enforcement options that the EPA and state agencies can take against alleged violators.

The specific provisions for civil and criminal penalties vary according to the statute.  Fines can range up to $37,500 per day per violation and prison terms can extend from one to 5 years for a violation.  If a company is found to have violated the law in a civil action, it may suffer adverse publicity in addition to substantial financial penalties.  In criminal cases, in addition to the potential for financial penalties to be imposed on a company in violation of the law, individual managers and officers of the company may face prosecution and imprisonment.  Senior managers of the company, even if they are not directly involved in the alleged violations, could be subject to prosecution.  This may occur if such managers consciously screened themselves from a matter that they had the power to prevent or correct.

In addition, the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA) imposes "no fault" liability on site owners, operators, generators responsible for the release, threatened release or any failure to notify the National Response Center of a release of a listed hazardous substances in more than a reportable quantity.  Some ODCs and their alternatives may be listed by CERCLA.

D-20.2        Types of Enforcement Actions

This plan is based on enforcement activities generally taken by the EPA.  States generally have similar enforcement techniques.  There are four basic types of enforcement actions, differing in severity and in the amount of agency resources required.  In order of increasing severity, these actions are the following:

*Informal Administrative Actions*

Informal administrative actions are advisory in nature, such as a notices of noncompliance or warning letters from the agency.  In such an action, the EPA will provide notice of the alleged violation to the site, define required corrective measures and set a deadline for compliance.  If the site fails to comply, the EPA may institute more severe actions.

*Formal Administrative Actions*
Formal administrative actions take the form of legal orders.  They require the alleged violator to take corrective action within a specified period and to refrain from certain behavior, and order future compliance.  Fines also may be imposed through an administrative action.  The EPA uses administrative actions extensively in environmental programs that provide authority for them.  The EPA handles such administrative actions through its internal administrative litigation system.  This system is similar to any court system, with the exception that the EPA's administrative law judges (ALJs) preside over it.  You may appeal an ALJ's ruling to the EPA administrator and the administrator's final decision to federal court.

*Civil Actions*
Civil actions frequently take the form of lawsuits initiated by the U.S. Department of Justice (DOJ) at the EPA's request.  The EPA normally uses civil judicial actions against the more serious violators or to enforce corrective actions of imminent hazards.  These suits generally result in monetary penalties and court orders requiring corrective or remedial actions or specific actions to prevent future violations.

*Criminal Prosecution*
Criminal actions are initiated by DOJ at the request of the EPA against an alleged violator, and seek criminal sanctions including fines and imprisonment.  The EPA uses criminal actions to respond to flagrant, intentional disregard of applicable law.  *In addition, the CAA gives the EPA authority to pursue criminal actions in response to deliberate falsification of documents or records and knowing and willful violations*.

D-20.3          Enforcement Authority Under the Clean Air Act
The EPA, and states where applicable, generally receives its enforcement authority from the particular statute being enforced. The Clean Air Act is the federal regulation of the greatest concern to managers in charge of refrigerant compliance.

The Clean Air Act authorizes a nationwide program to reduce air pollution through air quality planning, regulation, enforcement, and research.  The act consists of a series of interrelated programs designed to protect health and the public welfare from emissions polluting the ambient air.  Subchapter VI of the CAA "Stratospheric Ozone Protection" contains the provisions regarding refrigerants that are Class I and II ozone depleting substances.

*Administrative Penalties*
The CAA gives the EPA the Authority to issue administrative orders assessing civil administrative penalties of up to $37,500 per day of violation whenever EPA finds that a

company has violated or is violating air regulations, including Stratospheric ozone protection requirements.

*Civil Actions*
Under the CAA, the EPA may initiate civil actions in court to obtain injunctive relief requiring the violator to achieve compliance and to recover penalties in amounts up to $37,500 per day per violation.

*Criminal Actions*
The EPA may bring criminal actions for knowing violations, which may result in a substantial fines and imprisonment.

Knowingly making false statements or representations in records or reports required under the CAA, or knowingly failing to notify or report might be punishable by fine and imprisonment up to two years.

Under the CAA, federal agencies cannot contract to procure goods, materials and services with a person convicted of a criminal offense if that contract will be performed at the facility at which the violation that gave rise to the conviction occurred, and the convicted person owns, leases or supervises the facility. If the court convicts the site owner for criminal violation of a provision, or any other federal air standard or order, listing of the firm is mandatory and automatic.  The EPA might also extend the prohibition to other facilities owned or operated by the convicted person.  Removal from the list requires certification by the EPA that the violator has corrected the conditions giving rise to the listing.

# Significant New Alternatives Program

D-30.1        Background
Under authority of Section 612 of the Clean Air Act (CAA), regulations promulgated on March 18, 1994, effective April 18, 1994, the EPA has established a program in which they will evaluate applications for use of substitute chemicals and technology to replace ozone depleters in specific uses.

D-30.2        EPA's Significant New Alternatives Program (SNAP) Rule
☑  SNAP requires the manufacturer or importer of a proposed substitute for an ozone-depleting chemical to provide the EPA notification 90 days before introducing the substitute into interstate commerce.  During the 90-day period, the EPA will evaluate company studies and other information and decide whether the substitute is either acceptable or unacceptable for a specific use, based on whether the substance may have adverse effects on human health or the environment.  Some of the criteria the EPA will consider in the risk screening include flammability, chemical toxicity, global warming potential and exposure of workers, consumers, the general population and aquatic life.

☑ If the EPA places a substance on the unacceptable list, it becomes unlawful to use it as a substitute for an ozone depleter.

Obtain a current SNAP list and keep the list updated by contacting the EPA Hot line at 800-296-1996 or print directly from the EPA web site http://www.epa.gov/ozone/title6/snap.

# Glossary

| | |
|---|---|
| Acute effects | Detrimental health effects resulting from a single, short-term exposure to a toxic substance, as might occur during an accidental release of refrigerants. |
| Alkylbenzene | A lubricant synthesized from the raw materials propylene and benzene. Used often when incorporating HCFC-based refrigerant blends. Some HCFC-based blends are soluble in a mixture of mineral oil and alkylbenzene up to a 20 percent concentration of mineral oil. |
| Allowable exposure limit (AEL) | Acceptable concentration levels in air, which are deemed safe for repeated occupational exposure without chronic effects.  The chemical producer normally recommends this level. |
| Appliance | Any device which contains and uses a class I or class II substance as a refrigerant and which is used for household or commercial purposes, including any air conditioner, refrigerator, chiller, or freezer. |
| Approved equipment testing organization | Any organization which has applied for and received EPA approval |
| Azeotrope | A mixture of two or more liquids which, when mixed in precise proportions, behave like a compound when phase changing from liquid to gas (evaporating) and gas to liquid (condensing). These blends do not change volumetric composition or saturation temperature as they evaporate or condense at constant pressures. The boiling point of the mixture will be either above or below the boiling point of the individual liquids. |
| Certified refrigerant recycling or recovery equipment | Equipment certified by an approved equipment-testing organization to meet EPA standards. Currently ARI for stationary equipment and UL for automotive equipment |
| Chlorofluorocarbon | A chemical compound consisting of one or more carbon |

| | |
|---|---|
| (CFC) | atoms surrounded by chlorine and fluorine atoms.  CFCs are used as refrigerants, foam-blowing agents, aerosol propellants, cleaning agents, and in other applications. |
| Comfort cooling | Cooling equipment with 50 or more pounds of refrigerant used for comfort or space cooling, usually through an air handler. |
| Commercial refrigeration | Refrigeration equipment with 50 or more pounds of refrigerant utilized in the retail food and cold storage warehouse sectors. |
| Containment | The application of service techniques or special equipment designed to preclude or reduce loss of refrigerant from equipment during installation, operation, service and/or disposal of refrigeration and air conditioning equipment. |
| Containment equipment | Equipment specifically designed to assist in precluding or reducing refrigerant losses during installation, operation, servicing or disposal of refrigerant equipment. Recovery/recycling equipment, low loss fittings, PRVS, refrigerant leak alarms and ultra-high efficiency purge units are all examples of containment equipment. |
| Disposable container | A container (cylinder or drum) used to ship new refrigerant, which is not approved by the DOT for reuse after its initial contents are used. |
| Disposal | Any process leading to and including the discharge, deposit, dumping, or placing of any discarded appliance or component parts into or on any land or water. |
| Ester oil | Any of a class of organic compounds corresponding to the inorganic salts formed from an acid by the replacement of hydrogen by an alkyl radical. |
| Fluorescent dyes | These are dyes, which can be put into the lubricant.  When there are leaks present, these dyes stain the outside of the chiller showing the location of high rate leaks. |
| Fractionation | The condition when one or more refrigerants of a blend leak at a faster rate than other refrigerants in the blend. |
| Global warming | Tropospheric pollutants, like CFCs, HCFCs, HFCs, carbon dioxide, and carbon monoxide, absorb and reflect the earth's infrared radiation, causing re-radiation back to the earth which results in a gradual increase in the earth's average |

|  |  |
|---|---|
| | temperature. |
| Halide torch | Propane powered torch whose flame changes color when small amounts of refrigerant pass through it.  It can be used to detect leaks of chlorine containing refrigerant. |
| Halocarbons | Stable chemical compounds consisting of one or more carbon atoms surrounded by halogen atoms or a combination of hydrogen and halogen atoms.  CFCs, HCFCs, HFCs are all halocarbons. |
| Halogens | Reactive chemical elements with the ability to form one chemical bond in a molecule.  Common halogens are fluorine (F), Chlorine (Cl), Bromine (Br), and Iodine (I). |
| Halon | A bromochlorofluorocarbon (BCFC), a chemical consisting of one or more carbon atoms surrounded by fluorine, chlorine and bromine.   Halons are commonly used as flame suppression. |
| High-pressure appliance | An appliance, which uses a refrigerant with a boiling point between -50 C and 10 C at atmospheric pressure. |
| Hydrocarbon | A chemical compound consisting of one or more carbon atoms surrounded only by hydrogen atoms.   Methane, ethane, butane and propane are all examples of hydrocarbon.   Many hydrocarbons have excellent thermodynamic properties.  Although they may be used as refrigerants, their highly flammable properties normally restrict their use as low concentration components in refrigerant blends. |
| Hydrochlorofluorocarbon (HCFC) | A chemical consisting of usually one or more carbon atoms surrounded by chlorine, fluorine, and at least one hydrogen atom.  HCFCs are used as refrigerants, foam-blowing agents, and in other applications. |
| Hydrofluoro-carbon (HFC) | A chemical consisting of usually one or more carbon atoms surrounded by fluorine and hydrogen atoms.   Since no chlorine or bromine is present, HFCs do not deplete the ozone layer. |
| Industrial process refrigeration | Complex, customized appliances directly linked to production of a product or part of the process involved in making the product.   Commonly found in the in the chemical, pharmaceutical, petrochemical, and manufacturing industries. (Computer rooms are not considered industrial process |

refrigeration

| | |
|---|---|
| Leak | A leak is an event where refrigerant gas is released from the refrigerant-containing appliance intentionally, accidentally, or from equipment or piping failures.  Each separate leak is considered a unique event and is not additive to other leaks in other locations on the refrigerant containing appliance or systems for purposes of calculating leak rates. |
| Long-term chronic effects | Detrimental health effects from long term repeated exposures to low level toxic materials, generally assessed over the lifetime of test animals to gauge the late-in-life signs of toxicity. |
| Low-pressure appliance | An appliance that uses a refrigerant with a boiling point above 10 C at atmospheric pressure. |
| Lubricant compatibility | For CFCs and HCFCs: mineral oils |
| | For HFC-134a: polyolesters |
| | For HCFC ternary blends: alkylbenzenes |
| Materials Safety Data Sheet (MSDS) | A safety advisory bulletin prepared by chemical producers for a specific refrigerant or compound. |
| Montreal Protocol | An international agreement limiting the production and consumption of chemicals that deplete the ozone layer, including CFCs, HCFCs, BCFCs, HBFCs and others. |
| Near-azeotropic | A blend, which acts very similarly to an azeotrope, yet has a small volumetric composition change and temperature glide as it evaporates and condenses. |
| Non-condensable gases | Gases with very low temperature boiling points, which are not easily condensed.  Nitrogen and oxygen are the most common ones found in chillers. |
| Oil monitor | This device uses an infrared sensor to determine when the circulating oil needs to be changed. It is not necessary to take an oil sample using this device, which is permanently attached to the chiller. |
| Ozone depletion | A condition which results when chlorine molecules broken away from CFC and HCFC refrigerants by ultraviolet radiation in the stratosphere react with and destroy stratospheric ozone, a layer in the atmosphere which protects the earth |

from the sun's harmful ultraviolet radiation.

| | |
|---|---|
| Ozone depletion potential (ODP) | A measure of a chemical's ability to deplete ozone measured on a scale relative to a value of 1.0 assigned to CFC-11. |
| Ozone layer | An area of the atmosphere, approximately 15 to 60 kilometers (9 to 38 miles) above the earth, where ozone is found as a trace gas (at higher concentrations than other parts of the atmosphere). |
| Ozone ($O_3$) | A reactive gas consisting of three oxygen atoms, formed naturally in the atmosphere by the association of molecular oxygen ($O_2$) and atomic oxygen (O). |
| PAFT | Program for Alternative Fluorocarbon Toxicity. |
| Permissible exposure level (PEL) | Time-weighted concentration levels that must not be exceeded during any eight-hour workweek.  The U.S. Occupational Safety and Health Administration (OSHA) set PEL values. |
| Polyolesters (POE) | Stable, five-carbon neopentyl alcohols mixed with fatty acids. A popular synthetic lubricant for use with HFC refrigerants. Used as a jet engine lubricant for years. |
| Purge system | A device used on low-pressure chillers to expel air and other non-condensables from the circulating refrigerant. |
| Refillable container | A container used to ship and store refrigerant.  Refillable containers are designed to be used over and over again, but should be retested at least every five years. |
| Refrigerant monitors | Devices, which can detect small amount of refrigerant in the air. |
| Relief valve | This is a device, which vents refrigerant when the pressure in a chiller becomes dangerously high.  Newer relief valves have a resealing mechanism so that when the pressure of the chiller returns to a normal level they reseal and prevent further refrigerant loss. |
| Replacement | The conversion of an air conditioning or refrigeration system to an alternative refrigerant, which requires the removal of the existing chiller and installation of a completely new chiller. |
| Retrofit | The conversion of an air conditioning or refrigeration system to an alternative refrigerant.  Unlike a replacement, only parts of components of the existing system may need to be |

replaced.

| | |
|---|---|
| Simple retrofit | A conversion to an alternative refrigerant, which only requires the change out of a few incompatible parts, typically gaskets. Simple retrofits typically result in some decrease in either efficiency, capacity or both. |
| System-dependent recovery equipment | Refrigerant recovery equipment that requires the assistance of components contained in an appliance to remove the refrigerant from an appliance. |
| System optimization or engineered retrofit | A conversion to an alternative refrigerant, which includes the replacement of system components with new components that have been redesigned specifically for the alternative refrigerant.  System optimized or engineered retrofits typically include redesigned impellers, drive gears or heat exchangers. |
| Technician | Any person who performs maintenance, service, or repair who could reasonably be expected to release class I or class II substances from appliances into the atmosphere, including but not limited to installers, contractor employees, in-house service personnel, and in some cases owners. |
| Temperature glide | Range of condensing or evaporating temperatures for one pressure. |
| Ternary | Having three elements, parts, or divisions. |
| Threshold limit value (TLV) | An inhalation time weighted average exposure level safety limit normally established by the American Conference of Governmental and Industrial Hygienists (ACGIH). |
| Venting | A service practice where the refrigerant vapor is allowed to escape into the atmosphere after the refrigerant liquid has been recovered.  This practice is no longer acceptable. |
| Very-high Pressure Appliance | An appliance that uses a refrigerant with a boiling point below -50 C at atmospheric pressure. |
| Zeotrope | A refrigerant blend that changes volumetric composition and saturation temperatures as it evaporates or condenses at constant pressures.  Has a temperature glide as it evaporates and condenses.  Zeotrope and non-azeotrope are synonyms. |

# References

UNITED STATES CODES

- Title 42, The Public Health and Welfare
    Chapter 85 - Air Pollution Prevention and Control
        Subchapter VI - Stratospheric Ozone Protection, Para. #7671

- Title 26, Internal Revenue Code
    Chapter 38 - Environmental Taxes
        Subchapter D - Ozone-depleting Chemicals, etc., Para. #4682

FEDERAL AGENCY REGULATIONS

- 49 Code Federal Regulation, Parts 100-177

- Title 29, Labor

    Subtitle B Regulations Relating to Labor
        Chapter XVII - Occupational Safety and Health Administration
            Part 1910/1926 - Occupational Safety and Administration Standards
                Subpart Z - Toxic and Hazardous Substances

- Title 40, Protection of Environment

    Chapter 1 - Environmental Protection Agency
        Part 82 - Protection of Stratospheric Ozone

    Subchapter I - Solid Waste
        Part 260 - Hazardous Waste Management System:  General
        Part 261 - Identification and Listing of Hazardous Waste
        Part 262 - Standards Applicable to Generators of Hazardous Waste
        Part 266 - Standards for the Management of Specific Hazardous Wastes and
            Specific Types of Hazardous Waste Management Facilities

- Title 49, Transportation
    Chapter 1 - Research and Special Program Administration
        Subchapter C - Hazardous Materials Regulations Parts 171-180 (Regulations
            for Shippers, Carriers, and Packagers)

NATIONAL STANDARDS OR GUIDELINES (Use Current Edition)

- American Society of Heating, Air Conditioning, and Refrigerating Engineers
(ASHRAE)

3-90   Reducing Emissions of Fully Halogenated Chlorofluorocarbon Refrigerants in Refrigeration and Air Conditioning Equipment and Applications

15   Safety Code for Mechanical Refrigeration

34   Number Designation and Safety Classification of Refrigerants

- Air Conditioning & Refrigeration Institute (ARI) Standards

700   Specifications for Fluorocarbon Refrigerants

740   Performance of Refrigerant Recovery, Recycling and/or Reclaim Equipment

K   Guideline K Containers for Recovered Fluorocarbon Refrigerants

N   Guideline N Assignment of Refrigerant Container Colors

--   Directory of Certified Refrigerant Recovery/Recycling Equipment

- General Electric (GE)

--   Proposed Method for Testing Recovery Devices for Use with Small Equipment

WEB SITES

| | |
|---|---|
| Environmental Protection Agency Title VI (EPA) | www.epa.gov/ozone/title6 |
| Department of Transportation (DOT) | www.dot.gov |
| American Society of Heating, Air Conditioning, and Refrigerating Engineers (ASHRAE) | www.ashrae.org |
| Air Conditioning Heating & Refrigeration Institute (ARI) | www.ahri.org |
| National Fire Protection Association (NFPA) | www.nfpa.org |
| Environmental Support Solutions (ESS) | www.environ.com |